# Exhibit C

*FHA Appraisal Report & Withheld Repair Requirements*

This exhibit contains the FHA appraisal report dated February 10, 2025, for the subject property located at 1823 State Street. The appraisal reflects a conditional property valuation subject to the correction of chipped paint and other FHA-specific conditions. Despite this notification, the lender failed to issue a cure notice or any follow-up guidance. This omission contributed to the delay and eventual derailment of the loan process, and supports Plaintiff's claims of procedural mishandling and obstruction under HUD and RESPA standards.

FHA/VA Case No. 446-6285091



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
1823 State St
See Dauphin County Deed 20180019796
Harrisburg, PA 17103

### FOR:
New American Funding
14511 Myford Road
Tustin, CA 92780

### AS OF:
02/10/2025

### BY:
Robert Cassel
836 Tamanini Way
Mechanicsburg, PA 17055
Phone 717 514 5380 / Fax 717 790 8724
e-mail / rcassel@comcast.net

FHA/VA Case No. 446-6285091

| Borrower | Maryann Butler | | | | File No. | 1001748263 |
|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | |
| City | Harrisburg | County | Dauphin | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding | | | | | |

## TABLE OF CONTENTS

Cover Page ........................................................................................................ 1
Table of Contents ............................................................................................. 2
Cover Letter ...................................................................................................... 3
Summary of Salient Features .......................................................................... 4
URAR .................................................................................................................. 5
URAR .................................................................................................................. 6
Additional Comparables 4-6 ........................................................................... 7
Additional Comparables 7-9 ........................................................................... 8
URAR .................................................................................................................. 9
Cost Approach Worksheet ............................................................................. 10
URAR ................................................................................................................ 11
URAR ................................................................................................................ 12
URAR ................................................................................................................ 13
Subject Photos ................................................................................................ 14
Subject Photos Interior .................................................................................. 15
Subject Photos Interior .................................................................................. 16
Subject Photos Interior .................................................................................. 17
Subject Photos Interior .................................................................................. 18
Photograph Addendum ................................................................................... 19
Photograph Addendum ................................................................................... 20
Photograph Addendum ................................................................................... 21
Photograph Addendum ................................................................................... 22
Building Sketch ............................................................................................... 23
Comparable Photos 1-3 ................................................................................. 24
Comparable Photos 4-6 ................................................................................. 25
Comparable Photos 7-9 ................................................................................. 26
Location Map ................................................................................................... 27
Flood Map ....................................................................................................... 28
Subject Maps and Plot Plan ........................................................................... 29
Legal Description ........................................................................................... 30
Tax Card .......................................................................................................... 31
Market Conditions Addendum to the Appraisal Report ............................... 32
Appraiser Independence Certification ........................................................... 33
UAD Definitions Addendum ........................................................................... 34
USPAP Identification ...................................................................................... 37
Supplemental Addendum ............................................................................... 38
Environmental Addendum - Appraiser .......................................................... 39
Appraiser's Certification (License) ................................................................. 41
Appraiser's E & O ........................................................................................... 42
Revision Addendum ........................................................................................ 43

FHA/VA Case No. 446-6285091

File No. 1001748263

February 11, 2025

Robert Cassel
Accu-Fast Appraisals
836 Tamanini Way
Mechanicsburg, PA 17055
Phone: 717-514-5380
Fax   : 717-790-8724
Email rcassel@accu-fast.net

New American Funding
14511 Myford Road
Suite 100
Tustin, CA 92780

RE: 1823 State Street, Harrisburg, PA 17103

Dear Sir or Madam;

Pursuant to your request, I have prepared a APPRAISAL REPORT of the property referenced in the
"Summary of Salient Features" which follows.

The accompanying report is based on a site inspection of improvements, investigation of the subject
neighborhood area of influence, and review of sales, cost, and income data for similar properties.

This appraisal has been made with particular attention paid to applicable  value-influencing economic
conditions and has been processed in accordance with nationally recognized appraisal guidelines.

The value conclusions stated herein are as of the effective date as stated in the body of the appraisal, and
contingent upon the certification and limiting conditions attached.

Please do not hesitate to contact me if I can be of additional service to you.

Respectfully,

Robert Cassel
PA Certified Residential Appraiser

FHA/VA Case No. 446-6285091

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1823 State St |
| | Legal Description | See Dauphin County Deed 20180019796 |
| | City | Harrisburg |
| | County | Dauphin |
| | State | PA |
| | Zip Code | 17103 |
| | Census Tract | 0216.00 |
| | Map Reference | 25420 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ |
| | Date of Sale | |

| CLIENT | | |
|---|---|---|
| | Borrower | Maryann Butler |
| | Lender/Client | New American Funding |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 1,890 |
| | Price per Square Foot | $ |
| | Location | N;BsyRd; |
| | Age | 103 |
| | Condition | C3 |
| | Total Rooms | 8 |
| | Bedrooms | 4 |
| | Baths | 1.1 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Robert Cassel |
| | Date of Appraised Value | 02/10/2025 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 176,000 |

Accu-Fast Appraisals     FHA/VA Case No. 446-6285091

# Uniform Residential Appraisal Report

446-6285091
File # 1001748263

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address | 1823 State St | City | Harrisburg | State | PA | Zip Code | 17103 |
|---|---|---|---|---|---|---|---|

**SUBJECT**

| Borrower | Maryann Butler | Owner of Public Record | Maryann Butler | County | Dauphin |
|---|---|---|---|---|---|

Legal Description   See Dauphin County Deed 20180019796

| Assessor's Parcel # | 15-017-006 | | Tax Year | 2024 | | R.E. Taxes $ | 1,332 |
|---|---|---|---|---|---|---|---|

| Neighborhood Name | City of Harrisburg | Map Reference | 25420 | Census Tract | 0216.00 |
|---|---|---|---|---|---|

| Occupant | ☒ Owner | ☐ Tenant | ☐ Vacant | Special Assessments $ | 0 | | ☐ PUD | HOA $ 0 | | ☐ per year | ☐ per month |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Property Rights Appraised | ☒ Fee Simple | ☐ Leasehold | ☐ Other (describe) |
|---|---|---|---|

| Assignment Type | ☐ Purchase Transaction | ☒ Refinance Transaction | ☐ Other (describe) |
|---|---|---|---|

| Lender/Client | New American Funding | Address | 14511 Myford Road, Suite 100, Tustin, CA 92780 |
|---|---|---|---|

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    ☐ Yes   ☒ No

Report data source(s) used, offering price(s), and date(s).    Data Source is the local MLS.

**CONTRACT**

☐ I   ☐ did   ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

| Contract Price $ | | Date of Contract | | Is the property seller the owner of public record? | ☐ Yes | ☐ No | Data Source(s) |
|---|---|---|---|---|---|---|---|

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    ☐ Yes   ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☒ Urban | ☐ Suburban | ☐ Rural | Property Values | ☐ Increasing | ☒ Stable | ☐ Declining | PRICE | AGE | One-Unit | 55 % |
| Built-Up | ☒ Over 75% | ☐ Under 25% | ☐ 25-75% | Demand/Supply | ☐ Shortage | ☒ In Balance | ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 5 % |
| Growth | ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time | ☒ Under 3 mths | ☐ 3-6 mths | ☐ Over 6 mths | 10 Low | 0 | Multi-Family | 15 % |

Neighborhood Boundaries   The subject neighborhood is bounded by Route 22 to the north, Progress
   1,000 High   300   Commercial   20 %
Avenue to the east, Market Street to the south and Cameron Street to the west.    200 Pred.   100   Other   5 %

Neighborhood Description   Subject has access to all necessary supporting facilities including schools, public parks, transportation, shopping and other amenities. Average property maintenance programs observed. Employment is within 15-30 minute drive. Steady prices and MLS statistics demonstrate stable demand for the area. Present Land use "Other" is 5% vacant land.

Market Conditions (including support for the above conclusions)   There are no foreseeable economic factors that might adversely influence the marketability or value of the subject. Interest rates are steady and are currently 6% to 9%. Seller concessions are not very common currently and tend to negatively impact market value as buyers have little, or no, need to offer concessions to close the sale at or near list price.

**SITE**

| Dimensions | See Attached Deed | Area | 2469 sf | Shape | Roughly Rectangular | View | N;CtyStr; |
|---|---|---|---|---|---|---|---|

| Specific Zoning Classification | RM | Zoning Description | Residential Med-Density |
|---|---|---|---|

| Zoning Compliance | ☒ Legal | ☐ Legal Nonconforming (Grandfathered Use) | ☐ No Zoning | ☐ Illegal (describe) |
|---|---|---|---|---|

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?    ☒ Yes   ☐ No   If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | 100 AMP | Sanitary Sewer | ☒ | | Alley Asphalt | ☒ | |

| FEMA Special Flood Hazard Area | ☐ Yes | ☒ No | FEMA Flood Zone | X | FEMA Map # | 42043C0338D | FEMA Map Date | 08/02/2012 |
|---|---|---|---|---|---|---|---|---|

Are the utilities and off-site improvements typical for the market area?    ☒ Yes   ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?    ☐ Yes   ☒ No If Yes, describe
No apparent adverse easements, encroachments, special assessments or other negative influences were noted. Subject however, to any easements, encroachments, assessments, etc, of record.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units | ☒ One | ☐ One with Accessory Unit | ☐ Concrete Slab | ☐ Crawl Space | Foundation Walls | Stone,Parge/Avg | Floors | HW,C,V,LVP,CT/Av |
| # of Stories | 3 | | ☒ Full Basement | ☐ Partial Basement | Exterior Walls | Brick,Vinyl/Avg | Walls | DWall,Plaster/Avg |
| Type | ☐ Det. | ☐ Att. | ☒ S-Det./End Unit | Basement Area | 661 sq.ft. | Roof Surface | Shingle,Rubber/Avg | Trim/Finish | Wood/Avg |
| ☒ Existing | ☐ Proposed | ☐ Under Const. | Basement Finish | 0 % | Gutters & Downspouts | Aluminum/Avg | Bath Floor | Vinyl/Avg |
| Design (Style) | TH/End | | ☐ Outside Entry/Exit | ☐ Sump Pump | Window Type | Double/Avg | Bath Wainscot | Ceramic Tile/Avg |
| Year Built | 1922 | | Evidence of | ☐ Infestation | Storm Sash/Insulated | Storms/Avg | Car Storage | ☒ None |
| Effective Age (Yrs) | 15 | | ☐ Dampness | ☐ Settlement | Screens | Yes/Avg | ☐ Driveway | # of Cars | 0 |
| Attic | ☒ None | | Heating | ☒ FWA | ☐ HWBB | ☒ Radiant | Amenities | | Woodstove(s) # | 0 | Driveway Surface | |
| ☐ Drop Stair | ☐ Stairs | | ☐ Other | | Fuel Gas | | ☒ Fireplace(s) # | 1 | ☒ Fence None | ☐ Garage | # of Cars | 1 |
| ☒ Floor | ☐ Scuttle | | Cooling | ☐ Central Air Conditioning | ☒ Patio/Deck Dk,Pt | ☒ Porch EnPor | ☐ Carport | # of Cars | 0 |
| ☐ Finished | ☐ Heated | | ☐ Individual | ☒ Other Window | Pool None | Other None | ☐ Att. | ☒ Det. | ☐ Built-in |

Appliances   ☒ Refrigerator   ☒ Range/Oven   ☒ Dishwasher   ☐ Disposal   ☒ Microwave   ☐ Washer/Dryer   ☐ Other (describe)

| Finished area above grade contains: | 8 Rooms | 4 Bedrooms | 1.1 Bath(s) | 1,890 Square Feet of Gross Living Area Above Grade |
|---|---|---|---|---|

Additional features (special energy efficient items, etc.).   See attached addenda.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C3;Kitchen-updated-one to five years ago;Bathrooms-updated-one to five years ago;See attached addenda.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    ☒ Yes   ☐ No   If Yes, describe
Chipped paint is a potential lead based paint hazard.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    ☒ Yes   ☐ No If No, describe

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

FHA/VA Case No. 446-6285091

## Uniform Residential Appraisal Report

446-6285091
File # 1001748263

| There are | 5 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 110,000 | | to $ 200,000 | . |
| There are | 16 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 63,000 | | to $ 198,500 | . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1823 State St | 1836 North St | | 1720 North St | | 1340 State St | |
| | Harrisburg, PA 17103 | Harrisburg, PA 17103 | | Harrisburg, PA 17103 | | Harrisburg, PA 17103 | |
| Proximity to Subject | | 0.09 miles N | | 0.14 miles NW | | 0.37 miles SW | |
| Sale Price | $ | | $ 152,000 | | $ 150,000 | | $ 185,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 95.30 sq.ft. | | $ 104.02 sq.ft. | | $ 88.69 sq.ft. | |
| Data Source(s) | | Bright #PADA2037694;DOM 21 | | Bright #PADA2037742;DOM 53 | | Bright #PADA2039012;DOM 110 | |
| Verification Source(s) | | Public Records | | Public Records | | Public Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | FHA;9120 | 0 | Conv;0 | 0 | Conv;0 | 0 |
| Date of Sale/Time | | s10/24;c09/24 | 0 | s12/24;c11/24 | 0 | s11/24;c10/24 | 0 |
| Location | N;BsyRd; | N;Res; | 0 | N;Res; | 0 | N;BsyRd; | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 2469 sf | 4356 sf | 0 | 1742 sf | 0 | 2178 sf | 0 |
| View | N;CtyStr; | N;CtyStr; | | N;CtyStr; | | N;CtyStr; | |
| Design (Style) | SD3,TH/End | SD3,TH/End | | SD3,TH/End | | SD3,TH/End | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 103 | 143 | 0 | 113 | 0 | 108 | 0 |
| Condition | C3 | C3 | | C3 | | C2 | -5,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 8 4 1.1 | 7 4 1.0 | +5,000 | 6 3 1.1 | 0 | 8 5 1.1 | 0 |
| Gross Living Area | 1,890 sq.ft. | 1,595 sq.ft. | +13,300 | 1,442 sq.ft. | +20,200 | 2,086 sq.ft. | -8,800 |
| Basement & Finished | 661sf0sfin | 704sf0sfin | 0 | 630sf0sfin | 0 | 824sf0sfin | 0 |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GasHW/NoAC | GasHW/NoAC | | GasHW/NoAC | | GasFWA/NoAC | 0 |
| Energy Efficient Items | Typical/Area | Typical/Area | | Typical/Area | | Typical/Area | |
| Garage/Carport | 1gd | None | +5,000 | 2dw | +5,000 | 2dw | +5,000 |
| Porch/Patio/Deck | EnP,Deck,Patio | Pors,Balc,Patio | 0 | Porches,Balcony | 0 | Por,Balc,Pat | 0 |
| Fireplace | Fireplace | None | 0 | None | 0 | None | 0 |
| Upgrades | Average | Average | | Average | | Average | |
| Upgrades | Average | Average | | Average | | Average | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 23,300 | ☒ + ☐ - | $ 25,200 | ☐ + ☒ - | $ -8,800 |
| Adjusted Sale Price | | Net Adj. 15.3 % | | Net Adj. 16.8 % | | Net Adj. 4.8 % | |
| of Comparables | | Gross Adj. 15.3 % | $ 175,300 | Gross Adj. 16.8 % | $ 175,200 | Gross Adj. 10.2 % | $ 176,200 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    Corelogic Public Records
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    Local multi-list and county tax records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 08/01/2018 | 08/05/2008 | 07/02/2009 | 04/08/2024 |
| Price of Prior Sale/Transfer | $69,917 | $31,900 | $28,065 | $100,000 |
| Data Source(s) | Corelogic Public Records | Corelogic Public Records | Corelogic Public Records | Corelogic Public Records |
| Effective Date of Data Source(s) | 02/10/2025 | 02/10/2025 | 02/10/2025 | 02/10/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Corelogic public records indicate the subject's most recent transfer occurred on 8/1/2018 (deed (reg) - doc #19796 recorded on 8/9/2018). Comparable three previously transferred and was subsequently renovated.

Summary of Sales Comparison Approach    Sales used are the most recent similar and nearest closed sales available. The comparable sales indicate a value range of approximately $175,000 to $185,000 with the subject property falling within the range in terms of conditions and amenities offered. All adjustments were calculated using matched pairs analysis. Comparable sales one, two, three and four are all recent sales and were given additional weight. Sales three and four were given the most weight because they have the lowest net and gross adjustment. Comparable five was added to bracket the subject's garage; it was also given additional weight. Comparables six and seven are active listing and were given no weight in the final analysis of value.

Indicated Value by Sales Comparison Approach $    176,000

| Indicated Value by: Sales Comparison Approach $ | 176,000 | Cost Approach (if developed) $ | 271,050 | Income Approach (if developed) $ | N/A |
|---|---|---|---|---|---|

The Sales Comparison Analysis is the most reliable approach to value. The Cost Approach is not appropriate for properties the age of the subject and was developed at the request of the lender. The Income approach to value is not considered reliable in estimating value for owner occupied single family residential properties and was not utilized in this appraisal.

This appraisal is made ☐ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☒ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Repair of all chipped paint.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 176,000 , as of 02/10/2025 , which is the date of inspection and the effective date of this appraisal.

FHA/VA Case No. 446-6285091

## Uniform Residential Appraisal Report

446-6285091
File # 1001748263

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 1823 State St | 1839 Regina St | | 2024 Bellevue Rd | | 804 N 18th St | |
| | Harrisburg, PA 17103 | Harrisburg, PA 17103 | | Harrisburg, PA 17104 | | Harrisburg, PA 17103 | |
| Proximity to Subject | | 0.20 miles SE | | 0.48 miles SE | | 0.17 miles NW | |
| Sale Price | $ | | $ 170,000 | | $ 175,000 | | $ 155,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 96.48 sq.ft. | | $ 91.72 sq.ft. | | $ 110.71 sq.ft. | |
| Data Source(s) | | Bright #PADA2039488;DOM 6 | | Bright #PADA2029672;DOM 136 | | Bright #PADA2041448;DOM 25 | |
| Verification Source(s) | | Public Records | | Public Records | | Public Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | Listing | |
| Concessions | | FHA;0 | 0 | FHA;0 | 0 | ListToSale%;0 | 0 |
| Date of Sale/Time | | s12/24;c11/24 | 0 | s07/24;c05/24 | 0 | Active | 0 |
| Location | N;BsyRd; | N;Res; | 0 | N;Res; | 0 | N;Res; | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 2469 sf | 1742 sf | 0 | 1742 sf | 0 | 1742 sf | 0 |
| View | N;CtyStr; | N;CtyStr; | | N;CtyStr; | | N;CtyStr; | |
| Design (Style) | SD3;TH/End | SD3;TH/End | | SD3;TH/End | | SD2;TH/End | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 103 | 115 | 0 | 104 | 0 | 125 | 0 |
| Condition | C3 | C2 | -5,000 | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 8 4 1.1 | 8 4 1.1 | | 8 5 1.0 | +5,000 | 6 3 1.0 | +5,000 |
| Gross Living Area | 1,890 sq.ft. | 1,762 sq.ft. | +5,800 | 1,908 sq.ft. | 0 | 1,400 sq.ft. | +22,100 |
| Basement & Finished | 661sf0sfin | 840sf0sfin | 0 | 750sf0sfin | 0 | 700sf300sfin | 0 |
| Rooms Below Grade | | | | | | 1rr0br1.0ba0o | -9,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GasHW/NoAC | GasFWA/NoAC | 0 | GasHW/NoAC | | GasFWA/NoAC | 0 |
| Energy Efficient Items | Typical/Area | Typical/Area | | Typical/Area | | Typical/Area | |
| Garage/Carport | 1gd | None | +5,000 | 1gd1dw | +5,000 | None | +5,000 |
| Porch/Patio/Deck | EnP,Deck,Patio | Porches,Balcony | 0 | Porches,Balcony | 0 | Porches,Balcony | 0 |
| Fireplace | Fireplace | None | 0 | None | 0 | None | 0 |
| Upgrades | Average | Average | | Average | | Average | |
| Upgrades | Average | Average | | Average | | Average | |
| Net Adjustment (Total) | | X + - | 5,800 | X + - $ | 10,000 | X + - $ | 23,100 |
| Adjusted Sale Price | | Net Adj. 3.4 % | | Net Adj. 5.7 % | | Net Adj. 14.9% | |
| of Comparables | | Gross Adj. 9.3 % $ | 175,800 | Gross Adj. 5.7 % $ | 185,000 | Gross Adj. 26.5 % $ | 178,100 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 08/01/2018 | 07/19/2021 | 04/04/2022 | 07/19/2021 |
| Price of Prior Sale/Transfer | $69,917 | $1,200 | $58,000 | $32,500 |
| Data Source(s) | Corelogic Public Records | Corelogic Public Records | Corelogic Public Records | Corelogic Public Records |
| Effective Date of Data Source(s) | 02/10/2025 | 02/10/2025 | 02/10/2025 | 02/10/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

FHA/VA Case No. 446-6285091

## Uniform Residential Appraisal Report

446-6285091
File # 1001748263

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 1823 State St | 902 N 18th St | | | | | |
| | Harrisburg, PA 17103 | Harrisburg, PA 17103 | | | | | |
| Proximity to Subject | | 0.22 miles NW | | | | | |
| Sale Price | $ | | $ 198,500 | $ | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 104.20 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | Bright #PADA2041816;DOM 44 | | | | | |
| Verification Source(s) | | Public Records | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or Financing | | Listing | | | | | |
| Concessions | | ListToSale%;0 | 0 | | | | |
| Date of Sale/Time | | Active | 0 | | | | |
| Location | N;BsyRd; | N;Res; | 0 | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 2469 sf | 1742 sf | 0 | | | | |
| View | N;CtyStr; | N;CtyStr; | | | | | |
| Design (Style) | SD3;TH/End | SD3;TH/End | | | | | |
| Quality of Construction | Q4 | Q4 | | | | | |
| Actual Age | 103 | 115 | 0 | | | | |
| Condition | C3 | C3 | | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 8 4 1.1 | 8 4 2.0 | -1,000 | | | | |
| Gross Living Area | 1,890 sq.ft. | 1,905 sq.ft. | 0 | sq.ft. | | sq.ft. | |
| Basement & Finished | 661sfDsfin | 800sf600sfin | 0 | | | | |
| Rooms Below Grade | | 1rr0br0.0ba0o | -8,000 | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | GasHW/NoAC | GasFWA/CAC | -10,000 | | | | |
| Energy Efficient Items | Typical/Area | Typical/Area | | | | | |
| Garage/Carport | 1gd | None | +5,000 | | | | |
| Porch/Patio/Deck | EnP,Deck,Patio | Por,CvPat,Pat | 0 | | | | |
| Fireplace | Fireplace | None | 0 | | | | |
| Upgrades | Average | Average | | | | | |
| Upgrades | Average | Average | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -14,000 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 7.1% | | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. 12.1 % | $ 184,500 | Gross Adj. % | $ | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 7 | COMPARABLE SALE # 8 | COMPARABLE SALE # 9 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 08/01/2018 | 11/18/2024 | | |
| Price of Prior Sale/Transfer | $69,917 | $179,900 | | |
| Data Source(s) | Corelogic Public Records | Corelogic Public Records | | |
| Effective Date of Data Source(s) | 02/10/2025 | 02/10/2025 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Freddie Mac Form 70 March 2005

UAD Version 9/2011

Fannie Mae Form 1004 March 2005

FHA/VA Case No. 446-6285091

## Uniform Residential Appraisal Report

446-6285091
File # 1001748263

ADDITIONAL COMMENTS

The effective age of the subject property is significantly lower than its actual age. The estimate of effective age is subjective and is based on the appraisers experience and observations during the inspection of the property.

There was no evidence of termite infestation at the time of the inspection and the appraiser does not specifically recommend a termite inspection. However, the appraiser is not an expert in this field and makes no warranties, either express or implied, as to this condition.

APPRAISERS INDEPENDENCE STATEMENT
-NO EMPLOYEE, DIRECTOR, OFFICER OR AGENT OF THE LENDER, OR ANY OTHER THIRD PARTY ACTING AS A JOINT VENTURE PARTNER, INDEPENDENT CONTRACTOR, APPRAISAL MANAGEMENT COMPANY OR PARTNER ON BEHALF OF THE LENDER HAS INFLUENCED OR ATTEMPTED TO INFLUENCE THE DEVELOPMENT, REPORTING, RESULT OR REVIEW OF THIS ASSIGNMENT THROUGH COERCION, EXTORTION, COLLUSION, COMPENSATION, INSTRUCTION, INDUCEMENT, INTIMIDATION, BRIBERY OR IN ANY OTHER MANNER. I HAVE NOT BEEN CONTACTED BY ANYONE OTHER THAN THE INTENDED USER (LENDER/CLIENT AS IDENTIFIED ON THE FIRST PAGE OF THE REPORT), BORROWER, OR DESIGNATED CONTACT TO MAKE AN APPOINTMENT TO ENTER THE PROPERTY.

- I am stating that I have not performed any service with regard to the subject property in the three years proceeding this assignment.
- The appraisal was ordered in compliance with Appraisal Independence "AIR" and Mortgagee Letter 2009-28.
- There are no oil wells, gas wells or fracking operations that were noticeable during the inspection of the subject property.
- All photographs of the comparable sales were taken at the time of inspection with the exception of any comparables were photographing the comparable was not possible because people would have been included in the photograph or the property was located on a private lane.
- The subject measurements for GLA and Non-GLA areas were completed according to ANSI Z765-2021 standards, at the time of inspection.
- The intended use of this appraisal is solely to assist FHA in assessing the risk of property securing the FHA-insured Mortgage. FHA and the Lender/Client are the intended users of the appraisal report. The FHA Appraiser does not guaranteed that the Property is free from defects. The appraisal establishes the value of the property for Mortgage insurances purposes only. This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions or deletions to the intended use, intended user, definition of market value or assumptions and limiting conditions are not permitted, however, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.
- The estimated value of the subject property is lower than than the predominant neighborhood value. This does not negatively impact the value or marketability of the subject property.

### COST APPROACH TO VALUE (not required by Fannie Mae)

COST APPROACH

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    The estimated site value was extracted from courthouse records.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 50,000 |
|---|---|---|---|---|
| Source of cost data  Marshall & Swift SwiftEstimator | DWELLING 1,890 Sq.Ft. @ $ 134.32 | | =$ | 253,865 |
| Quality rating from cost service  Average  Effective date of cost data  FEB 2025 | Basement 661 Sq.Ft. @ $ 34.92 | | =$ | 23,082 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | ApplianceAllowance | | =$ | |
| The Cost Approach is not applicable and is considered inappropriate for | Garage/Carport 220 Sq.Ft. @ $ 62.67 | | =$ | 13,787 |
| properties the age of the subject but was developed at the request of | Total Estimate of Cost-New | | =$ | 290,734 |
| the lender. | Less  Physical  Functional  External | | | |
| | Depreciation 72,684 | | =$( | 72,684) |
| | Depreciated Cost of Improvements | | =$ | 218,050 |
| | "As-is" Value of Site Improvements | | =$ | 3,000 |
| Estimated Remaining Economic Life (HUD and VA only) 40 Years | INDICATED VALUE BY COST APPROACH | | =$ | 271,050 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

INCOME

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)    The Income Approach to value is not considered a reliable indicator of value for single family owner occupied properties and was not utilized in this appraisal

### PROJECT INFORMATION FOR PUDs (if applicable)

PUD INFORMATION

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No    Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases          Total number of units          Total number of units sold
Total number of units rented          Total number of units for sale          Data source(s)
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FHA/VA Case No. 446-6285091

## Cost Approach Worksheet

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | County | Dauphin | | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding | | | | | | |

 **CoreLogic**

Marshall & Swift
SwiftEstimator

### Data Entry Report

Property Address    1823 State St, Harrisburg, PA - 17103                                    Reference # 1310876

**Building Characteristics**
#. of Stories    Three Story 100 %            Total Floor Area    1890 sq. ft.            M&S Quality    3.0 (Average)

**Improvements**

| **Foundation*** | | **Exterior*** | | | **Baths*** | |
|---|---|---|---|---|---|---|
| Crawlspace | 100 % | Exterior Walls | Veneer, Brick | 80 % | Full Baths | 1 count |
| Total Basement Area | 661 sq. ft | | Frame, Siding, Vinyl | 20 % | Half Baths | 1 count |
| Concrete Walls | 100 % | Roofing | Comp. Shingle or Built-up Rock | 100 % | | |

| **HVAC** | | **Amenities** | | | **Garages / Carport** | |
|---|---|---|---|---|---|---|
| Radiators, Hot Water | 100 % | Porch/Deck/ Breezeways | Wood Deck | 120 sq. ft. | Detached Garage | 220 sq. ft. |
| | | Porch/Deck/ Breezeways | Open Slab Porch | 247 sq. ft. | | |
| | | Porch/Deck/ Breezeways | Raised Enclosed Porch, Solid Walls | 135 sq. ft. | | |
| | | Fireplaces | Single 2-Story Fireplace | 1 count | | |

**Building Depreciation**
Marshall & Swift Tables        Effective Age 15 years    Typical Life 55 years

**Adjustments**

| | | | | | |
|---|---|---|---|---|---|
| Local Multiplier | 1.020 (Default) | Energy Adjustment | Moderate (Default) | Seismic Adjustment | Zone1 (Default) |
| Architects Fee % | 1.30 (Default) | Foundation Adjustment | Moderate (Default) | Wind Adjustment | No Adjustment (Default) |
| Report Date | 02/2025 | Hillside Adjustment | Flat (Default) | Story Height | 8 ft (Default) |

Marshall & Swift's indicated value by cost approach can be verified at   https://alamode.swiftestimator.com/AlamodeTotal/verify

Verification Code : 0L500S3H8

This report has been produced utilizing current cost data and is in compliance with the Marshall & Swift Licensed User Certificate.

FHA/VA Case No. 446-6285091

## Uniform Residential Appraisal Report

446-6285091
File # 1001748263

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:    The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:    The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:    The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area. these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:    The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.  The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.  The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FHA/VA Case No. 446-6285091

## Uniform Residential Appraisal Report

446-6285091
File # 1001748263

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FHA/VA Case No. 446-6285091

## Uniform Residential Appraisal Report

446-6285091
File # 1001748263

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Robert Cassel | Name |
| Company Name Accu-Fast Appraisals | Company Name |
| Company Address 836 Tamanini Way | Company Address |
| Mechanicsburg, PA 17055 | |
| Telephone Number (717) 514-5380 | Telephone Number |
| Email Address rcassel@comcast.net | Email Address |
| Date of Signature and Report 02/11/2025 | Date of Signature |
| Effective Date of Appraisal 02/10/2025 | State Certification # |
| State Certification # RL139417 | or State License # |
| or State License # | State |
| or Other (describe) State # | Expiration Date of Certification or License |
| State PA | |
| Expiration Date of Certification or License 06/30/2025 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| **ADDRESS OF PROPERTY APPRAISED** | ☐ Did inspect exterior of subject property from street |
| 1823 State St | Date of Inspection |
| Harrisburg, PA 17103 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 176,000 | Date of Inspection |
| **LENDER/CLIENT** | |
| Name Stewart Valuation Intelligence | **COMPARABLE SALES** |
| Company Name New American Funding | |
| Company Address 14511 Myford Road, Suite 100, Tustin, CA | ☐ Did not inspect exterior of comparable sales from street |
| 92780 | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FHA/VA Case No. 446-6285091

## Subject Photo Page

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | County | Dauphin | | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding | | | | | | |



**Subject Front**

1823 State St
Sales Price
Gross Living Area   1,890
Total Rooms          8
Total Bedrooms       4
Total Bathrooms      1.1
Location             N;BsyRd;
View                 N;CtyStr;
Site                 2469 sf
Quality              Q4
Age                  103



**Subject Rear**



**Subject Street**

FHA/VA Case No. 446-6285091

## Subject Interior Photo Page

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | County | Dauphin | | State | PA | Zip Code 17103 |
| Lender/Client | New American Funding | | | | | | |



**Subject Interior**

| | |
|---|---|
| 1823 State St | |
| Sales Price | |
| Gross Living Area | 1,890 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 1.1 |
| Location | N;BsyRd; |
| View | N;CtyStr; |
| Site | 2469 sf |
| Quality | Q4 |
| Age | 103 |

Office



**Subject Interior**

Living Room





**Subject Interior**

Family Room

FHA/VA Case No. 446-6285091

## Subject Interior Photo Page

| Borrower | Maryann Butler | | | | |
|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | |
| City | Harrisburg | County | Dauphin | State PA | Zip Code 17103 |
| Lender/Client | New American Funding | | | | |



**Subject Interior**

1823 State St
Sales Price
Gross Living Area    1,890
Total Rooms    8
Total Bedrooms    4
Total Bathrooms    1.1
Location    N;BsyRd;
View    N;ChyStr;
Site    2469 sf
Quality    Q4
Age    103

Powder Room



**Subject Interior**

Kitchen

**Subject Interior**



Bedroom

Form PIC3x5.SI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FHA/VA Case No. 446-6285091

## Subject Interior Photo Page

| Borrower | Maryann Butler | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | |
| City | Harrisburg | County | Dauphin | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding | | | | | |



**Subject Interior**

1823 State St
Sales Price
Gross Living Area    1,890
Total Rooms    8
Total Bedrooms    4
Total Bathrooms    1.1
Location    N;BsyRd;
View    N;CtyStr;
Site    2469 sf
Quality    Q4
Age    103

Bedroom



**Subject Interior**

Bath



**Subject Interior**

Bedroom (WiC)

Form PIC3x5.SI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FHA/VA Case No. 446-6205091

## Subject Interior Photo Page

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | | County | Dauphin | | State PA | Zip Code 17103 |
| Lender/Client | New American Funding | | | | | | |



**Subject Interior**

1823 State St
Sales Price
Gross Living Area   1,890
Total Rooms        8
Total Bedrooms     4
Total Bathrooms    1.1
Location           N;BsyRd;
View               N;CtyStr;
Site               2469 sf
Quality            Q4
Age                103

Bedroom (Attic)



**Subject Interior**

Walk-in Closet



**Subject Interior**

Basement

Form PIC3x5.SI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FHA/VA Case No. 446-6285091

## Photograph Addendum

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | County | Dauphin | | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding | | | | | | |



Furnace



Water Heater



Electrical Panel Box

FHA/VA Case No. 446-6285091

## Photograph Addendum

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | County | Dauphin | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding | | | | | | |



Address Verification

FHA/VA Case No. 446-6285091

## Photograph Addendum

| Borrower | Maryann Butler | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | |
| City | Harrisburg | County | Dauphin | State | PA | Zip Code 17103 |
| Lender/Client | New American Funding | | | | | |



Potential Fall Hazard



Door Lock



Blocked Access

FHA/VA Case No. 446-6285091

## Photograph Addendum

| Borrower | Maryann Butler | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | |
| City | Harrisburg | County | Dauphin | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding | | | | | |

Chipped Paint - Window Trim



## Building Sketch

FHA/VA Case No. 446-6285091

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Maryann Butler | | | | | | |
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | County | Dauphin | | State | PA | Zip Code 17103 |
| Lender/Client | New American Funding | | | | | | |



TOTAL Sketch by a la mode

### Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 827.5 Sq ft | 15 × 55.17 = 827.5 |
| Second Floor | 759.25 Sq ft | 15 × 50.08 = 751.25<br>8 × 1 = 8 |
| Third Floor | 303.48 Sq ft | 8.43 × 36 = 303.48 |
| **Total Living Area (Rounded):** | **1890 Sq ft** | |
| **Non-living Area** | | |
| Uncovered Patio | 247 Sq ft | 13 × 19 = 247 |
| UC Deck | 120 Sq ft | 15 × 8 = 120 |
| Enc Porch | 135 Sq ft | 9 × 15 = 135 |
| 1 Car Detached | 220 Sq ft | 11 × 20 = 220 |
| Basement | 661.25 Sq ft | 15 × 44.08 = 661.25 |

FHA/VA Case No. 446-6265091

## Comparable Photo Page

| | |
|---|---|
| Borrower | Maryann Butler |
| Property Address | 1823 State St |
| City | Harrisburg | County | Dauphin | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding |



**Comparable 1**

1836 North St
| | |
|---|---|
| Prox. to Subject | 0.09 miles N |
| Sale Price | 152,000 |
| Gross Living Area | 1,595 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;CtyStr; |
| Site | 4356 sf |
| Quality | Q4 |
| Age | 143 |



**Comparable 2**

1720 North St
| | |
|---|---|
| Prox. to Subject | 0.14 miles NW |
| Sale Price | 150,000 |
| Gross Living Area | 1,442 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;CtyStr; |
| Site | 1742 sf |
| Quality | Q4 |
| Age | 113 |



**Comparable 3**

1340 State St
| | |
|---|---|
| Prox. to Subject | 0.37 miles SW |
| Sale Price | 185,000 |
| Gross Living Area | 2,086 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 1.1 |
| Location | N;BsyRd; |
| View | N;CtyStr; |
| Site | 2178 sf |
| Quality | Q4 |
| Age | 108 |

FHA/VA Case No. 446-6285091

## Comparable Photo Page

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | County | Dauphin | | State | PA | Zip Code 17103 |
| Lender/Client | New American Funding | | | | | | |



### Comparable 4

1839 Regina St
| | |
|---|---|
| Prox. to Subject | 0.20 miles SE |
| Sales Price | 170,000 |
| Gross Living Area | 1,762 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;CityStr; |
| Site | 1742 sf |
| Quality | Q4 |
| Age | 115 |



### Comparable 5

2024 Bellevue Rd
| | |
|---|---|
| Prox. to Subject | 0.48 miles SE |
| Sales Price | 175,000 |
| Gross Living Area | 1,908 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;CityStr; |
| Site | 1742 sf |
| Quality | Q4 |
| Age | 104 |



### Comparable 6

804 N 18th St
| | |
|---|---|
| Prox. to Subject | 0.17 miles NW |
| Sales Price | 155,000 |
| Gross Living Area | 1,400 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;CityStr; |
| Site | 1742 sf |
| Quality | Q4 |
| Age | 125 |

FHA/VA Case No. 446-6285091

## Comparable Photo Page

| | |
|---|---|
| Borrower | Maryann Butler |
| Property Address | 1823 State St |
| City | Harrisburg |
| Lender/Client | New American Funding |

| | | | | | |
|---|---|---|---|---|---|
| | | County  Dauphin | State  **PA** | Zip Code  17103 | |



### Comparable 7

**902 N 18th St**

| | |
|---|---|
| Prox. to Subject | 0.22 miles NW |
| Sale Price | 198,500 |
| Gross Living Area | 1,905 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;CtyStr; |
| Site | 1742 sf |
| Quality | Q4 |
| Age | 115 |

### Comparable 8

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 9

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

FHA/VA Case No. 446-6285091

**Location Map**

| Borrower | Maryann Butler | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | |
| City | Harrisburg | County | Dauphin | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding | | | | | |



RHA/VA Case No. 448-6285091

**Flood Map**

| Borrower | Maryann Butler | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | | |
| City | Harrisburg | County | Dauphin | | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding | | | | | | | |



**InterFlood** by a la mode

Prepared for: Accu-Fast Appraisals
1823 State St
Harrisburg, PA 17103-1552

Subject
1823 State St

**MAP DATA**

FEMA Special Flood Hazard Area: No
Map Number: 42043C0338D
Zone: X
Map Date: August 02, 2012
FIPS: 42043

**MAP LEGEND**

Powered by CoreLogic®

| | | | |
|---|---|---|---|
| ▢ | Areas inundated by 500-year flooding | ▨ | Protected Areas |
| ▢ | Areas inundated by 100-year flooding | ▨ | Floodway |
| ▢ | Velocity Hazard | ◯ | Subject Area |

FHA/VA Case No. 446-6285091

## Subject Maps and Plot Plan

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | County | Dauphin | | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding | | | | | | |



Street Number is 1823
Street Name is like 'state''
Found 2 results in 0.02 seconds.

FHA/VA Case No. 446-6285091

## Legal Description

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | | County | Dauphin | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding | | | | | | |

INST#: 20180019796 Recorded: 08/09/2018 at 02:51:02 PM 5 PAGES JAMES M. ZUGAY, RECORDER OF DEEDS, DAUPHIN COUNTY, PA. RECORDED BY DEPUTY CLERK: CRASHINGER TAO LPAUL

Prepared by and Return to:

Members 1st Settlement Company, LLC
1021 Briarsdale Road
Harrisburg, PA
(717)795-6006

File No. MM2708

Parcel ID # 15-017-006

**This Indenture**, made the 1st day of August, 2018,

**Between**

    **CHRISTOPHER BICKEL AND NINA BICKEL, HUSBAND AND WIFE**

                    (hereinafter called the Grantors), of the one part, and

    **MARYANN BUTLER, SINGLE PERSON**

                    (hereinafter called the Grantee), of the other part,

**Witnesseth**, that the said Grantors for and in consideration of the sum of **Sixty-Nine Thousand Nine Hundred Seventeen And 00/100 Dollars ($69,917.00)** lawful money of the United States of America, unto them well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, have granted, bargained and sold, released and confirmed, and by these presents do grant, bargain and sell, release and confirm unto the said Grantee, as sole owner

**ALL THAT CERTAIN** parcel of real estate situate in the 15th Ward of the City of Harrisburg, County of Dauphin, and Commonwealth of Pennsylvania, more particularly bounded and described as follows, to wit:

BEGINNING at a point on the South side of State Street at the line of property now or late of Walter M. Kauffman, et ux, known as No. 1821 State Street, which point is two hundred eighty-nine and nine-tenths (289.9) feet East of the southeast corner of North 13th Street and State Street; thence eastwardly along the South side of State Street, nineteen (19) feet to the line of property now or late of John W. Valalst, et ux; thence southwardly along the line of said property and at right angles to State Street, one hundred twenty-eight and one-tenths (128.1) feet to the North side of Apricot Alley, nineteen and twenty-five hundredths (19.25) feet to the line of the aforementioned property of Walter Kauffman, et ux; and thence northwardly along the line of said property and for part of the distance through the center of the partition wall, one hundred thirty-one and seven-tenths (131.7) feet to the Place of BEGINNING.

**HAVING THEREON ERECTED** the eastern half of a double two and one-half story brick dwelling known as No. 1823 State Street.

THIS DOCUMENT MAY NOT SELL, CONVEY, TRANSFER, INCLUDE OR INSURE THE TITLE TO THE COAL AND RIGHTS OF SUPPORT UNDERNEATH THE LAND DESCRIBED OR REFERRED HEREIN, AND THE OWNER OR OWNERS OF SUCH COAL MAY HAVE THE COMPLETE LEGAL RIGHT TO REMOVE ALL SUCH COAL AND, IN THAT CONNECTION,

FHA/VA Case No. 446-6285091

## Tax Card

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | | County | Dauphin | | State **PA** | Zip Code **17103** |
| Lender/Client | New American Funding | | | | | | |

**Agent 360**

1823 State St, Harrisburg, PA 17103-1552    City Of Harrisburg    Tax ID 15-017-006-000-0000




No Picture Available

### Summary Information

| | | | |
|---|---|---|---|
| Owner: | Maryann Butler | Property Class: | Residential |
| Owner Address: | 1823 State St | Annual Tax: | $978 |
| Owner City State: | HARRISBURG PA | Settle Date: | 08/09/18 |
| Owner Zip+4: | 17103-1552 | Sale Amount: | $69,917 |
| Owner Occupied: | Yes | Doc Num: | 20180019796 |
| Owner Carrier Rt: | C068 | Tax Record Updated: | 02/05/25 |

### Geographic Information

| | | | |
|---|---|---|---|
| County: | Dauphin, PA | Mid Sch Dist: | Harrisburg City |
| Municipality: | City Of Harrisburg | Census: | |
| High Sch Dist: | Harrisburg City | | |
| Elm Sch Dist: | Harrisburg City | | |
| Tax ID: | 15-017-006-000-0000 | | |
| Tax ID Alt: | 15-017-006-000-0000 | | |

### Assessment & Tax Information

| | | | | | |
|---|---|---|---|---|---|
| Tax Year: | 2025 | Annual Tax (Est): | $978 | Taxable Total Asmt: | $25,000 |
| County Tax: | $209 | Taxable Land Asmt: | $9,800 | | |
| School Tax (Est): | $769 | Taxable Bldg Asmt: | $15,200 | | |
| Asmt As Of: | 2025 | | | Exempt Class: | NA |

### Lot Characteristics

| | | | |
|---|---|---|---|
| County Desc: | Primary Site | SQFT: | 2,178 |
| | | Acres: | 0.0500 |
| | | Roads: | Paved, Alley, Sidewalk |
| | | Topography: | Rolling |

### Building Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Total SQFT: | 2,219 | Bed Rooms: | 3 | Basement Type: | Full |
| Residential Type: | Single/Det | Full Baths: | 2 | Year Built: | 1922 |
| Residential Design: | 2 Story | Total Baths: | 2.0 | Total Below Grade | 540 |
| Stories: | 2.00 | Family Room: | 0 | SQFT: | |
| Abv Grd Fin SQFT: | 1,679 | Total Fixtures: | 2 | Total Garage SQFT: 0 | |
| Fireplace Total: | 0 | Exterior: | Brick | Attic Description: | Finished |
| Porch/Deck: | Patio, Porch | Residential Units: | 1 | Porch/Deck Feats: | Roof/Covered |
| | | Porch/Deck SQFT: | 165 | | |
| | | Elec: | Yes | | |

### Codes & Descriptions

| | |
|---|---|
| Land Use: | R03 2 Story |
| County Land Desc: | Primary Site |

### MLS History

FHA/VA Case No. 446-6285091
446-6285091

## Market Conditions Addendum to the Appraisal Report

File No. 1001748263

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 1823 State St | City | Harrisburg | State | PA | ZIP Code | 17103 |
|---|---|---|---|---|---|---|---|

Borrower  Maryann Butler

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 9 | 3 | 4 | Increasing | ☒ Stable | Declining |
| Absorption Rate (Total Sales/Months) | 1.50 | 1.00 | 1.33 | Increasing | ☒ Stable | Declining |
| Total # of Comparable Active Listings | 3 | 1 | 5 | Declining | Stable | ☒ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 2.0 | 1.0 | 3.8 | Declining | Stable | ☒ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 103,500 | 137,000 | 160,000 | ☒ Increasing | Stable | Declining |
| Median Comparable Sales Days on Market | 12 | 36 | 24 | Declining | ☒ Stable | Increasing |
| Median Comparable List Price | 117,000 | 114,900 | 149,000 | ☒ Increasing | Stable | Declining |
| Median Comparable Listings Days on Market | 70 | 82 | 25 | ☒ Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 100.00% | 100.00% | 98.11% | Increasing | Stable | ☒ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | Yes | ☒ No | | Declining | ☒ Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    Seller concessions are not very common currently and tend to negatively impact market value as buyers have little, or no, need to offer concessions to close the sale at or near list price. The impact of any seller concessions is determined through matched pairs analysis.

Are foreclosure sales (REO sales) a factor in the market?    Yes  ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
There are foreclosures in this market but they do not negatively impact the value or marketability of typical properties in this market.

Cite data sources for above information.    Bright Multi-Listing Service and courthouse records.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The market appears to be stable overall and tends to reflect the seasonal nature of real estate sales in this area with more sales taking place in the spring and summer seasons. Interest rates have been relatively stable. Limited supply continues in the market making each listed property more competitive. This has resulted in sale prices exceeding list prices in many circumstances as potential buyers bid against each other. Demand, which is normally expected to slow down as fall and winter approach, may be impacted by changes to the interest rate. This particular market is currently undergoing a period of intense revitalization. Sales include properties both pre-renovation and post-renovation. Changes in the median may be influenced by the number of each type that transfer in a given period and may not be completely attributable to appreciation in this market.

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?    Yes    No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | |
|---|---|
| Signature | Signature |
| Appraiser Name  Robert Cassel | Supervisory Appraiser Name |
| Company Name  Accu-Fast Appraisals | Company Name |
| Company Address  836 Tamanini Way, Mechanicsburg, PA 17055-750C | Company Address |
| State License/Certification #  RL139417  State  PA | State License/Certification #  State |
| Email Address  rcassel@comcast.net | Email Address |

Freddie Mac Form 71  March 2009                Page 1 of 1                Fannie Mae Form 1004MC  March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FHA/VA Case No. 446-6285091

# Appraiser Independence Certification

I do hereby certify, I have followed the appraiser independence safeguards in compliance with Appraisal Independence and any applicable state laws I may be required to comply with. This includes but is not limited to the following:

- I am currently licensed and/or certified by the state in which the property to be appraised is located My license is the appropriate license for the appraisal assignment(s) and is reflected on the appraisal report.
- I certify that there have been no sanctions against me for any reason that would impair my ability to perform appraisals pursuant to the required guidelines.

I assert that no employee, director, officer, or agent of _____ Stewart Valuation Intelligence _____ , or any other third party acting as joint venture partner, independent contractor, appraisal management company, or partner on behalf of _____ New American Funding _____ , influenced, or attempted to influence the development, reporting, result, or review of my appraisal through coercion, extortion, collusion, compensation, inducement, intimidation, bribery, or in any other manner.

I further assert that _____ Stewart Valuation Intelligence _____ has never participated in any of the following prohibited behavior in our business relationship:

1) Withholding or threatening to withhold timely payment or partial payment for an appraisal report;

2) Withholding or threatening to withhold future business with me, or demoting or terminating or threatening to demote or terminate me;

3) Expressly or impliedly promising future business, promotions, or increased compensation for myself;

4) Conditioning the ordering of my appraisal report or the payment of my appraisal fee or salary or bonus on the opinion, conclusion, or valuation to be reached, or on a preliminary value estimate requested from me;

5) Requesting that I provide an estimated, predetermined, or desired valuation in an appraisal report prior to the completion of the appraisal report, or requesting that I provide estimated values or comparable sales at any time prior to my completion of an appraisal report;

6) Provided me an anticipated, estimated, encouraged, or desired value for a subject property or a proposed or target amount to be loaned to the borrower, except that a copy of the sales contract for purchase transactions may be provided;

7) Provided to me, or my appraisal company, or any entity or person related to me as appraiser, appraisal company, stock or other financial or non-financial benefits;

8) Any other act or practice that impairs or attempts to impair my independence, objectivity, or impartiality or violates law or regulation, including, but not limited to, the Truth in Lending Act (TILA) and Regulation Z, or the USPAP.

---

| | |
|---|---|
| *[signature]* | 02/11/2025 |
| Signature | Date |
| Robert Cassel | RL139417 |
| Appraiser's Name | State License or Certification # |
| PA State Certified Residential Appraiser | 06/30/2025     PA |
| State Title or Designation | Expiration Date of License or Certification    State |

1823 State St, Harrisburg, PA 17103
Address of Property Appraised

05/13

FHA/VA Case No. 446-6285091

446-6285091
File No.   1001748263

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

**Condition Ratings and Definitions**

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

**Quality Ratings and Definitions**

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

FHA/VA Case No. 446-6285091

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

FHA/VA Case No. 446-6285091

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011 (Updated 1/2014)

FHA/VA Case No. 446-6285091

| Borrower | Maryann Butler | | | File No. 1001748263 | |
|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | |
| City | Harrisburg | County | Dauphin | State PA | Zip Code 17103 |
| Lender/Client | New American Funding | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report    (A written report prepared under Standards Rule 2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report    (A written report prepared under Standards Rule 2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Reasonable Exposure Time    (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:    3-6 Months

### Comments on Appraisal and Report Identification

Note any USPAP-related issues requiring disclosure and any state mandated requirements:

This appraisal is made under the extraordinary assumption that all information pertaining to the subject property and comparable sales that was taken from public information sources is complete and accurate.

The use of any extraordinary assumption, or hypothetical condition, could affect the opinion of value.

The intended user is the client and lender and any additional users noted in the "Additional Comments" section. The intended use is for financing purposes only. This report is not intended for any other use.

All measurements were taken at the time of inspection and are compliant with ANSI standards.

This appraisal is made under the hypothetical condition that all required FHA repairs have already been repaired to minimum property standards as outlines in HUD Handbook 4000.1.

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: | Signature: |
| Name: Robert Cassel | Name: |
| PA State Certified Residential Appraiser | |
| State Certification #: RL139417 | State Certification #: |
| or State License #: | or State License #: |
| State: PA   Expiration Date of Certification or License: 06/30/2025 | State:   Expiration Date of Certification or License: |
| Date of Signature and Report: 02/11/2025 | Date of Signature: |
| Effective Date of Appraisal: 02/10/2025 | |
| Inspection of Subject: ☐ None ☒ Interior and Exterior ☐ Exterior-Only | Inspection of Subject: ☐ None ☐ Interior and Exterior ☐ Exterior-Only |
| Date of Inspection (if applicable): 02/10/2025 | Date of Inspection (if applicable): |

FHA/VA Case No. 446-6285091

## Supplemental Addendum

File No. 1001748263

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | County | Dauphin | | State | PA | Zip Code | 17103 |
| Lender/Client | New American Funding | | | | | | |

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:
17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction.
Every effort has been made to conform to FNMA, FHLME and FHLBB guidelines and, in most cases, an even stricter interpretation found common to most investors in the secondary market.

The appraiser has chosen what are believed to be the best comparable sales available from the market search. Adjustments in the "SALES COMPARISON ANALYSIS" are based on market extraction, not cost figures. Occasionally it is necessary to use comparables that have adjustments exceeding 10% of the comparable's sale price, that have net adjustments more than 15% of the comparable's sale price, that have gross adjustments exceeding 25% of the comparable's sale price, that are located more than three miles from the subject and/or that occurred more than six months prior to the date of the appraisal.

Since not every subject property can be compared to "ideal" comparable sales, the appraiser has chosen the best sales available from the market search which most closely conform to investors underwriting guidelines.

The highest and best use of the subject property was determined by a visual inspection of the subject market.

**ADJUSTMENTS:** The appraiser does not have access to, and does not use, peer or model adjustments in this appraisal. All adjustments are calculated using one of the following methods:
- Direct Comparison (Land)
- Local Contractor Pricing (Where applicable)
- Matched Pairs Analysis with linear regression.

**HIGHEST AND BEST USE:** The subject's highest and best use is its current use as a single family residence. Local zoning supports this use above other uses. The subject is maximally productive with this use because, even if an alternative use were permitted under current zoning, the cost to improve the site for this use would be cost prohibitive.

**LEGAL DESCRIPTION:** The traditional Lot:Block format of legal description is very rarely available to the appraiser in the normal course of business, nor from ANY of the information sources used for all other aspects of the appraisal. This type of description, while common is some areas, is not commonly used in this area nor is it readily available to the appraiser .

**• URAR: Improvements - Additional Features**
Energy items are similar to other properties in the area of like age and condition.All of the subject's appliances were in working order at the time of inspection. All appliances are considered personal property and were given no value in the appraisal. The subject has smoke/CO detectors on all levels.

**• URAR: Subject - Overall Condition of the Property**
All improvements are in average condition. There is chipped paint on exterior window trim. The cost to cure is estimated to be approximately $1,000. The borrower also has an estimate to replace the windows, which would also cure the condition.The subject property will meet HUD/FHA minimum property requirements outlined in Handbook 4000.1. when these repairs are completed. There is also a sliding door, located in a second floor bedroom that is currently used as a walk-in closet, that presents a potential fall hazard. The door is locked (photo of locked attached), has shelves in front and also has a "keeper" pole, which prevents the door from being opened. All utilities were on and functioning at the time of inspection.

FHA/VA Case No. 446-6285091

# ENVIRONMENTAL ADDENDUM
## APPARENT* HAZARDOUS SUBSTANCES AND/OR DETRIMENTAL ENVIRONMENTAL CONDITIONS

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | 1823 State St | | | | | | |
| City | Harrisburg | County | Dauphin | State | PA | Zip code | 17103 |
| Lender/Client | New American Funding | | | | | | |

**\*Apparent** is defined as that which is visible, obvious, evident or manifest to the appraiser.

This universal Environmental Addendum is for use with any real estate appraisal. Only the statements which have been checked by the appraiser apply to the property being appraised.

This addendum reports the results of the appraiser's routine inspection of and inquiries about the subject property and its surrounding area. It also states what assumptions were made about the existence (or nonexistence) of any hazardous substances and/or detrimental environmental conditions. **The appraiser is not an expert environmental inspector** and therefore might be unaware of existing hazardous substances and/or detrimental environmental conditions which may have a negative effect on the safety and value of the property. It is possible that tests and inspections made by a qualified environmental inspector would reveal the existence of hazardous materials and/or detrimental environmental conditions on or around the property that would negatively affect its safety and value.

### DRINKING WATER

"X"  Drinking Water is supplied to the subject from a municipal water supply which is considered safe. However the only way to be absolutely certain that the water meets published standards is to have it tested at all discharge points.
____  Drinking Water is supplied by a well or other non-municipal source. It is recommended that tests be made to be certain that the property is supplied with adequate pure water.
"X"  Lead can get into drinking water from its source, the pipes, at all discharge points, plumbing fixtures and/or appliances. The only way to be certain that water does not contain an unacceptable lead level is to have it tested at all discharge points.
"X"  **The value estimated in this appraisal is based on the assumption that there is an adequate supply of safe, lead-free Drinking Water.**

Comments _____

### SANITARY WASTE DISPOSAL

"X"  Sanitary Waste is removed from the property by a municipal sewer system.
____  Sanitary Waste is disposed of by a septic system or other sanitary on site waste disposal system. The only way to determine that the disposal system is adequate and in good working condition is to have it inspected by a qualified inspector.
"X"  **The value estimated in this appraisal is based on the assumption that the Sanitary Waste is disposed of by a municipal sewer or an adequate properly permitted alternate treatment system in good condition.**
Comments _____

### SOIL CONTAMINANTS

"X"  There are no apparent signs of Soil Contaminants on or near the subject property (except as reported in Comments below). It is possible that research, inspection and testing by a qualified environmental inspector would reveal existing and/or potential hazardous substances and/or detrimental environmental conditions on or around the property that would negatively affect its safety and value.
"X"  **The value estimated in this appraisal is based on the assumption that the subject property is free of Soil Contaminants.**

Comments _____

### ASBESTOS

"X"  All or part of the improvements were constructed before 1979 when Asbestos was a common building material. The only way to be certain that the property is free of friable and non-friable Asbestos is to have it inspected and tested by a qualified asbestos inspector.
____  The improvements were constructed after 1979. No apparent friable Asbestos was observed (except as reported in Comments below).
"X"  **The value estimated in this appraisal is based on the assumption that there is no uncontained friable Asbestos or other hazardous Asbestos material on the property.**

Comments _____

### PCBs (POLYCHLORINATED BIPHENYLS)

"X"  There were no apparent leaking fluorescent light ballasts, capacitors or transformers anywhere on or nearby the property (except as reported in Comments below).
"X"  There was no apparent visible or documented evidence known to the appraiser of soil or groundwater contamination from PCBs anywhere on the property (except as reported in Comments below).
"X"  **The value estimated in this appraisal is based on the assumption that there are no uncontained PCBs on or nearby the property.**

Comments _____

### RADON

"X"  The appraiser is not aware of any Radon tests made on the subject property within the past 12 months (except as reported in Comments below).
"X"  The appraiser is not aware of any indication that the local water supplies have been found to have elevated levels of Radon or Radium.
"X"  The appraiser is not aware of any nearby properties (except as reported in Comments below) that were or currently are used for uranium, thorium or radium extraction or phosphate processing.
"X"  **The value estimated in this appraisal is based on the assumption that the Radon level is at or below EPA recommended levels.**

Comments _____

## USTs (UNDERGROUND STORAGE TANKS)

"X" There is no apparent visible or documented evidence known to the appraiser of any USTs on the property nor any known historical use of the property that would likely have had USTs.

"X" There are no apparent petroleum storage and/or delivery facilities (including gasoline stations or chemical manufacturing plants) located on adjacent properties (except as reported in Comments below).

There are apparent signs of USTs existing now or in the past on the subject property. It is recommended that an inspection by a qualified UST inspector be obtained to determine the location of any USTs together with their condition and proper registration if they are active; and if they are inactive, to determine whether they were deactivated in accordance with sound industry practices.

"X" The value estimated in this appraisal is based on the assumption that any functioning USTs are not leaking and are properly registered and that any abandoned USTs are free from contamination and were properly drained, filled and sealed.

Comments _____

## NEARBY HAZARDOUS WASTE SITES

"X" There are no apparent Hazardous Waste Sites on the subject property or nearby the subject property (except as reported in Comments below). Hazardous Waste Site search by a trained environmental engineer may determine that there is one or more Hazardous Waste Sites on or in the area of the subject property.

"X" The value estimated in this appraisal is based on the assumption that there are no Hazardous Waste Sites on or nearby the subject property that negatively affect the value or safety of the property.

Comments _____

## UREA FORMALDEHYDE (UFFI) INSULATION

"X" All or part of the improvements were constructed before 1982 when UREA foam insulation was a common building material. The only way to be certain that the property is free of UREA formaldehyde is to have it inspected by a qualified UREA formaldehyde inspector.

The improvements were constructed after 1982. No apparent UREA formaldehyde materials were observed (except as reported in Comments below).

"X" The value estimated in this appraisal is based on the assumption that there is no significant UFFI insulation or other UREA formaldehyde material on the property.

Comments _____

## LEAD PAINT

"X" All or part of the improvements were constructed before 1980 when Lead Paint was a common building material. There is no apparent visible or known documented evidence of peeling or flaking Lead Paint on the floors, walls or ceilings (except as reported in Comments below). The only way to be certain that the property is free of surface or subsurface Lead Paint is to have it inspected by a qualified inspector.

The improvements were constructed after 1980. No apparent Lead Paint was observed (except as reported in Comments below).

"X" The value estimated in this appraisal is based on the assumption that there is no flaking or peeling Lead Paint on the property.

Comments _____

## AIR POLLUTION

"X" There are no apparent signs of Air Pollution at the time of the inspection nor were any reported (except as reported in Comments below). The only way to be certain that the air is free of pollution is to have it tested.

"X" The value estimated in this appraisal is based on the assumption that the property is free of Air Pollution.

Comments _____

## WETLANDS/FLOOD PLAINS

"X" The site does not contain any apparent Wetlands/Flood Plains (except as reported in Comments below). The only way to be certain that the site is free of Wetlands/ Flood Plains is to have it inspected by a qualified environmental professional.

"X" The value estimated in this appraisal is based on the assumption that there are no Wetlands/Flood Plains on the property (except as reported in Comments below).

Comments _____

## MISCELLANEOUS ENVIRONMENTAL HAZARDS

"X" There are no other apparent miscellaneous hazardous substances and/or detrimental environmental conditions on or in the area of the site except as indicated below:

_____ Excess Noise _____
_____ Radiation + Electromagnetic Radiation _____
_____ Light Pollution _____
_____ Waste Heat _____
_____ Acid Mine Drainage _____
_____ Agricultural Pollution _____
_____ Geological Hazards _____
_____ Nearby Hazardous Property _____
_____ Infectious Medical Wastes _____
_____ Pesticides _____
_____ Others (Chemical Storage + Storage Drums, Pipelines, etc.) __

"X" The value estimated in this appraisal is based on the assumption that there are no Miscellaneous environmental Hazards (except those reported above) that would negatively affect the value of the property.

| When any of the environmental assumptions made in this addendum are not correct, the estimated value in this appraisal may not be valid. |

FHA/VA Case No. 446-B285091

## Appraiser's Certification (License)

| Borrower | Maryann Butler | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | | |
| City | Harrisburg | County | Dauphin | | State | PA | Zip Code 17103 |
| Lender/Client | New American Funding | | | | | | |



DISPLAY THIS CERTIFICATE PROMINENTLY ● NOTIFY AGENCY WITHIN 10 DAYS OF ANY CHANGE

**Commonwealth of Pennsylvania**
**Department** of State
**Bureau of Professional and Occupational Affairs**
PO BOX 2649 Harrisburg PA 17105-2649

23 0033505

License Type
**Certified Residential Appraiser**

ROBERT I CASSEL
836 TAMANINI WAY
MECHANICSBURG, PA **17055**

License **Status**
Active

**Initial License Date**
10/18/2006

**License Number**
RL139417

**Expiration Date**
06/30/2025

_arion R. Claggett_
Acting Commissioner Arion R. Claggett

Signature

ALTERATION OF THIS DOCUMENT IS A CRIMINAL OFFENSE UNDER 18 P.A.C.S.§. 4911

FHA/VA Case No. 446-6285091

## Appraiser's E & O

| Borrower | Maryann Butler | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | |
| City | Harrisburg | County | Dauphin | State | PA | Zip Code 17103 |
| Lender/Client | New American Funding | | | | | |

---

**ACORD**

## CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 10/09/2024 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Kate Kurtz | | |
|---|---|---|---|
| Norman-Spencer Agency, LLC | PHONE (A/C, No, Ext): 800-640-7601 | FAX (A/C, No): 717-721-3515 | |
| 10050 Innovation Drive, Suite 340 | E-MAIL ADDRESS: intercorpappraisers@norman-spencer.com | | |
| Miamisburg, OH 45342 | INSURER(S) AFFORDING COVERAGE | NAIC # | |
| | INSURER A: The Hanover Atlantic Insurance Company, LTD | N/A | |
| INSURED | INSURER B: | | |
| Robert I Cassel dba Accu-Fast Appraisals | INSURER C: | | |
| 838 TAMANINI WAY | INSURER D: | | |
| MECHANICSBURG, PA 17055 | INSURER E: | | |
| | INSURER F: | | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Errors & Omissions Claims-Made Policy | | | L3D-J581752-01 | 12/04/2024 | 12/04/2025 | Per Claim Aggregate Deductible Retroactive Date | $1,000,000 $2,000,000 $5,000 12/04/2010 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

The insurance afforded by the E&O policy applies solely to wrongful acts in the insured's performance of the following professional services for others for a fee: Real Estate Appraisal Services

The following are insureds on the E&O policy: Robert I. Cassel

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Evidence of Insurance | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION. All rights reserved.

**ACORD 25 (2016/03)**    The ACORD name and logo are registered marks of ACORD

**Revision Addendum**

FHA/VA Case No. 446-6285091

File No. 1001748263

| Borrower | Maryann Butler | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1823 State St | | | | | |
| City | Harrisburg | County | Dauphin | State | PA | Zip Code 17103 |
| Lender/Client | New American Funding | | | | | |

02/11/2025

I reviewed your report for order 1615499 at 1823 State Street Harrisburg, PA 17103 and found 1 area we need to revise in order for New American Funding to accept the appraisal.

1. Bedroom Count Consistently Stated
The report indicates the subject has 4 bedrooms. However, this is inconsistent with the provided photos and/or the sketch labels. Please review and correct.
- I have reviewed the appraisal. There are already four (4) bedroom photos and four (4) rooms labeled as "Bedroom", which matches the indicated bedroom count. Please review.