# EXHIBIT D
# COMMUNICATION FAILURES AND SYSTEM OBSTRUCTION

This exhibit provides documented evidence of digital obstruction and failed communication attempts during the final phase of loan processing. Screenshots and email delivery failure notices demonstrate that Plaintiff's access to the loan portal was suspended, and that key email addresses provided by the lender—New American Funding (NAF)—were either invalid or non-functional.

On or about March 19, 2025—just one day before the rate lock expiration—the Plaintiff attempted to deliver critical loan transfer and compliance requests to Loan Officer Shawn Wainwright and the Customer Care Team. These attempts failed, producing bounce-back notices and locked account errors.

These technical obstructions materially interfered with Plaintiff's ability to complete the loan process and transfer her FHA Case file, in violation of procedural communication requirements under the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2605(e).

Submitted with Statement of Facts – Section 6

mfmallah87@icloud.com Mime-Version: 1.0 (1.0) Date: Wed, 19 Mar 2025 12:33:47 -0400 Subject: Follow Up 3/19/2025 Message-Id: <9229C093-C7C6-4774-942B-429B72E3C77D@icloud.com> To: Shawn Wainwright X-Mailer: iPhone Mail (22D82) X-Proofpoint-GUID: QJlIYvo5i9bSpwsMHZOIT_MjMEn3mCSh X-Proofpoint-ORIG-GUID: QJlIYvo5i9bSpwsMHZOIT_MjMEn3mCSh X-Proofpoint-Virus-Version: vendor=baseguard engine=ICAP:2.0.293,Aquarius:18.0.1093,Hydra:6.0.680,FMLib:17.12.68.34 definitions=2025-03-19_06,2025-03-19_01,2024-11-22_01 X-Proofpoint-Spam-Details: rule=notspam policy=default score=0 phishscore=0 mlxlogscore=982 adultscore=0 spamscore=0 malwarescore=0 mlxscore=0 clxscore=1015 suspectscore=0 bulkscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=8.19.0-2411120000 definitions=main-2503190112

address to reset your password.

Username *

Forgot your username?



Your account has been suspended

Please wait 24 hours and then try again, or contact your lender for help.

Close

ICE

14511 Myford Road, Suite 100 Tustin, CA 92780
800.450.2010 x7100   |   CustomerService@nafinc.com



ling.mymortgage-online.com

**6:41**

Cancel

**Formal Request for FHA Case Transfer Code – Response Required by 4:00 PM...**

To:

Cc:

Bcc:

From: mfmallah87@icloud.com

Subject:

> **Invalid Address**
>
> "Customer Service <  customerservice@nafinc.com>" does not appear to be a valid email address. Do you want to send it anyway?
>
> Cancel        Send

Dear

Following my Final Demand Notice, I am form FHA Case Transfer Code for my assigned FHA 446-6285091.

As per HUD Mortgagee Letter 2009-40, I have transfer my FHA case file to another lender up no discretion or denial allowed under HUD pol information must be provided immediately wh borrower.

I require this information no later than 4:00 PM 18, 2025. If this request is not fulfilled by that this matter to HUD, CFPB, and all relevant reg