**SUPPLEMENTAL NOTICE OF URGENCY**

1:25-cv-C090

To: The Honorable Judge and Clerk of Court
United States District Court
Middle District of Pennsylvania

The Plaintiff, through her authorized representative, respectfully submits this supplemental notice in connection with the above-captioned case. Since the filing of the original complaint, Plaintiffs ability to preserve critical evidence has been impeded by intentional communication blocks from Defendant New American Funding and email inaccessibility from federal agency recipients.

Most urgently, Plaintiffs good faith Legal Preservation Notice sent to Defendants Loan Officer, Mr.

Shawn Wainwright, on April 17, 2025, was blocked triggering a bounce-back email notification. Notably, this marked the second such block from this recipient. More recently, the Plaintiff experienced bounce-back rejections when attempting to submit follow-up information to HUD.gov and ConsumerFinance.gov, which are government agencies designated to process lending-related complaints.

This troubling pattern of digital interference escalates the risk of spoliation. Plaintiff has already alerted the Court in the main complaint to blocked communications as a form of procedural evasion, and now new events confirm the need for judicial attention. Plaintiff respectfully asks the Court to take notice of these escalations while screening is pending.

FILED
SCRANTON
MAY 19 2025
PER_____
DEPUTY CLERK

May 15, 2025

Clerk of Court
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

**Re: Supplemental Urgency Notice Butler v. New American Funding, Case No. 1:25-cv-690**

Dear Clerk of Court:

Please find enclosed a Supplemental Notice of Urgency and Declaration for filing in the above-referenced matter. The Plaintiff respectfully submits this Notice to update the Court on critical developments affecting the preservation of evidence and communications during the pendency of screening. We request that this submission be placed into the record and brought to the attention of the presiding judge for review.

Sincerely,

Audury Petie Davis,
Authorized Representative for Plaintiff
Phone: 717-424-8220
Email: mfmallah87@icloud.com

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023. All rights reserved.

UNITED STATES POSTAL SERVICE®
PRIORITY MAIL
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

FROM:

FROM: Aubrey Ken Davis
[illegible] St
[illegible] 17103

RECEIVED
SCRANTON
MAY 19 2025
PER [signature]
DEPUTY CLERK

TO: Clerk of Court
United States District Court
Middle District of PA
William J. Neal Federal Bldg
235 N. Washington Ave
Scranton PA 18503

Retail
US POSTAGE PAID
$10.10
Origin: 17111
05/14/25
4134920108-17

PRIORITY MAIL®
0 Lb 3.80 Oz
RDC 03
C002

EXPECTED DELIVERY DAY: 05/17/25

SHIP TO:
235 N WASHINGTON AVE
SCRANTON PA 18503-1512

USPS TRACKING® #

9505 5104 2038 5134 1634 23

FLAT RATE
ONE RATE

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.