DECLARATION IN SUPPORT OF SUPPLEMENTAL URGENCY NOTICE

I, Audury Petie Davis, declare under penalty of perjury under the laws of the United States of America, that the following is true and correct to the best of my knowledge and belief:

1. I am the authorized representative of the Plaintiff, Maryann Butler, in this matter. I have managed all substantive communications with the Defendant, including the loan application, follow-up requests, and correspondence with federal agencies.

2. On April 17, 2025, I submitted a formal Legal Preservation Notice by email to Loan Officer Shawn Wainwright at New American Funding, copying both HUD and ConsumerFinance.gov (CFPB). This notice placed the Defendant on formal notice to preserve all relevant evidence amid pending federal litigation.

3. Within moments of that transmission, I received automated bounce-back messages from all three recipientsSean Wainwright, HUD, and the CFPBeach indicating that my emails were undeliverable. The simultaneous timing of these bounce-backs, occurring immediately after my legal preservation request, raises a substantial and urgent concern of spoliation, system interference, or coordinated efforts to prevent record access.

4. This event was not isolated. It followed a previous instance in which I experienced blocked communication with the Defendant after raising concerns related to the loan processsuggesting a documented pattern of evasion timed to obstruct legal steps.

5. I have preserved the bounce-back messages and email headers and am prepared to submit them as part of the court record or in any subsequent motion. These events place the Plaintiff at high risk of irreparable harm, particularly given our limited access to PACER and inability to electronically file motions as a pro se party.

6. I respectfully ask the Court to take judicial notice of these documented facts and consider them in support of

expedited screening and urgent review of the underlying complaint.

7. I affirm my full willingness to cooperate with the Court and provide any further materials or clarification as requested.

Executed this 15th day of May, 2025.

*[signature]*

Audury Petie Davis

Authorized Representative for Maryann Butler