UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

Maryann Butler, Plaintiff

v.

Broker Solutions, Inc. dba New American Funding, Defendant

Civil Action No: 1:25-CV-690

EXHIBIT G - DECLARATION OF VOICEMAIL EVIDENCE

FILED
HARRISBURG, PA
MAY 2 7 2025
PER ▢▢▢
DEPUTY CLERK

DECLARATION OF AUDURY PETIE DAVIS

I, Audury Petie Davis, declare under penalty of perjury as follows:

1. I am the authorized legal representative of Plaintiff Maryann Butler in connection with the above-captioned matter. I submit this declaration in good faith as a sworn Exhibit G for the court's consideration.

2. On or around March 12, 2025, I received a voicemail message from loan officer Sean Wainwright, employed by Broker Solutions, Inc. (New American Funding), concerning the plaintiff's loan file and loan processing activity.

3. The voicemail was left on a company communication line and includes the loan officer clearly identifying himself by name and his affiliation with Broker Solutions, Inc. The content of the message confirms his authority and actions within the scope of his employment, including statements regarding loan processing status and receipt of personal financial documentation.

4. This voicemail confirmed the existence of loan documentation, admitted internal delay, and confirmed prior receipt of income/employment verification materials. The message directly contradicts claims later made to the Consumer Financial Protection Bureau (CFPB) and supports allegations of spoliation, misrepresentation, and breach of duty.

5. This voicemail was preserved on a USB device in its original MP3 file format and served to the registered agent of Broker Solutions, Inc. on May 22, 2025. A notarized affidavit of authenticity accompanies this declaration.

6. I confirm that the voicemail was not altered, edited, or modified. The USB file was created, preserved, and stored under my exclusive custody until hand delivery to the agent on the above date.

Attached herewith is a copy of the notarized affidavit authenticating this voicemail as genuine evidence in this matter.

Executed this May 27, 2025.

Respectfully,

*[signature]*

Audury Petie Davis

Authorized Legal Representative

Davis Legacy Trust

On behalf of Plaintiff Maryann Butler

This form acknowledges receipt of a legal settlement demand package submitted in relation to the pending matter:

Case Title: Butler v. New American Funding
Docket Number: 1:25-CV-690

Delivered to:
Registered Agent Solutions, Inc.
125 Locust Street
Harrisburg, PA 17101

Received on (Date): 5/22/25

Received By:

Printed Name: Justin Woods

Title/Position: Manager

Signature: [signature]

Date: 5/22/25

*Note: This acknowledgment confirms receipt only and does not signify agreement with the contents of the submitted materials.*