# EXHIBIT INDEX – Verified Motion to Expedite Discovery

Case: Davis v. New American Funding

Docket No.: 1:25-CV-690

Filed By: Audury Petie Davis (Pro Se Plaintiff)

Filing Date: June 6, 2025

| Exhibit | Title / Description | Relevance / Notes |
|---|---|---|
| D | March 19, 2025 Email Bounce-Back | Shows blocked communication on the eve of rate-lock expiration |
| D2 | April 17, 2025 Preservation Request Bounce-Back | Demonstrates ignored legal notice and continued obstruction |
| F2 | USB Verified Voicemail + Transcript | Contradicts Defendant's position; confirms Plaintiff's role and involvement |
| O | FHA Document Handling Irregularities | Screenshots/emails of unsecured document transmissions (violating HUD policy) |
| P | Exhibit P: Risk Summary in Support of Verified Motion | Summarizes internal risks, exposure, and misconduct timeline supporting urgency |