# EXHIBIT Q

**EMAIL THREAD: DIRECT COMMUNICATION TO BRANCH MANAGER JASON MILLER, WITH OFFICIAL RESPONSE FROM AMY DALE (SVP)**

Date Range: March–April 2025

Subject: Urgent Request for FHA Case Transfer, Regulatory Instructions, and Evidence of Communication Misconduct

This email thread includes:
- Plaintiff's direct outreach to Jason Miller (Branch Manager, New American Funding), seeking resolution and release of the FHA Case.
- Subsequent response from Amy Dale (Senior Vice President of Customer Service), acting as an executive authority.
- Dale's confirmation of procedural steps and responsibility, followed by the company's failure to comply.
- Relevance to spoliation, executive misrepresentation, and NAF's decision to operate outside formal FHA protocol.

This exhibit supports:
- Count VI and VII of the Complaint
- Emergency Declaration (Spoliation and Misconduct)
- Motion for Sanctions

From: mfmallah87@icloud.com
Subject: Re: Subject: Urgent: Final Legal Demand & FHA Case Transfer Request
– Immediate Escalation Required
Date: Apr 3, 2025 at 6:44:44 PM
To: Jason Miller Jason.Miller@nafinc.com

Dear Mr. Miller,

I hope this message finds you well.

I am writing to formally request assistance with the transfer of my FHA case number (446-6285091) from New American Fun
lender. As a borrower, I am exercising my right under HUD Mortgagee Letter 2009-40 to transfer my FHA case number to a r
have selected Members 1st Federal Credit Union as my new lender.

Unfortunately, I am unable to complete this process directly through New American Funding due to what I believe to be inten
communication obstruction. I have been blocked from accessing the customer service portal, compliance department, and dire
loan officer. Attached you will find screenshots and email delivery failure reports that substantiate this issue.

Given that HUD guidelines explicitly state that a borrower's FHA case number must be transferred upon request without discr
respectfully request that your office assist me in ensuring this transfer is processed immediately.

I appreciate your understanding and help in protecting the rights afforded to FHA borrowers under HUD's guidelines. I am m
provide any additional supporting documentation needed to facilitate this request.

Thank you again for your time and consideration.

Sincerely,

Petie Davis

Email: mfmallah87@icloud.com

FHA Case Number: 446-6285091

Attachments:

- Email delivery failure screenshots
- Communication log screenshots (blocked access)
- Proof of loan status with new lender (Members 1st FCU)

1:31                                                                          .ıll 🤶

March 20

5:39 AM



**Mail Delivery System**
To: Petie >

Yeste

# Undelivered Mail Returned to Sender

This is a system-generated message to inform you that your email could not be delivered to one or more recipients. Details of the email and the error are as follows:

<shawn.wainwright@nafinc.com>: host
nafinc



namrc-com.mail.protection.outlook.com[52.101.9...0] said: 451 4.7.500
    Server busy. Please try again later from [17.57.155.5]. (S77714)
    [BL02EPF00021F6D.namprd02.prod.ou...k.com 2025-03-19T21:01:35.504Z 08DD648F46686162] (in reply to end o... DATA command)

**Delivery report**
573 bytes.

Delete        Recover



Subjec̶—                Customer Service < |
              CustomerCare@nafinc.com>" does not
              appear to be a valid email address. Do
              you want to send it anyway?

Dear

         Cancel                    Send

Following my Final Demand Notice, I a
FHA Case Transfer Code for my assign
446-6285091.


As per HUD Mortgagee Letter 2009-40,
transfer my FHA case file to another ler
no discretion or denial allowed under H
information must be provided immediat
borrower.

I require this information no later than 4~~ ~~
18, 2025. If ~~this request is not~~ fulfilled b



6:30

🔒 ...americanfunding.com

naf **newamerican**
F U N D I N G

EQUAL HOUSING
OPPORTUNITY

Funding and would like to be removed from
mailing list, please call 800-450-2010.

New American Funding makes customer se
our number one priority. We encourage you
call our corporate customer service departm
at 800-450-2010 ext. 7100 between 8 am an

pm PST or email us anytime at
customerservice@nafinc.com for any comp
resolution you may have regarding the
origination of your loan.

© 2025 New American Funding, LLC. All Rig
Reserved.

Corporate Office: 14511 Myford Road, Suite
Tustin, CA 92780.

*If rates change after you obtain a loan thro
New American Funding ("Lender"), you may
qualify for a refinance loan ("refi") with Lend
through the 5-year Rate Protection Pledge. R
approval subject to borrower and property
qualifications, not all applicants will qualify.
Applicable on new applications only – not
available for loans currently in process.
Visit newamericanfunding.com/5year for fu



On Mar 18  2025, at 5:01 PM, Jason Miller (CD Sales Manager) <Jason.Miller@nafinc.com> wrote.

446-6285091