# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                          Case No. 1:25-cv-00690

MARYANN BUTLER,

        Plaintiff,

v.

NEW AMERICAN FUNDING,

        Defendant.

## **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE**

Kindly enter my appearance on behalf of Defendant, New American Funding, in the above-referenced matter. Please direct future correspondences to my contact information below. Thank you.


Date:   June 16, 2025

                                                    /s/James McNally
                                                    James McNally, Esquire
                                                    PA I.D. No. 78341

                                                    Cohen Seglias Pallas Greenhall
                                                    & Furman PC
                                                    626 Washington Place, Suite 1902
                                                    Pittsburgh, PA  15219
                                                    T: 412-434-5530
                                                    jmcnally@cohenseglias.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                                          Case No. 1:25-cv-00690 PJC

MARYANN BUTLER,

       Plaintiff,

v.

NEW AMERICAN FUNDING,

       Defendant.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 16th day of June 2025, a true and correct copy of the foregoing was served via first class mail.

                                           Maryann Butler
                                           1823 State Street
                                         Harrisburg, PA 17103

                                        /s/ James McNally
                                        James McNally
                                        PA I.D.# 78341
                                        Cohen Seglias Pallas Greenhall & Furman P.C.
                                        626 Washington Place, Suite 1902
                                        Pittsburgh, PA 15219
                                        (412) 434-5530
                                        jmcnally@cohenseglias.com