# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**AUDURY PETIE DAVIS and MARYANN BUTLER**
Plaintiffs,

v.

**NEW AMERICAN FUNDING,**
Defendant.

Civil Action No. 1:25-cv-690-PJC

## NOTICE OF SUPPLEMENTAL FILING IN SUPPORT OF MOTION FOR SANCTIONS

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Plaintiff respectfully submits this Notice of Supplemental Filing in support of the pending Motion for Sanctions. The following documents are hereby submitted as Exhibits R, S, and T to supplement the Court's record regarding allegations of regulatory misconduct, misrepresentation, and spoliation:

• Exhibit R: Whistleblower Escalation – Mishandling of Complaint No. 250614-21547383 by CFPB

• Exhibit S: Urgent Complaint Against FHA Lender – New American Funding – Case No. 446-628509

• Exhibit T: Whistleblower Submission – Misconduct in FHA-Backed Loan — FOIA #2219976 & Court

These supplemental exhibits provide additional support that Defendant's conduct has

triggered regulatory concern and public accountability. Plaintiff requests that these be made part of the record and reviewed in conjunction with the pending Motion for Sanctions.

**Respectfully submitted,**

**Dated:** June 17, 2025
By: /s/ Audury Petie Davis
Audury Petie Davis
Authorized Representative for Plaintiff
2041 Greenwood Street
Harrisburg, PA 17103
Phone: 717-424-8220
Email: mfmallah87@icloud.com

**CERTIFICATE OF SERVICE**

Davis v. New American Funding, No. 1:25-cv-690-PJC

United States District Court, Middle District of Pennsylvania

I certify that on this 17th day of June, 2025, I served the attached Notice of Supplemental Filing in Support of Motion for Sanctions, including Exhibits R, S, and T, via email to:

James C. McNally, Esq.

Email: jcmcnally@cohenseglias.com

Attorney for Defendant New American Funding

Respectfully submitted,

/s/ Audury Petie Davis

Audury Petie Davis

Authorized Representative for Plaintiff Maryann Butler

Email: mfmallah87@icloud.com

Phone: (717) 424-8220