FILED
HARRISBURG, PA
JUN 17 2025
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Audury Petie Davis and Maryann Butler,

   Plaintiffs,

   v.                Civil Action No. 1:25-cv-690-PJC

New American Funding,

   Defendant.

## DECLARATION IN SUPPORT OF SUPPLEMENTAL FILING IN SUPPORT OF MOTION FOR SANCTIONS

I, Audury Petie Davis, respectfully submit this declaration in support of the Supplemental Filing in Support of Plaintiff's previously filed Motion for Sanctions.

1. I am the authorized representative for the Plaintiff Maryann Butler in this matter and have personal knowledge of the facts set forth herein.

2. On June 17, 2025, I filed a Supplemental Filing in Support of the pending Motion for Sanctions, attaching multiple whistleblower and regulatory submissions which corroborate Defendant New American Funding's ongoing misconduct related to loan processing, portal misuse, and misrepresentations made to both federal regulators and this Court.

3. The exhibits referenced in the Supplemental Filing are true and correct copies of the whistleblower disclosures and formal complaints I submitted to agencies including the Consumer Financial Protection Bureau (CFPB), the Department of Housing and Urban Development (HUD), the HUD OIG, and FOIA-related submissions.

4. These documents further demonstrate a pattern of misconduct by Defendant New American Funding and were submitted in good faith to reinforce the necessity of judicial sanctions and regulatory oversight.

5. I affirm under penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge.

Executed on June 17, 2025.

Respectfully submitted,


Audury Petie Davis

Authorized Representative for Plaintiff Maryann Butler

2041 Green Street
Harrisburg, PA 17103
Phone: 717-424-8220
Email: mfmallah87@icloud.com

*Audury P. Davis*