UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Maryann Butler,
 Plaintiff,

Case No. 1:25-cv-00690-PJC

v.

New American Funding,
 Defendant.

FILED
HARRISBURG, PA
JUN 26 2025
PER _____
DEPUTY CLERK

## SUPPLEMENTAL STATEMENT IN SUPPORT OF EARLY SCHEDULING CONFERENCE AND CONTINUED JUDICIAL OVERSIGHT

Plaintiff, by and through authorized representative Audury Petie Davis, respectfully submits this supplemental statement to clarify her position regarding Defendant's recent request for an extension of time and to request judicial engagement through a Rule 16 scheduling conference.

Plaintiff does not object to the Court granting a reasonable extension. However, Plaintiff respectfully urges the Court to consider the broader context and record in this matter when evaluating the pace and structure of proceedings.

Notably, the senior executive whose actions form the core of the pending Motion for Sanctions (ECF No. 16), Ms. Amy Dale, is reportedly on leave and unavailable. This executive signed official filings and responses submitted to federal regulators, several of which are now under challenge for misrepresentation and regulatory misconduct. Her absence presents material concerns regarding continuity, preservation of evidence, and the integrity of any forthcoming defense filings.

Plaintiff further notes that despite multiple procedural filings and service of process, no responsive pleading has yet been filed by Defendant. Given that Plaintiff's claims include allegations of spoliation, obstruction, and regulatory violations, the absence of a clear procedural roadmap could materially prejudice the Plaintiff's ability to obtain timely and fair relief.

Accordingly, Plaintiff respectfully requests that the Court schedule a Rule 16 conference or preliminary judicial oversight session to:

- Address pending issues and the Court's expectations regarding sanctions and discovery
- Prevent unnecessary delays
- Promote the fair, orderly, and just resolution of this case

Additionally, Plaintiff is concerned that without early judicial involvement, material evidence may be lost, misrepresented, or delayed in production, especially given the current lack of confirmation that preservation protocols have been implemented by the defense.

Plaintiff has acted in full good faith and believes early conference proceedings may clarify or even resolve key matters currently pending before the Court, including those raised in the sanctions motion. This approach may ultimately conserve judicial resources and protect the integrity of the proceedings.

Respectfully submitted,

Audury Petie Davis
Authorized Representative for Plaintiff
The Davis Legacy Trust
2041 Greenwood St
Harrisburg, PA 17103
717-424-8220
mfmallah87@icloud.com

*/s/ Audury Petie Davis*

## VERIFICATION / DECLARATION

I, Audury Petie Davis, hereby declare under penalty of perjury that the statements made in this filing are true and correct to the best of my knowledge, information, and belief. I am submitting this document in good faith and in support of the Plaintiff's request for judicial oversight.

Executed on: June 25, 2025
/s/ Audury Petie Davis
Audury Petie Davis
Authorized Representative for Plaintiff

*/s/ Audury Petie Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Supplemental Statement was served upon the following by electronic filing via PACER and by email to defense counsel:

James McNally, Esq.
Counsel for Defendant
New American Funding

Executed on: June 25, 2025
/s/ Audury Petie Davis
Audury Petie Davis, Authorized Representative for Plaintiff