IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| MARYANN BUTLER, | : |
| | : Case No. 1:25-cv-00690 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| NEW AMERICAN FUNDING, | : |
| | : |
| Defendant. | : |

## **ORDER**

Based upon Defendant New American Funding's Motion to Extend Deadline, concurred in by Plaintiff MaryAnn Butler and Movant Audury P. Davis, this _____ day of _____, 2025, this Court orders that New American Funding's deadline to file its response shall be extended for a certain number of days to be determined by the Court after Audury P. Davis's Motion to Amend Complaint and Substitute Plaintiff has been decided.

BY THE COURT:

_____
The Honorable Phillip J. Caraballo
United States Magistrate Judge

10007023.1 61098-0002