UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ANN BUTLER, | : |
| | : NO. 1:25-CV-690 |
| Plaintiff | : |
| | : (Caraballo, M.J.) |
| v. | : |
| | : |
| NEW AMERICAN FUNDING, | : |
| | : |
| Defendant | : |

## ORDER

AND NOW, this 1st day of July 2025, upon consideration of Defendant New American Funding's Motion to Extend Deadline (Doc. 24), IT IS HEREBY ORDERED that said motion to extend deadlines is GRANTED and Defendant's response to the Plaintiff's Complaint is HELD IN ABEYANCE pending the Court's resolution of the pending motions filed by Plaintiff.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE