In THE united STATES District Court FOR THE
MIDDle District OF Pennsylvania

Maryann Butler, by
Authorized Rep, Audrey P. Davis
Plaintiff

                    V.

Broker Solutions inc. d/b/a
New AMERican Funding
Defendant

Case NO. 1:25-cv-690

FILED
HARRISBURG, PA

JUL 0 2 2025

PER _____
       DEPUTY CLERK

DECLARATION OF Audrey Petie DAVIS

I, Audrey Petie Davis, authorized representative for
Plaintiff Maryann Butler and verified Pro-se filer
in this matter, hereby declare under Penalty of
Perjury the following;

1. Procedural Integrity and Rule 7.5 Misuse

Contrary to the assertions by defense counsel JAMES
McNally, I have NEVER withdrawn, waived, OR
abandoned the motion for sanctions. THE motion was
filed in verified form, supported by ~~default~~ detailed
factual exhibits and authenticated documentation
including;

THE APRIL 17th Legal Preservation notice (Exhibit D2)
which bounced.

THe CFPB complaint and Amy Dale's Response (exhibit 6)

- THe off Portal email trail, appraisal documents, and full loan File (Exhibit O)

- THe voicemail recording from loan officer Sean Wainwright MP3/USB (Exhibit F-2)

Defense Counsel cites Local Rule 7.5 in Bad faith to imply Procedural abandonment, despite the fact that.

THe Court has not deemed the motion withdrawn;

Verified exhibits and supporting facts were Already filed on the record;

The motion itself was filed during overlapping discovery requests and Judicial review.

Misapplying Rule 7.5 in this context Particularly while sanctions and default are under Review reflects not Just Procedural gamesmanship but an attempt to Preempt Court authority during Judicial deliberation.

2. VIOLATION OF THE Court's July 1, 2025 ORDER

On July 1, 2025, this Court granted Defendant's extension with specific conditions; THe Response of the Defendants shall be held in obedience to the Courts review of the Pending record."

• THIS language was clear and intentional.

Yet despite this instruction, counsel for Defendant filed an opposition to sanctions in direct contradiction to that order. No permission was granted for early or piecemeal responses. this maneuver:

• undermines Judicial review in Progress;

Prejudices the Pro se Party who has been following every rule.

• Reflects disrespect for the court's Procedural timeline.

It also suggests fear based obstruction seeking downplay sanctions before the court could properly evaluate misconduct.

3. Defense Misconduct Remains unanswered Defense counsel has not rebutted and cannot rebut the following:

• The Bounced Preservation notice on April 17, 2025

• Amy Dale's false public statements to CFPB and mishandling of Hud disclosures;

• THE off Portal submission of sensitive loan files including Appraisal Reports;

• THe confirmed voicemail acknowledging recorded calls

• Rather than address these verified facts, the defendant has submitted/attempted to redirect attention with procedural posturing.

4. Request for immediate action

I respectfully urge the Court to;

• Reject Defendant's Premature opposition;

• Recognize that I have not withdrawn any motion;

• Grant the Pending motion for sanctions or hold it under live consideration:

• Grant entry of Default or schedule a hearing in light of verified, unanswered misconduct

I Declare under the Penalty of Perjury under the laws of the United States that the foregoing is true and correct

Respectfully Submitted
Audrey P. [signature]
Authorized Representative for Maryann Butler
2041 Greenwood
HBG    PA 17104

## Verification

I Audury Petie Davis, hereby verify that the factual statements contained in the attached Declaration are true and correct to the best of my Knowledge, Information, and belief. I understand that false statements herein are made subject to Penalties of Perjury under 28 U.S.C. § 1746 and 18 U.S.C. § 1621

Executed on this ~~day~~ 2 day of July 2025

Respectfully submitted
/s/ Audury Petie D—
Authorized Rep
2041 Greenwood
HBg Pa 17104

## Certificate of Service

I hereby certify that on this 02, July 2025, I caused a true and correct copy of the attached Declaration of Audury Petie Davis in Judicial oversight, and entry of Default, along with this verification and certificate of service, to be served upo counsel for Defendant via Email and/or class mail

James McNally, Esq
Jmcnally@cohensegilias.com.
Attorney for Broker Solution inc.