IN THE United STATES DISTRICT Court
FOR THE MIDDLE DISTRICT OF Pennsylvania

MARYANN BUTLER, by Authorized
Representative AuduRAY Petie DAVIS
Plaintiff

FILED
HARRISBURG, PA

JUL 0 2 2025

PER _____
DEPUTY CLERK

V.

BROKER Solutions, inc d/b/a
NEW AMERICAN Funding,
Defendant

Case No: 1:25-CV-690

DECLARATION OF DAMAGES BREAKDOWN IN Support
OF JUDICIAL NOTICE AND DEFAULT ENTRY

Plaintiff respectfully submits this Declaration of Damages
BREAKdown in support of the July 02, 2025 Judicial NOTICE
OF Damages Clarification and the Pending request for Default
Judgement. THIS DECLARATION is submitted in good faith while
the Court is Reviewing the Record Pursuant to the July 1,
2025 ORDER and Prior filings, and while Defendants have
been directed to respond in Obedience.

THe total damages Sought in this matter is $ 6,000,000,
Calculated and Categorized as follows,

1. $ 1,500,000 - ECONOMIC DAMAGES - Resulting from the
disruption of a Pending FHA home refinance, loss of timely
access to affordable lending, missed opportunities to

Stabilize family housing, and financial strain caused by intentional communication blockages during a federal regulated loan process.

2. $1,500,000 Emotional Distress, Due to repeated denials of access, sudden communication blocks, wrongful handling of federally protected housing documents, and the psychological trauma caused by being misled, delayed, and displaced during a critical housing transition involving elderly family and trust beneficiaries.

3. $1,000,000 - Reputational and Credit Harm/Financial Harm to Authorized Representative; Although the loan was submitted under Maryann Butler's name, Plaintiff Served as the Authorized Representative for all communications, filings, and agency submissions. During the course of this process, Defendant's Senior Vice President Amy Dale falsely accused the Representative of "impersonating the borrower", despite prior acknowledgement of his role. This defamatory implication made in regulatory filings in response to a Federal CFPB complaint caused reputational damage, confusion with federal agencies, and interference with Audury Petie Davis trust based financial positioning.

4. $2,000,000 - Punitive Damages - Based on Defendant's intentional and repeated regulatory misconduct, off portal transfer of protected documents, obstruction of federal protections, false responses to the CFPB, and refusal to respond to preservation notices and emergency filings while under investigation by state and federal agencies.

These figures are supported by the federal court record, including but not limited to Exhibits B, D2, F, G, O etc the voicemail from loan officer Shawn Wainwright, the filed complaints with the CFPB, DFPI, and PHRC, and the verified complaint under active judicial review.

The undersigned, Audury Petie Davis, as the current Authorized Representative and Proposed Amended Plaintiff respectfully submitts this breakdown in support of Pending Judgement relief and default Proceedings, THE DAVIS Legacy TRUST is THE Intended beneficiary of any monetary relief, and this breakdown reflects the Cumulative harm sustained by both the trust And THE Representative as a result of Defendants Misconduct.

VERIFICATION

I, AUDURY PETIE DAVIS, hereby declare under Penalty of Perjury under the laws of the united STATES OF AMERICA that the foregoing statements and damages breakdown are true and Correct to the best of my Knowledge AND belief

Executed on July 02, 2025
HARRISburg Pennsylvania

Audury Petie D——
Audury Petie Davis
AuthorizeD Representative of Proposed Plantiff

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Declaration of Damages Breakdown in support of Judicial Notice and Default Entry has been served on all Parties via ECF and email on this date

Audury Petie Davis
Audury Pete Davis

July 02, 2025