UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

**MARYANN BUTLER and AUDURY PETIE DAVIS,**

Plaintiffs,

v.

NEW AMERICAN FUNDING, et al.,

Defendants.

Civil Action No.: 1:25-cv-690

FILED
HARRISBURG, PA
JUL 14 2025
PER _____
DEPUTY CLERK

## DECLARATION OF MARYANN BUTLER IN SUPPORT OF VERIFIED CURATIVE COMPLAINT AND RECORD REINSTATEMENT

I, Maryann Butler, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct to the best of my knowledge, belief, and recollection:

1. I am the original plaintiff in the above-captioned matter and the homeowner of the subject property located at 1823 State Street, Harrisburg, Pennsylvania 17103.

2. I previously authorized my son, Audury Petie Davis, to act as my representative in all matters related to our FHA refinance transaction and this litigation.

3. I confirm that all filings made by Mr. Davis on my behalf were submitted with my full knowledge and consent, including but not limited to Exhibits A through Z,, judicial notices, declarations, motions, and supporting evidence.

4. I am aware that the Court struck those filings based on a standing related technicality but without prejudice.

5. I reaffirm my intent to proceed as a co-plaintiff in this matter, and I support the Verified Curative Complaint and associated judicial filings submitted on or about July 14, 2025.

6. I respectfully request that all previously submitted materials be reinstated into the record for full and fair adjudication, excluding any discovery or deposition demands, which remain waived in the interest of judicial economy.

7. I certify that I have reviewed and approve of the filings currently being submitted in this matter under penalty of perjury.

Executed on this 14th day of July, 2025, in Harrisburg, Pennsylvania.

Signature: *Maryann Butler*

Maryann Butler

1823 State Street

Harrisburg, PA 17103

Phone: (717) 857-4666