FILED
HARRISBURG, PA
JUL 28 2025
PER____IBL____
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER and AUDURY PETIE DAVIS,

Plaintiffs,

v.

NEW AMERICAN FUNDING,

Defendant.

Civil Action No. 1:25-cv-00690

## JUDICIAL NOTICE OF MATERIAL EVIDENCE SUBMISSION TO THE THIRD CIRCUIT COURT OF APPEALS, INCLUDING USB VOICEMAIL RECORDING, VERIFIED EXHIBITS, AND PENDING EMERGENCY IFP STATUS; WITH PROOF OF CERTIFIED MAILING (EXHIBIT Z)

Plaintiffs respectfully submit this Judicial Notice to confirm and preserve the formal record of material evidence submitted to the United States Court of Appeals for the Third Circuit on July 24, 2025, in connection with the pending Emergency Interlocutory Appeal arising from the present action.

1. **USB Voicemail Evidence and Physical Exhibits Submitted**

    On July 24, 2025, Plaintiffs sent a sealed envelope containing:

    - A USB device containing the voicemail recording of Defendant's agent Sean Wainwright, marked in the Third Circuit as Exhibit F2;

    - Verified supporting documents, including Supplemental Exhibit B (third-party harm sequence), and other exhibits originally presented or preserved through prior judicial notices in this Court;

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2025, a true and correct copy of the foregoing Judicial Notice and Verified Declaration was filed with the Court via PACER (Electronic Case Filing), thereby serving all counsel of record who have entered an appearance in this case.

Because of unclear or shifting representation on the defense side including but not limited to Ronald L. Williams, James McNally, and John Q. Howard Plaintiffs respectfully rely on PACER service for all parties to receive proper notice.

Respectfully submitted,

/s/ Audury Petie Davis

Audury Petie Davis

Pro Se Plaintiff