# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                               Case No. 1:25-cv-00690 PJC

MARYANN BUTLER,

        Plaintiff,

v.

NEW AMERICAN FUNDING,

        Defendant.

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of James McNally, Esquire, and the law firm of Cohen Seglias Pallas Greenhall & Furman, P.C., as counsel for Defendant, New American Funding, in the above-captioned matter.

Date:   July 28, 2025

                                                 /s/James McNally
                                                 James McNally, Esquire
                                                 PA I.D. No. 78341

                                                 Cohen Seglias Pallas Greenhall
                                                 & Furman P.C.
                                                 626 Washington Place, Suite 1902
                                                 Pittsburgh, PA  15219
                                                 T: 412-434-5530
                                                 jmcnally@cohenseglias.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 1:25-cv-00690 PJC |

MARYANN BUTLER,

       Plaintiff,

v.

NEW AMERICAN FUNDING,

       Defendant.

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that on the 28th day of July 2025, a true and correct copy of the foregoing was served via first class mail.

       Maryann Butler
       1823 State Street
       Harrisburg, PA 17103

       /s/ James McNally
       James McNally
       PA I.D.# 78341
       Cohen Seglias Pallas Greenhall & Furman P.C.
       626 Washington Place, Suite 1902
       Pittsburgh, PA 15219
       (412) 434-5530
       jmcnally@cohenseglias.com