# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER and AUDURY PETIE DAVIS

Plaintiffs,

v.

NEW AMERICAN FUNDING,

Defendant.

Case No.: 1:25-cv-00690-PJC

FILED
HARRISBURG, PA

JUL 2 9 2025

PER_____
DEPUTY CLERK

## JUDICIAL NOTICE OF CORRECTED APPELLATE FILINGS AND CERTIFIED MAIL TRACKING PROOF

Plaintiffs, Maryann Butler and Audury Petie Davis, respectfully submit this Judicial Notice to inform the Court of the following:

1. On July 29, 2025, Plaintiffs mailed corrected filings to the United States Court of Appeals for the Third Circuit in Case No. 25-2365, including:

   o A Corrected Notice of Appeal bearing the full and proper names of both Appellants

   o A verified 21-Day Jurisdictional Statement and Response

   o A completed Third Circuit Civil Appeal Information Statement

   o All necessary signature blocks and procedural clarifications

2. The mailing was conducted via Certified U.S. Mail, and the tracking number is as follows:

**Certified Mail Tracking No.: 7021 2720 0000 5634 0818**

3. A physical copy of this submission was mailed to the Third Circuit from Harrisburg, Pennsylvania. Plaintiffs do not have electronic filing privileges in the Third Circuit and must proceed by mail.

4. This Judicial Notice is submitted to ensure the record is preserved, transparent, and up to date across both the District Court and the Third Circuit proceedings. A copy of the certified mail label is retained for verification.

---

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2025, a true and correct copy of the foregoing Judicial Notice of Corrected Appellate Filings and Certified Mail Proof was served via PACER and U.S. Mail to the following:

Ronald L. Williams

Fox Rothschild LLP

2000 Market Street, 20th Floor

Philadelphia, PA 19103

Counsel for Defendant New American Funding

---

/s/ Audury Petie Davis

Audury Petie Davis

1823 State Street

Harrisburg, PA 17103

Pro Se Plaintiff


/s/ Maryann Butler

Maryann Butler

1823 State Street

Harrisburg, PA 17103

Pro Se Plaintiff

Dated: July 29, 2025