## Exhibit X2a

Plaintiffs' Response to Consent Request

This exhibit contains Plaintiff Audury Petie Davis's written response to defense counsel Ronald Williams (Fox Rothschild LLP) dated August 2, 2025, declining consent to any proposed motion to strike or dismiss post-July filings.

Response Content:

"No thanks."

This response was transmitted directly to Ronald Williams following his emailed request for consent (Exhibit X2), and is hereby submitted to document Plaintiffs' formal non-consent and objection to anticipated litigation misconduct.

From: mfmallah87@icloud.com
Subject: Maryann Butler v. New American Funding; Case No. 1:25-cv-00690 - Local Rule 7.1 Request
Date: Aug 4, 2025 at 12:49:12 PM
To: Ronald L. Williams RWilliams@foxrothschild.com

No thanks
Sent from my iPhone

> On Aug 4, 2025, at 10:07 AM, Williams, Ronald L. <RWilliams@foxrothschild.com> wrote:
>
> Dear Mr. Davis:
>
> As you are aware, I am counsel for Defendant New American Funding, LLC ("NAF") in the above-referenced matter. Pursuant to Local Rule 7.1 of the District Court of the Middle District of Pennsylvania, I ask for your and your mother's, Maryann Butler, consent for NAF to file Motions to Strike and to Dismiss the Complaint, which will be filed this week. If you do not respond by the close of business today, I will assume that you do not consent.
>
> Regards,
> Ron
>
> **Ronald L Williams**
> **Partner**
> **Co-Chair, National Construction Practice**
>
> 📞 (610) 458-4994
> 📱 (610) 937-7673
> ✉ rwilliams@foxrothschild.com
>
> <image001.jpg>



This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.