## Exhibit X2b

USPS Proof of Delivery to General Counsel of Fox Rothschild LLP

This exhibit contains a USPS delivery confirmation showing that Plaintiff Audury Petie Davis's mailed correspondence to Fox Rothschild LLP's General Counsel was received on August 4, 2025, at 12:43 p.m., and was signed for by "L. Brown."

Said correspondence included advance notice of ethical concerns involving prior attorney John Q. Howard, the threat letter now submitted as Exhibit C1, and ongoing litigation misconduct tied to unresolved third-party harm and procedural irregularities.

This document is submitted to confirm that the General Counsel's office was placed on notice before any further litigation was initiated by Ronald Williams.

From: auto-reply@usps.com
Subject: USPS® Item Delivered, Front Desk/Reception/Mail Room 420085409510812458685212052145
Date: Aug 4, 2025 at 2:25:12 PM
To: mfmallah87@icloud.com



Hello **Davis**,

Your item was delivered to the front desk, reception area, or mail room at 12:43 pm on August 4, 2025 in PRINCETON, NJ 08540. The item was signed for by L BROWN.

Tracking Number:
**420085409510812458685212052145**

**Delivered, Front Desk/Reception/Mail Room**