UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYANN BUTLER, | : |
| | : No. 1:25-CV-690 |
| Plaintiff | : |
| | : (Caraballo, M.J.) |
| v. | : |
| | : |
| NEW AMERICAN FUNDING, et al., | : |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 7th day of August 2025, the Plaintiff having filed a Notice of Appeal to the Third Circuit on July 21, 2025 (Doc. 46), IT IS HEREBY ORDERED that the above-captioned case is STAYED pending said appeal. "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982).

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE