# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MARYANN BUTLER,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NEW AMERICAN FUNDING, LLC,<br><br>　　　　　　　Defendant. | Civil Action No. 1:25-cv-00690-PJC<br>(Hon. Phillip J. Caraballo)<br><br><br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

**To The Clerk:**

Kindly enter the appearance of John Q. Howard, Esquire, as counsel for Defendant, New American Funding, LLC, in the above-captioned matter.

### FOX ROTHSCHILD LLP

Dated: August 11, 2025　　　　By:　*/s/John Q. Howard*
　　　　　　　　　　　　　　　　John Q. Howard, Esquire, I.D. No. 333217
　　　　　　　　　　　　　　　　Two Commerce Square 100
　　　　　　　　　　　　　　　　2001 Market Street, Suite 1700
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　T. (215) 299-2002
　　　　　　　　　　　　　　　　E. jqhoward@foxrothschild.com

　　　　　　　　　　　　　　　　*Attorneys for Defendant, New American Funding, LLC*

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MARYANN BUTLER,<br><br>    Plaintiff,<br><br>  v.<br><br>NEW AMERICAN FUNDING, LLC,<br><br>    Defendant. | Civil Action No. 1:25-cv-00690-PJC<br>(Hon. Phillip J. Caraballo)<br><br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I, John Q. Howard, Esquire, hereby certify that on August 11, 2025, I caused a true and correct copy of the foregoing Entry of Appearance to be served via first-class U.S. mail, postage prepaid, as follows:

  Maryann Butler
  1823 State Street
  Harrisburg, PA  17103

            */s/ John Q. Howard*
            John Q. Howard, Esquire