# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | CIVIL ACTION NO. 1:25-CV-690 |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| v. | : | |
| | : | |
| **NEW AMERICAN FUNDING, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

Presently before the court is plaintiff Maryann Butler's[1] emergency motion (Doc. 68) for a temporary restraining order and for expedited discovery. The motion seeks an order enjoining collection efforts by defendant New American Funding against Butler and for expedited discovery in anticipation of a preliminary injunction hearing. (See Doc. 68 at ECF 2). Butler, however, filed a notice (Doc. 46) of appeal of this court's order (Doc. 37) striking twenty-six of her filings, and this court's jurisdiction to decide the motion (Doc. 68) is in question. Accordingly, AND NOW this 14th day of August, 2025, it is hereby ORDERED that:

1. New American Funding shall file a brief addressing this court's jurisdiction over Butler's motion (Doc. 68) in light of Coinbase, Inc. v. Bielski, 599 U.S. 736 (2023) and its application of the principle laid out in Griggs v. Provident Consumer Discount Co., 459 U.S. 56 (1982) in accordance with the Local Rules of Court by no later than **Wednesday, August 20, 2025**.

---

[1] The motion is also brought by Audury Petie Davis, the son of Butler, who filed a number of motions and documents in this case on behalf of his mother as her "authorized representative," which were stricken by the court because Davis is not an attorney. (Doc. 37). Though an amended complaint (Doc. 47) was filed naming both Davis and Butler as plaintiffs, it is not clear that this pleading, filed three months after the initial complaint, is timely.

2. To the extent necessary, New American Funding's brief shall address the merits of Butler's underlying motion.

3. A telephone conference will be scheduled by further of the court, if deemed necessary.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania