**FILED**
**HARRISBURG, PA**

**AUG 15 2025**

PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER,
    Plaintiff,

                              CIVIL ACTION NO. 1:25-cv-00690-KMN
                              (Judge Neary)

v.

NEW AMERICAN FUNDING, LLC, et al.,
    Defendants.

**JUDICIAL NOTICE OF CONVENTIONAL FILING AND REINCORPORATION OF EXHIBIT F2 (AUDIO)**
**(Related to ECF 68; Cross-Reference to Exhibit F)**

Plaintiffs Audury Petie Davis and Maryann Butler give notice that they are conventionally filing Exhibit F2
(the audio counterpart to Exhibit F) and reincorporating it into the record and into ECF 68.

1. Description of Media. One USB flash drive (read-only) containing a single audio file:
   - File name: "NAF Loan Officer, Shawn Wainwright.mp3"
   - Duration: approximately 00:34
   - Received by Plaintiffs: March 12, 2025
   - Destination phone: 717-424-8220 (Plaintiff Davis)

2. Integrity Identifier (SHA-256). The audio file's SHA-256 is:
   b96555a6812aaa8b2b3da58f5c9e9e0a3e950aff797b38472786834c187992ba

3. Cross-Reference. Exhibit F is the Google Fi transcript; Exhibit F2 is the corresponding audio. This filing
   cross-references Plaintiffs' Verified Declaration filed contemporaneously and supports the pending
   TRO/OSC/Expedited Discovery motion (ECF 68).

4. Reincorporation. To the extent Exhibit F2 previously appeared in a stricken entry, Plaintiffs reincorporate it
   without prejudice and link it to ECF 68 for consideration on the merits.

5. Caption Conformity. This filing is on behalf of both Plaintiffs, Audury Petie Davis and Maryann Butler. The
   header mirrors ECF 71 for administrative conformity and does not waive Plaintiff Davis's standing. See
   ECF 38 (Verified Curative Complaint) and ECF 39 (Verified Declaration).

Respectfully submitted,

Dated: August 15, 2025

/s/ Audury Petie Davis
Audury Petie Davis, Pro Se
2041 Greenwood Street
Harrisburg, PA 17104
(717) 424-8220
mfmallah87@icloud.com

/s/ Maryann Butler
Maryann Butler, Pro Se
1823 State Street
Harrisburg, PA 17103

## CERTIFICATE OF SERVICE

I certify that on August 15, 2025, I hand-delivered this Judicial Notice (with the USB Conventional Filing)
to the Clerk for filing and caused service via the Court's CM/ECF system on all counsel of record.

/s/ Audury Petie Davis

**CLERK COVER SHEET – CONVENTIONAL FILING (AUDIO EXHIBIT)**

Case: Maryann Butler v. New American Funding, LLC, et al.
No.: 1:25-cv-00690-KMN (Judge Neary)

**Filing: Judicial Notice of Conventional Filing and Reincorporation of Exhibit F2 (Audio)**

Description of Media: 1 USB flash drive (read-only), labeled "Exhibit F2 – Audio"
File on Media: "NAF Loan Officer, Shawn Wainwright.mp3"
Duration: ~00:34
Date received by Plaintiff: March 12, 2025
Source: Voicemail to 717-424-8220 (Audury Petie Davis)

SHA-256: b96555a6812aaa8b2b3da58f5c9e9e0a3e950aff797b38472786834c187992ba

Notes: Submitted pursuant to local practice for conventional filing of non-ECF media.
A paper transcript (Exhibit F) is attached/previously filed and cross-referenced.

Submitted by: /s/ Audury Petie Davis (Pro Se)
Date: August 15, 2025