FILED
HARRISBURG, PA

AUG 15 2025

PER_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER,
    Plaintiff,

                    CIVIL ACTION NO. 1:25-cv-00690-KMN
                    (Judge Neary)

v.

NEW AMERICAN FUNDING, LLC, et al.,
    Defendants.

DECLARATION OF AUTHENTICATION & CHAIN OF CUSTODY
(Exhibit F2 – Audio; 28 U.S.C. § 1746)

I, Audury Petie Davis, declare under penalty of perjury:

1. Personal Knowledge. I am over 18 and competent to testify. This declaration is based on my personal knowledge unless stated on information and belief; if called, I could and would testify to these facts.

2. Identification of Exhibit F2. Exhibit F2 is an audio voicemail I received on March 12, 2025 to my phone number 717-424-8220. The file is titled "NAF Loan Officer, Shawn Wainwright.mp3" and is approximately 00:34 in duration.

3. Source & Context. The voicemail concerns my FHA refinance with New American Funding and references "your mother's second verification of employment just came in late last week; that has been sent up," along with an apology for being out of office and a request to call back. I associate this voicemail with loan officer Shawn Wainwright based on prior calls and communications in the loan process. The related Google Fi transcript is Exhibit F.

4. Export & Hash. I exported the voicemail from my Google Fi/iPhone device and computed its SHA-256 hash using standard tools. The hash value is:
    b96555a6812aaa8b2b3da58f5c9e9e0a3e950aff797b38472786834c187992ba

5. Preservation. Since receipt, I have stored and transferred the audio in read-only fashion. Each time I created a copy (including the copy on the submitted USB), I re-checked the SHA-256 and the value matched. No edits or alterations have been made.

6. Call Log/Transcript Tie-Ins. The voicemail corresponds to my Google Fi records and the transcript (Exhibit F). To the extent the last digits of the spoken callback number are inaudible at the end of the recording, that does not affect the clear portions quoted above, which are audible on the file and reflected in Exhibit F.

7. Conventional Filing. I am submitting Exhibit F2 on a USB as a conventional filing consistent with local practice. The USB label includes the case number, judge's name, file name, duration, and the SHA-256 value listed above.

Executed on August 15, 2025, in Harrisburg, Pennsylvania.

Audury Petie Davis
2041 Greenwood Street
Harrisburg, PA 17104
(717) 424-8220 | mfmallah87@icloud.com

## CERTIFICATE OF SERVICE

I certify that on August 15, 2025, I hand-delivered this Declaration (with the conventional media) to the Clerk for filing and caused service via the Court's CM/ECF system on all counsel of record.

Audury Petie Davis