

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER,
    Plaintiff,

CIVIL ACTION NO. 1:25-cv-00690-KMN
(Judge Neary)

v.

NEW AMERICAN FUNDING, LLC, et al.,
    Defendants.

### JUDICIAL NOTICE OF RE-ESTABLISHMENT OF EXHIBITS D, D2, AND O
(Previously Stricken Without Prejudice; Incorporated into ECF 68)

Plaintiffs Audury Petie Davis and Maryann Butler give notice that Exhibits D, D2, and O are re-established
on the record and incorporated into ECF 68 (TRO / OSC / Expedited Discovery / Preservation):

1. Exhibit D – Email delivery failure/bounce-back evidence during loan processing.
2. Exhibit D2 – Additional delivery failure/bounce-back evidence during the same period.
3. Exhibit O – Off-portal transmissions of supporting loan materials sent to the loan officer's email in/around
   January 2025 (paystubs, VOE, bank statements, etc.).

To the extent these exhibits previously appeared in a stricken entry, they are now refiled without prejudice and
incorporated by reference into ECF 68 for consideration on the merits. This notice aligns with Plaintiffs' Verified
Declaration filed contemporaneously (standing clarification under ECF 71; Reg B issues; and cross-reference to
Exhibits B1–B3, O, D/D2, F, and F2).

Caption Conformity: This filing is submitted on behalf of both Plaintiffs, Audury Petie Davis and Maryann Butler.
The header mirrors ECF 71 for administrative conformity and does not waive Plaintiff Davis's standing. See
ECF 38 (Verified Curative Complaint) and ECF 39 (Verified Declaration).

Respectfully submitted,

Dated: August 15, 2025

/s/ Audury Petie Davis

Audury Petie Davis, Pro Se
2041 Greenwood Street
Harrisburg, PA 17104
(717) 424-8220 | mfmallah87@icloud.com

/s/ Maryann Butler
Maryann Butler, Pro Se
1823 State Street
Harrisburg, PA 17103

**CERTIFICATE OF SERVICE**
I certify that on August 15, 2025, I hand-delivered this Judicial Notice (with Exhibits D, D2, and O) to the Clerk for
filing and caused service via the Court's CM/ECF system on all counsel of record.

/s/ Audury Petie Davis