# Exhibit D-2

Email Bounce-Back from Loan Officer Shawn Wainwright

This exhibit contains a formal preservation of evidence notice emailed to New American Funding and their officers on April 17, 2025. The email was rejected by the recipient server, evidencing potential spoliation or failure to maintain open communication channels during pending federal litigation. This document is cited as supporting evidence in the sanctions and emergency discovery filings.

From: **Mail Delivery System** mailer-daemon@icloud.com
Subject: **Undelivered Mail Returned to Sender**
Date: Apr 17, 2025 at 6:06:32 AM
To: mfmallah87@icloud.com

This is a system-generated message to inform you that your email could not be delivered to one or more recipients. Details of the email and the error are as follows:

<sean.wainwright@nafinc.com>: host nafinc-com.mail.protection.outlook.com[52.101.8.46] said: 550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [MN1PEPF0000ECD5.namprd02.prod.outlook.com 2025-04-17T10:06:24.770Z 08DD7D7D7FCE9303] (in reply to RCPT TO command)

<consumercomplaints@hud.gov>: host hud-gov.mail.protection.outlook.com[52.101.8.52] said: 550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DS4PEPF00000172.namprd09.prod.outlook.com 2025-04-17T10:06:24.899Z 08DD7CB4E0B50F67] (in reply to RCPT TO command)

<complaints@consumerfinance.gov>: host consumerfinance-gov.mail.protection.outlook.com[52.101.8.50] said: 550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DS4PEPF0000016F.namprd09.prod.outlook.com 2025-04-17T10:06:25.165Z 08DD7CFE37663FE5] (in reply to RCPT TO command)

**Delivery report**
1 KB

Return-Path: DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=icloud.com; s=1a1hai; bh=jpm7cRLMd7+aslMzsEmnmsLnBO6RP7XnH8cgiPdt55c=; h=Content-Type:From:Mime-Version:Subject:Date:Message-Id:To:x-icloud-hme;

b=AkHU1BidxC1IniCg+jE+0Rzr2kLh3YC/sYG1DjD4yruk393igw62fxq7WoDgfEfxq xuY1CPFLCFz/a5t3b3hf7hlysi+YnRhlBilBRjEjFamDkdwlrGm1Yb0CZB1kuw/LNe s+ +BHXlPaQmpGSBWJKoub8ZZBsf6jVcqmZqUUjDlYY9KLUlPO8vu3ZDRjYZVVfqvO N 7J3J7HA3Bek+poFn5zEyfTAT1CeTK5l0mysjlxv1seAlxWMfQ4QJ+dtFvLjc81N3ax AeJviB1w3ZpNf8RqcykHJQjOD9zn3Vgv5Wg6eaxZEAh7/ tPU72MaGe2BNGBrAQ+qDK LEXx95WMbzAmQ==

Received: from [outbound.qs.icloud.com](outbound.qs.icloud.com) (localhost [127.0.0.1]) by [outbound.qs.icloud.com](outbound.qs.icloud.com) (Postfix) with ESMTPS id E0041180014E; Thu, 17 Apr 2025 10:06:23 +0000 (UTC) Received: from smtpclient.apple ([qs-asmtp-me-k8s.p00.prod.me.com](qs-asmtp-me-k8s.p00.prod.me.com) [17.57.155.37]) by [outbound.qs.icloud.com](outbound.qs.icloud.com) (Postfix) with ESMTPSA id 899BF1800E26; Thu, 17 Apr 2025 10:06:23 +0000 (UTC) Content-Type: multipart/alternative; boundary=Apple-Mail-0D030A33-C86E-4C50-83F4-7C2FC8AEABD4 Content-Transfer-Encoding: 7bit From: [mfmallah87@icloud.com](mfmallah87@icloud.com) Mime-Version: 1.0 (1.0) Subject: =?utf-8?Q?Formal_Preservation_of_Evidence_Notice_=E2=80=93_Pendi?= =?utf-8?Q?ng_Federal_Litigation_=28Butler_v._New_American_Funding=29?= =?utf-8?Q?_?= = Date: Thu, 17 Apr 2025 06:06:12 -0400 Message-Id: Cc: [legal@nafinc.com](legal@nafinc.com), [compliance@nafinc.com](compliance@nafinc.com), [sean.wainwright@nafinc.com](sean.wainwright@nafinc.com), [jason.miller@nafinc.com](jason.miller@nafinc.com) To: Amy Dale X-Mailer: iPhone Mail (22D82)