IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER,
   Plaintiff,

v.

NEW AMERICAN FUNDING, LLC, et al.,
   Defendants.

CIVIL ACTION NO. 1:25-cv-00690-KMN
(Judge Neary)

### DECLARATION RE: INCORPORATION OF B-SERIES EXHIBITS (B1–B3)
(28 U.S.C. § 1746; Related to ECF 68)

We, Audury Petie Davis and Maryann Butler, declare under penalty of perjury:

1. We are over 18, competent to testify, and this declaration is based on our personal knowledge.
2. "B-series" refers to: B1 (Roofing Contract), B2 (Contractor Demand/Threat Letter), B3 (Follow-up Demand/Threat Letter).
3. **Docket status.** B1–B3 are already of record at **ECF 49** (and its attachments) and were **not stricken**.
4. **Incorporation.** B1–B3 are incorporated by reference into (a) Plaintiffs' Motion to Establish (Confirm) Article III Standing and (b) ECF 68 (TRO/OSC/Expedited Discovery/Preservation) as evidence of concrete, particularized third-party harm.

Executed on August 15, 2025, in Harrisburg, Pennsylvania.

/s/ Audury Petie Davis      /s/ Maryann Butler

CERTIFICATE OF SERVICE
I certify that on August 15, 2025, I hand-delivered this Declaration to the Clerk for filing and caused service via CM/ECF on all counsel of record.
/s/ Audury Petie Davis