FILED
HARRISBURG, PA
AUG 18 2025
PER _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Audury Petie Davis and Mary Ann Butler,**

Plaintiffs,

v.

**New American Funding, LLC, et al.,**

Defendants.

Case No. 1:25-cv-00690-KMN

Judge: Hon. Keli M. Neary

### AMENDED / JOINT NOTICE OF APPEAL

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Third Circuit from the following order of this Court:

**Order Appealed From**

ECF 66 — Order granting stay; entered on August 7, 2025.

This filing supplements and corrects Plaintiffs' prior Notice of Appeal (ECF 46, filed July 21, 2025) by adding appellant Mary Ann Butler and her signature. ECF 46 is cited only as the prior notice entry; it is not an order being appealed. See Fed. R. App. P. 3(c).

Third Circuit Docket No.: 25-2365

*Respectfully submitted,*

Audury Petie Davis (pro se)

2041 Greenwood Street

Harrisburg, PA 17104

Email: mfmallah87@icloud.com

---

Mary Ann Butler (pro se)

1823 State Street

Harrisburg, PA 17104

Dated: August 18, 2025

**CERTIFICATE OF SERVICE (CM/ECF ONLY)**

Upon docketing, the Court's CM/ECF system will provide the Notice of Electronic Filing to all registered counsel of record, which constitutes service under Fed. R. Civ. P. 5(b)(2)(E). No non-ECF participants require separate service.

/s/ Audury Petie Davis

/s/ Mary Ann Butler