## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER,

           Plaintiff,

  v.

NEW AMERICAN FUNDING,

           Defendant.

Case No. 1:25-cv-00690

**<u>DEFENDANT'S BRIEF IN OPPOSITION TO EMERGENCY MOTION FOR TEMPRORAY RESTRAINING ORDER AND ORDER TO SHOW CAUSE TABLE OF CONTENTS OF EXHIBITS AND UNPUBLISHED CASES</u>**

| Exhibit | Description |
|---------|-------------|
| 1 | Complaint |
| 2 | Order |
| 3 | Defendant's Motion to Dismiss |

| Exhibit | Unpublished Case |
|---------|------------------|
| 4 | *Baker v. City of Pittsburgh*, 2025 WL 33637 (W.D. Pa. Jan. 6, 2025) |
| 5 | *Carter v. Kane*, 2018 WL 774468 (W.D. Pa. Feb. 8, 2018) |
| 6 | *Data Based Sys. Int'l, Inc. v. Hewlett Packard*, 2003 WL 22271639 (E.D. Pa. Sept. 30, 2003) |
| 7 | *Little v. Mottern*, 015 WL 5954350 (M.D. Pa. Oct. 13, 2015) |
| 8 | *Parker v. Learn the Skills Corp.*, 2004 WL 2384993 (E.D. Pa. October 25, 2004) |