UNITED STATES DISTRICT COURT   MIDDLE DISTRICT OF PENNSYLVANIA

Mary Ann Butler,
Plaintiff,

v.

New American Funding, LLC,   Defendant.

Civil Action No. 1:25-cv-00690 (KMN)

FILED
HARRISBURG, PA
AUG 22 2025
PER _____
DEPUTY CLERK

## PLAINTIFF'S RULE 62.1 MOTION FOR LIMITED PRESERVATION ORDER   OR INDICATIVE RULING PENDING APPEAL

Plaintiff Mary Ann Butler respectfully moves this Court for either (1) a limited under-seal preservation order or (2) an indicative ruling under Rule 62.1(a)(3) in aid of appeal.

This motion seeks a single, non-merits, proportional preservation step: to avoid the loss of ephemeral server/MTA metadata linked to a specific April 17, 2025 email sent on Plaintiff's behalf to Defendant's staff.

This request is narrowly tailored and imposes minimal burden. Plaintiff does not ask the Court to adjudicate liability, damages, or Regulation B claims.

### Procedural Background

The Court previously ordered briefing on the Emergency Motion (ECF 68) and Defendant filed an opposition (ECF 82). Following this, the Court stayed proceedings. Plaintiff respectfully brings this Rule 62.1 motion solely to preserve limited evidence while the Third Circuit appeal proceeds.

This request arises from an April 17, 2025 email sent to multiple NAF addresses from mfmallah87@icloud.com. Plaintiff requests preservation of mechanical server logs that may soon expire.

### Relief Requested

Within 7 days, Plaintiff requests the Court to direct Defendant NAF to:

1. "Produce under seal" an inbound email server/MTA log excerpt (April 14–21, 2025), showing:
- Metadata for the following email:
• Message-ID: `<A2E93D2B-A9F4-4067-94EF-CADDF0C6478E@icloud.com>`
• Sent April 17, 2025, 06:06 EDT
• From: mfmallah87@icloud.com

- To/cc: amy.dale@nafinc.com; legal@nafinc.com; compliance@nafinc.com; sean.wainwright@nafinc.com; jason.miller@nafinc.com
  - Metadata should include timestamps, transaction/relay logs, gateway filtering, SMTP responses, queue IDs.

2. Provide a sworn declaration by a knowledgeable IT/email custodian describing:
a. Relevant gateway/log systems used (e.g., Microsoft 365)
b. Standard retention policies for such metadata
c. The exact search parameters used to retrieve the requested slice

No content discovery is sought only metadata that can confirm or disprove whether NAF's gateway responded with a "550…Access denied" or similar rejection.

**Standing Clarification**

Audury "Petie" Davis, the authorized email sender of the April 17 message, has withdrawn from the litigation. This motion is filed solely on behalf of Mary Ann Butler, the remaining Plaintiff. The message was sent under express authorization via the NAF technology consent agreement and in furtherance of the loan process for Butler.

**Legal Basis**
A pending appeal divests district courts of authority only over matters involved in the appeal, not over collateral matters like evidence preservation. Griggs v. Provident Consumer Discount Co., 459 U.S. 56 (1982); Venen v. Sweet, 758 F.2d 117, 122 (3d Cir. 1985).

Courts routinely grant focused preservation orders where the request is specific, proportional, and supports appellate clarity. See:
- Capricorn Power Co. v. Siemens, 220 F.R.D. 429, 433–35 (W.D. Pa. 2004)   -
Treppel v. Biovail Corp., 233 F.R.D. 363, 370–71 (S.D.N.Y. 2006)

If the Court prefers not to act during the stay, Plaintiff requests an indicative ruling under Rule 62.1(a)(3), enabling a limited remand under FRAP 12.1.

This will avoid spoliation risks and preserve objective facts. See:
- Bull v. UPS, 665 F.3d 68, 73–79 (3d Cir. 2012)
- GN Netcom, Inc. v. Plantronics, Inc., 930 F.3d 76, 82–86 (3d Cir. 2019)

**Exhibits in Support**

- DD-1 – iCloud DSN showing "550 Access Denied"
- DD-2 – Voicemail transcript (Google Fi), March 12, 2025
- DD-3 – April 17 email (Message-ID, recipients)
- DD-4 – Meet-and-Confer Chain re: metadata request
- DD-5 – Counsel letter (claims file withdrawn – contradicts Reg B)

- DD-5 – Counsel letter (claims file withdrawn – contradicts Reg B)
- DD-6 – NAF Technology Consent Form (email authorization)
- DD-7 – Audio voicemail (already submitted in chambers; not refiled)

**Conclusion**

For the reasons stated above, Plaintiff respectfully requests:

Option A (preferred): Enter the under-seal limited preservation order
Option B (alternative): Issue an indicative ruling under Rule 62.1(a)(3) that the Court would grant the motion upon remand

Respectfully submitted,
/s/ Mary Ann Butler
1823 State Street, Harrisburg, PA 17103
 ms.mare26@gmail.com
Pro se Plaintiff

Dated: August 22, 2025