**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF PENNSYLVANIA

Mary Ann Butler, et al.,

Plaintiffs,

v.

New American Funding, LLC,

Defendant.

Civil Action No. 1:25-cv-00690 (KMN)

FILED
HARRISBURG, PA
AUG 22 2025
PER _____
DEPUTY CLERK

## NOTICE OF VOLUNTARY WITHDRAWAL OF PARTY

(Audury Petie Davis)

Pursuant to the Court's inherent authority to manage the proceedings before it, Audury Petie Davis hereby respectfully notifies the Court and all parties of his voluntary withdrawal as a named party in the above-captioned action.

This withdrawal is made to permit Plaintiff Mary Ann Butler to proceed as the sole Plaintiff. No substitution of party is sought. This action shall continue with no interruption in the claims of the remaining Plaintiff.

This notice is filed without prejudice and is not intended to assert or waive any rights outside the scope of this withdrawal.

Dated: August 22, 2025

Respectfully submitted,

/s/ Audury Petie Davis

Audury Petie Davis

1823 State Street

Harrisburg, PA 17103

## CERTIFICATE OF SERVICE

I certify that on August 22, 2025, I served the following filings via email and/or physical delivery to counsel for Defendant:

- Rule 62.1 Motion for Limited Preservation Order or Indicative Ruling
- Exhibit Index – DD Series
- Exhibits DD1–DD7 (under seal/protective designation as applicable)
- Notice of Withdrawal of Audury Petie Davis
- Certificate of Service

Served via email to:
John Q. Howard – jqhoward@foxrothschild.com
Robert Williams – rwilliams@foxrothschild.com

I will also file these materials in person with the Clerk of Court for the Middle District of Pennsylvania, which will docket the filings and provide electronic notice via CM/ECF.

Respectfully,

/s/ Mary Ann Butler

Mary Ann Butler
1823 State Street
Harrisburg, PA 17103
Email: ms.mare26@gmail.com