FILED
HARRISBURG, PA

AUG 22 2025

DEPUTY CLERK

## Exhibit Index – Rule 62.1 Preservation Motion (DD Series)

| Exhibit No. | Description |
|---|---|
| DD-1 | iCloud DSN Showing '550 5.4.1 Recipient address rejected: Access denied' (April 17, 2025) [Previously filed as Exhibit D2] |
| DD-2 | Transcript of March 12 Voicemail from NAF Loan Officer via Google Fi (Confirms DD-7) [Previously filed as Exhibit F] |
| DD-3 | Email Sent April 17, 2025 – Message-ID <A2E93D2B-A9F4-4067-94EF-CADDF0C6478E@icloud.com> [New Exhibit] |
| DD-4 | Meet-and-Confer Email Chain (Aug. 18–19, 2025) – Request and Denial of Log Slice [New Exhibit] |
| DD-5 | Counsel Letter (C1) Stating Loan File Withdrawal – Contradicting Regulation B Duties [Previously filed as Exhibit C1] |
| DD-6 | NAF Technology Consent Form – Authorized Email Use for Application [Contained within Exhibit B] |
| DD-7 | USB Voicemail from NAF Loan Officer Confirming Second VOE (Transcript: DD-2) [Previously submitted to chambers as Exhibit F2] |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER, Plaintiff

v.

NEW AMERICAN FUNDING, Defendant

Case No. 1:25-cv-00690-PJC

# EXHIBIT DD1

iCloud DSN – "550 5.4.1 Access Denied"

Submitted with Rule 62.1 Preservation Motion

Date: August 22, 2025

From: **Mail Delivery System** mailer-daemon@icloud.com
Subject: **Undelivered Mail Returned to Sender**
Date: **Apr 17, 2025 at 6:06:32 AM**
To: **mfmallah87@icloud.com**

This is a system-generated message to inform you that your email could not be delivered to one or more recipients. Details of the email and the error are as follows:

<sean.wainwright@nafinc.com>: host nafinc-com.mail.protection.outlook.com[52.101.8.46] said: 550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [MN1PEPF0000ECD5.namprd02.prod.outlook.com 2025-04-17T10:06:24.770Z 08DD7D7D7FCE9303] (in reply to RCPT TO command)

<consumercomplaints@hud.gov>: host hud-gov.mail.protection.outlook.com[52.101.8.52] said: 550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DS4PEPF00000172.namprd09.prod.outlook.com 2025-04-17T10:06:24.899Z 08DD7CB4E0B50F67] (in reply to RCPT TO command)

<complaints@consumerfinance.gov>: host consumerfinance-gov.mail.protection.outlook.com[52.101.8.50] said: 550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DS4PEPF0000016F.namprd09.prod.outlook.com 2025-04-17T10:06:25.165Z 08DD7CFE37663FE5] (in reply to RCPT TO command)

**Delivery report**
1 KB

Return-Path: DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=icloud.com; s=1a1hai; bh=jpm7cRLMd7+aslMzsEmnmsLnBO6RP7XnH8cgiPdt55c=; h=Content-Type:From:Mime-Version:Subject:Date:Message-Id:To:x-icloud-hme;

b=AkHU1BidxC1IniCg+jE+0Rzr2kLh3YC/sYG1DjD4yruk393igw62fxq7WoDgfEfxq xuY1CPFLCFz/a5t3b3hf7hlysi+YnRhlBilBRjEjFamDkdwlrGm1Yb0CZB1kuw/LNe s+ +BHXlPaQmpGSBWJKoub8ZZBsf6jVcqmZqUUjDlYY9KLUlPO8vu3ZDRjYZVVfqvO N 7J3J7HA3Bek+poFn5zEyfTAT1CeTK5l0mysjlxv1seAlxWMfQ4QJ+dtFvLjc81N3ax AeJviB1w3ZpNf8RqcykHJQjOD9zn3Vgv5Wg6eaxZEAh7/ tPU72MaGe2BNGBrAQ+qDK LEXx95WMbzAmQ== Received: from outbound.qs.icloud.com (localhost [127.0.0.1]) by outbound.qs.icloud.com (Postfix) with ESMTPS id E0041180014E; Thu, 17 Apr 2025 10:06:23 +0000 (UTC) Received: from smtpclient.apple (qs-asmtp-me-k8s.p00.prod.me.com [17.57.155.37]) by outbound.qs.icloud.com (Postfix) with ESMTPSA id 899BF1800E26; Thu, 17 Apr 2025 10:06:23 +0000 (UTC) Content-Type: multipart/alternative; boundary=Apple-Mail-0D030A33-C86E-4C50-83F4-7C2FC8AEABD4 Content-Transfer-Encoding: 7bit From: mfmallah87@icloud.com Mime-Version: 1.0 (1.0) Subject: =?utf-8?Q? Formal_Preservation_of_Evidence_Notice_=E2=80=93_Pendi?= =?utf-8?Q? ng_Federal_Litigation_=28Butler_v._New_American_Funding=29?= =?utf-8?Q?_? = Date: Thu, 17 Apr 2025 06:06:12 -0400 Message-Id: Cc: legal@nafinc.com, compliance@nafinc.com, sean.wainwright@nafinc.com, jason.miller@nafinc.com To: Amy Dale X-Mailer: iPhone Mail (22D82)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER, Plaintiff

v.

NEW AMERICAN FUNDING, Defendant

Case No. 1:25-cv-00690-PJC

# EXHIBIT DD2

Google Fi Transcript – March 12 Voicemail

Submitted with Rule 62.1 Preservation Motion

Date: August 22, 2025

12:28

# Voicemail

+1 814-251-9528                          Mar 12
Huntington is trying to reach you...      00:38

+1 410-237-6424                          Mar 12
Couldn't transcribe message               00:00

+1 330-840-5618
Mar 12, 2025 at 8:33 AM

This is Shawn Wayne right now. So I will call you now your mother's. second verification of employment just came in late last week that has been sent up. Give me a call back. I apologize. I'm sorry. I was actually out of the office last week. Call me back at 3:30.

▶          00:00                          00:40

🔊              📞              💬              🗑️
Speaker        Call          Message        Delete

+1 814-251-9528                          Mar 10
At SCI Huntingdon, it will be recor...   00:40

+1 717-723-1775                          Mar 10
Hi Pete, this is Stacy Lockhart fro...    00:18

🏠            👥            🧾            ❓            📞94
Home         Plan        Billing      Support      Voicemail

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER, Plaintiff

v.

NEW AMERICAN FUNDING, Defendant

Case No. 1:25-cv-00690-PJC

# EXHIBIT DD3

April 17, 2025 Sent Email – With Message-ID

Submitted with Rule 62.1 Preservation Motion

Date: August 22, 2025

Status: 5.4.1

Remote-MTA: dns; consumerfinance-gov.mail.protection.outlook.com

Diagnostic-Code: smtp; 550 5.4.1 Recipient address rejected: Access denied. For

more information see https://aka.ms/EXOSmtpErrors

[DS4PEPF0000016F.namprd09.prod.outlook.com 2025-04-17T10:06:25.165Z
08DD7CFE37663FE5]

Return-Path: <mfmallah87@icloud.com>

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=icloud.com;

s=1a1hai; bh=jpm7cRLMd7+aslMzsEmnmsLnBO6RP7XnH8cgiPdt55c=;

h=Content-Type:From:Mime-Version:Subject:Date:Message-Id:To:x-icloud-
hme;

b=AkHU1BidxC1IniCg+jE+0Rzr2kLh3YC/sYG1DjD4yruk393igw62fxq7WoDgfEfxq
xuY1CPFLCFz/a5t3b3hf7hlysi+YnRhlBilBRjEjFamDkdwIrGm1Yb0CZB1kuw/LNe
s++BHXIPaQmpGSBWJKoub8ZZBsf6jVcqmZqUUjDlYY9KLUlPO8vu3ZDRjYZVV
fqvON

7J3J7HA3Bek+poFn5zEyfTAT1CeTK5l0mysjlxv1seAlxWMfQ4QJ+dtFvLjc81N3ax
AeJviB1w3ZpNf8RqcykHJQjOD9zn3Vgv5Wg6eaxZEAh7/tPU72MaGe2BNGBrAQ
+qDK

LEXx95WMbzAmQ==

Received: from outbound.qs.icloud.com (localhost [127.0.0.1])

by outbound.qs.icloud.com (Postfix) with ESMTPS id E0041180014E;

Thu, 17 Apr 2025 10:06:23 +0000 (UTC)

Received: from smtpclient.apple (qs-asmtp-me-k8s.p00.prod.me.com
[17.57.155.37])

by outbound.qs.icloud.com (Postfix) with ESMTPSA id 899BF1800E26;

Thu, 17 Apr 2025 10:06:23 +0000 (UTC)

Content-Type: multipart/alternative; boundary=Apple-Mail-0D030A33-C86E-
4C50-83F4-7C2FC8AEABD4

Content-Transfer-Encoding: 7bit

From: mfmallah87@icloud.com

Mime-Version: 1.0 (1.0)

Subject: =?utf-8?Q?
Formal_Preservation_of_Evidence_Notice_=E2=80=93_Pendi?=
=?utf-8?Q?ng_Federal_Litigation_=28Butler_v._New_American_Funding=29?=
=?utf-8?Q?_?=
Date: Thu, 17 Apr 2025 06:06:12 -0400
Message-Id: <A2E93D2B-A9F4-4067-94EF-CADDF0C6478E@icloud.com>
Cc: legal@nafinc.com, compliance@nafinc.com, sean.wainwright@nafinc.com,
jason.miller@nafinc.com
To: Amy Dale <Amy.Dale@nafinc.com>
X-Mailer: iPhone Mail (22D82)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER, Plaintiff

v.

NEW AMERICAN FUNDING, Defendant

Case No. 1:25-cv-00690-PJC

# EXHIBIT DD4

Meet-and-Confer Chain (Aug. 18–19, 2025)

Submitted with Rule 62.1 Preservation Motion

Date: August 22, 2025

From: **Howard, John Q.** jqhoward@foxrothschild.com
Subject: **RE: [EXT] Meet-and-Confer re ECF 71 / ECF 68 – four narrow items & response deadline**
Date: **Aug 18, 2025 at 12:37:13 PM**
To: **mfmallah87@icloud.com**
Cc: **Williams, Ronald L.** RWilliams@foxrothschild.com

Mr. Davis:

Thank you for your email and for providing us with your requests. As you know, we are currently challenging the issue of your standing in this matter, which the district court has already deemed to be lacking (see ECF No. 37) and which is one issue, among others, that is the subject of your current appeal before the Third Circuit. As you may well know, Rule 26(f) requires **parties** to confer at least twenty-one (21) days before the district court's scheduling conference, which has yet to be set by the court. Given the current posture of this matter, we fail to see how the parties can practicably confer, as required under Rule 26(f), until the threshold question of your standing is resolved. With that said, we would be happy to confer with Ms. Butler and you, if the Third Circuit and/or district court find that you have standing in this matter, to discuss initial disclosures at least 21 days before the district court schedules a conference. See Fed. R. Civ. P. 26(f). Until then, we cannot at this time entertain your requests.

Regards,
John



**John Q. Howard**
Associate
Two Commerce Square
2001 Market Street
Suite 1700
Philadelphia, PA 19103
☎ (215) 299-2002
🖨 (215) 299-2150
✉ jqhoward@foxrothschild.com

**Learn about our new brand.**

**From:** mfmallah87@icloud.com <mfmallah87@icloud.com>
**Sent:** Friday, August 15, 2025 10:45 PM
**To:** Howard, John Q. <jqhoward@foxrothschild.com>

**Cc:** Williams, Ronald L. <RWilliams@foxrothschild.com>
**Subject:** [EXT] Meet-and-Confer re ECF 71 / ECF 68 – four narrow items & response deadline

Counsel,

Pursuant to the Court's Order (ECF 71) and in the spirit of Fed. R. Civ. P. 1, 16, and 26, this serves as a meet-and-confer on four discrete, binary issues tied to Plaintiffs' ECF 68 motion. Please answer each YES or NO, and produce or identify the cited item(s). If you contend something does not exist, say so plainly.

(1) Alleged "withdrawal" of the loan application

Do Defendants contend Plaintiffs executed and submitted a borrower withdrawal?

- If YES - Produce the signed withdrawal and delivery/audit proof (e-sign confirmation, portal audit trail, email metadata, or mail tracking) and identify the system/custodian.

- If NO -Confirm in writing that Defendants will not rely on a borrower-withdrawal position.

(2) Regulation B notice (12 C.F.R. § 1002.9)

Did NAF issue any adverse action / denial / withdrawal notice on this application?

- If YES - Produce the notice and delivery proof (mail log, email headers, portal audit), or provide Bates/ECF citation if already produced.
- If NO -Confirm that no Reg B notice was issued.

(3) Voicemail authenticity (Ex. F transcript; Ex. F2 audio, SHA-256 below)

Do Defendants dispute the authenticity of the 34-second 03/12/2025 voicemail left by Shawn Wainwright?

- If NO - State you do not dispute authenticity for purposes of ECF 68.
- If YES -State the specific technical basis (e.g., chain-of-custody irregularity, codec artifact) and identify the NAF systems/custodians you say support that position.

(4) Email bounce-back (Ex. D2)

Do Defendants dispute that the March 2025 preservation email to Mr. Wainwright failed due to NAF-side routing/defense (server-level rejection)?

- If NO - State you do not dispute server-side non-delivery.
- If YES - Provide the server explanation and log excerpt (timestamp, SMTP/relay code, rejection reason).

Timing. ECF 71 sets Defendants' brief by Wednesday, Aug. 20, 2025. Please respond to this email by 12:00 p.m. ET, Tuesday, Aug. 19, 2025. If you need a short extension for this meet-and-confer, please say so by 5:00 p.m. ET, Monday, Aug. 18 and propose a firm time.

Preservation. This request triggers preservation for the narrow items above (including portal/esign audit trails, call/voicemail logs, and mail/email delivery records).

Counsel-of-record & communications. You have consistently communicated with me regarding this matter. Please continue to include both Plaintiffs on all correspondence. If you require a fresh written authorization for discussion with me, reply and I will provide it the same day.

Hash for Ex. F2 (audio, filed conventionally):

SHA-256 = b96555a6812aaa8b2b3da58f5c9e9e0a3e950aff797b38472786834c187992ba

If these four items are not answered directly, I intend to submit your non-response with a 5-page reply and request a short, targeted production order limited to: (i) borrower withdrawal + delivery/audit proof; (ii) any Reg B notice + delivery proof; (iii) voicemail authenticity logs only; and (iv) a server-side explanation for D2.

Nothing herein waives any rights or arguments.

Respectfully,

Audury Petie Davis (pro se), on behalf of Maryann Butler and Audury Petie Davis

1823 State Street, Harrisburg, PA 17103

(717) 424-8220 • mfmallah87@icloud.com

Sent from my iPhone

On Aug 15, 2025, at 4:15 PM, Howard, John Q. <jqhoward@foxrothschild.com> wrote:

Good afternoon, Mr. Davis:

Please find attached a copy of our Response to your appeal before the United States Court of Appeals for the Third Circuit. Have a good weekend.

Regards,
John



John Q. Howard
Associate
Two Commerce Square
2001 Market Street
Suite 1700
Philadelphia, PA 19103
📞 (215) 299-2002
🖨 (215) 299-2150

✉ jghoward@foxrothschild.com

**Learn about our new brand.**

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER, Plaintiff

v.

NEW AMERICAN FUNDING, Defendant

Case No. 1:25-cv-00690-PJC

## EXHIBIT DD5

Technology Consent Form – Email Authorization

Submitted with Rule 62.1 Preservation Motion

Date: August 22, 2025

**Technology Consent Agreement**

Date:   2/4/2025
Lender:  New American Funding, LLC
Borrower Name:      Maryann  Butler
Address:            1823 State Street, Harrisburg, PA 17103
Borrower Cell:      717-424-8220
Borrower Home:      717-288-9726
Borrower Work:      717-395-9946
Borrower Email Address:  mfmallah87@icloud.com

New American Funding, LLC ("NAF") and its partners, which can be found at
https://www.newamericanfunding.com/legal/partners/  (which list may be modified from time to time)
("Partners"), will use technology to provide you, the person(s) making a loan inquiry, loan application
or obtaining a loan, with important communications and updates.

This is a big part of why NAF garners such high satisfaction from our customer reviews. NAF's
dedication to providing great customer service continues after loan closing as you are kept updated
on loan products, real estate and/or home-related products or services that may be of interest to
you, and the servicing of any of your loans by New American Funding, LLC
. To facilitate these high ratings, NAF relies on technology to communicate which aids in our ability
to extend exceptional service. Please help us succeed by reviewing the important information below.

*Consent to Use of Technology*

**Email.** You agree that NAF and its Partners may communicate with you via email at the email
address specified above, which you may update from time to time.

**Calls and Text Messages.** You authorize NAF and parties calling on NAF's behalf to call you and
send you SMS/MMS text messages for telemarketing, advertising and servicing purposes regarding
a mortgage loan, real estate, and home-related products or services at the telephone number(s)
listed above, which you may update from time to time, using an autodialer, pre-recorded or artificial
voice, AI generative voice and SMS/MMS text message, even if the telephone number you provided
is a cellular phone or other service for which you may be charged. If you have provided a cellular
telephone number above, you represent that you are the wireless subscriber or authorized user and
have the authority to give this consent.  Further, you agree to notify NAF any time a telephone
number you have provided to NAF changes.  You understand that you are not required to provide
this consent in order to obtain goods or services from NAF and that you can be connected with us
without providing consent by calling (800) 450-2010.

You understand and agree that if you would like to revoke your consent to be contacted by
autodialer and/or SMS text messages, you may exclusively opt-out of the receipt of such
communications by contacting NAF at CustomerService@nafinc.com or (800) 450-2010 ext. 7100.
This is the exclusive mechanism for opt-outs and we will act on the opt-out request in a reasonable
period of time.



You authorize NAF and its Partners to contact you even if your telephone number or email address appears on a NAF internal Do Not Call / Do Not Email List, within a State or National Do Not Call Registry, or any other Do Not Contact List.

By signing below, you hereby agree that NAF and its partners can contact you as described above.

Signed by:

_Maryann Butler_                    2/5/2025 | 07:46:59 PST
Maryann Butler                           Date                    Date

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER, Plaintiff

v.

NEW AMERICAN FUNDING, Defendant

Case No. 1:25-cv-00690-PJC

# EXHIBIT DD6

C1 – Counsel Letter Alleging File Withdrawal

Submitted with Rule 62.1 Preservation Motion

Date: August 22, 2025



**John Q. Howard**
Associate
**Two Commerce Square**
2001 Market Street
**Suite 1700**
Philadelphia, PA 19103
📞 (215) 299-2002
🖨 (215) 299-2150
✉ jqhoward@foxrothschild.com

**Learn about our new brand.**

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

From: **Howard, John Q.** jqhoward@foxrothschild.com
Subject: **New Counsel & Final 24-Hour Notice – Personal Representation Confirmation and Imminent Harm Escalation**
Date: Jul 23, 2025 at 2:32:27 PM
To: mfmallah87@icloud.com
Cc: jmcnally@cohenseglias.com

Dear Mr. Davis:

My name is John Howard. I will be substituting in for Mr. McNally as counsel for New American Funding, LLC ("NAF") in this matter in the near future. We are still in the process of transferring the case but you can expect to see a substitution of counsel filing in the very near future. I therefore ask that you direct all future communications concerning my client and this matter to Mr. McNally and me until substitution is complete, at which point you can direct all communications to just me.

In response to your email to Mr. McNally dated July 22, 2025, I must remind you that your mother's loan application was withdrawn. Under such circumstances, NAF is not required to issue a formal denial letter since there was no loan for NAF to deny. With respect to your demand for a response to your "notice," please note that my client remains uninterested in engaging in any settlement discussions.

As to whether my firm intends to represent Amy Dale, Sean Wainwright, and Enrico Arvielo in their individual capacities in connection with your "Verified Supplemental Complaint," I can only say that your newly filed complaint is both procedurally and substantively defective and therefore requires no response. Among other things, your complaint, in addition to nearly all, if not all, other filings you have submitted since July 14th, is in direct violation of the Court's Order dated July 11, 2025 that expressly states that you "SHALL NOT file any documents on behalf of Plaintiff Maryann Butler, unless compliance with the requirements of Fed. R. Civ. P. 17 is demonstrated." To my knowledge, those requirements have not been met and these filings remain improper.

To that end, I hereby demand that you withdraw your latest filings, including your "Verified Supplemental Complaint" and Motions for Default Judgment by Friday, July 25, 2025. We are prepared to file a motion to strike these filings and to seek any and all relief, including sanctions, should you refuse.

Please be guided accordingly,
John

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER, Plaintiff

v.

NEW AMERICAN FUNDING, Defendant

Case No. 1:25-cv-00690-PJC

# EXHIBIT DD7

F2 – Audio Voicemail from March 12

Submitted with Rule 62.1 Preservation Motion

Date: August 22, 2025