FILED
HARRISBURG, PA

AUG 2 6 2025

PER _____ DEPUTY CLERK

**Exhibit DD9 — Declaration of Hash Integrity of Audury Petie Davis**

**28 U.S.C. § 1746 Declaration**

I, Audury Petie Davis, declare under penalty of perjury:

1. I am the sender of the email identified as Exhibit DD8 (Message-ID <2618D94B-68B6-4C89-A3FF-ED00737194EA@icloud.com>, dated January 31, 2025, 08:32:16 EST, from mfmallah87@icloud.com to Shawn.Wainwright@nafinc.com).

2. I maintain a native .eml copy of that message. I computed its SHA-256 checksum as:

   393bebad23182ef4269a8cac33c68936e4a3760de8cfd6ab0d8c2fa4fb6efaff.

3. The hash value is provided for identification only to point the Court and parties to the exact item to be preserved. This declaration does not request any production or collection at this time.

4. Since obtaining the native .eml, I have kept it in my custody without alteration.

Executed on August 26, 2025, at Harrisburg, Pennsylvania.

Audury Petie Davis (Non-party Declarant)

*[signature]* Audury Petie Davis
Aug 26, 2025