FILED
HARRISBURG, PA
AUG 2 6 2025
PER _____
DEPUTY CLERK

# Exhibit DD-8 — Email to NAF (Headers + Forward)

Sender: Audury Petie Davis <mfmallah87@icloud.com>

Recipient: Shawn Wainwright <Shawn.Wainwright@nafinc.com>

Subject: Maryann Butler

Date/Time: Fri, Jan 31, 2025, 08:32:16 -0500

Message-ID: <2618D94B-68B6-4C89-A3FF-ED00737194EA@icloud.com>

*Includes: (A) iCloud Mail headers (Message-ID, Content-Type, etc.),
and (B) corresponding iCloud printout listing forwarded attachments.*

iCloud Mail

< Archive

**Petie** >  Jan 31, 2025 at 8:32 AM
To: Shawn.Wainwright@nafinc.com >

Content-Type: multipart/alternative;
Content-Transfer-Encoding: 7bit
From: Petie Davis <mfmallah87@icloud.com>
Mime-Version: 1.0 (1.0)
Date: Fri, 31 Jan 2025 0832:16 -0500
Subject: Maryann Butler
Message-Id: <2618D94B-68B6-4C89-A3FF-ED00737194EA@icloud.com>
To: Shawn.Wainwright@nafinc.com

Hide

Maryann Butler

Sent from my iPhone

Begin forwarded message:

From:

Date: January 31, 2025 at 8 :19:00 AM EST

To: Petie Davis <Mfmallah87@icloud.com >

Petie Davis

Maryann Butler

January 31, 2025 at 8:32:16 AM

Shawn.Wainwright@nafinc.com

Sent from my iPhone

Begin forwarded message:

From:
Date: January 31, 2025 at 8 :19:00 AM EST
To: Petie Davis <Mfmallah87@icloud.com>
Subject: FOR YOUR MOM



DEBT-MARY...BUTLER.pdf
2.6 MB

PAYSTUBS-...BUTLER.pdf
1.9 MB

BANK STATE...BUTLER.pdf
900 KB

