## SUPPLEMENTAL DECLARATION OF AUDURY DAVIS REGARDING EXHIBIT DD8

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA
Case No. 1:25-cv-00690-KMN

FILED
HARRISBURG, PA

AUG 27 2025

PER ___IBN___
DEPUTY CLERK

I, Audury Davis, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I submit this declaration in support of Plaintiff Maryann Butler and the pending Rule 62.1 Motion seeking a narrowly tailored preservation order related to Exhibit DD8.

3. I am the registered user of the email account mfmallah87@icloud.com, and I personally transmitted the email identified as Exhibit DD8, bearing Message-ID <2618D94B-68B6-4C89-A3FF-ED00737194EA@icloud.com>, dated January 31, 2025, at 08:32:16 EST, to Shawn.Wainwright@nafinc.com at New American Funding.

4. At the time this email was sent, I was serving as the authorized representative for my mother, Maryann Butler, in connection with her FHA refinance application involving the above-named lender.

5. The subject matter of the January 31, 2025 email (DD8) concerns loan underwriting and document processing related solely to Ms. Butler's application. All communications were made with her full knowledge and consent.

6. I do not have any independent claim or interest in this matter; my role was to facilitate communications between Ms. Butler and the lender as her authorized representative.

7. The email identified in Exhibit DD8 has been previously filed with the Court along with a SHA-256 hash declaration (ECF 88), confirming its authenticity.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 27th day of August, 2025.


2041 Greenwood Street
Harrisburg, Pennsylvania 17104

Email: mfmallah87@icloud.com