FILED
HARRISBURG, PA
AUG 28 2025
PER _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Maryann Butler
Plaintiff,
v.
New American Funding, et al.
Defendants.

Civil Action No. 1:25-cv-00690-PJC

**CLARIFICATION REQUEST UNDER RULE 62.1**
**Re: Indicative Ruling or Limited Preservation Order (Exhibit DD8)**

Plaintiff respectfully requests clarification on the Rule 62.1 Motion filed August 22, 2025 (ECF 84), and the Supplemental Notice filed August 25, 2025 (ECF 89), which seek a narrowly scoped preservation order for a specific email (Exhibit DD8, Message-ID <2618D94B-68B6-4C89-A3FF-ED00737194EA@icloud.com>) and related metadata/logs.

Under Fed. R. Civ. P. 62.1(a), where jurisdiction is with the Court of Appeals, the district court may:
1. Indicate it would grant the motion;
2. State the motion raises a substantial issue; or
3. Deny the motion.

Plaintiff respectfully submits this clarification request without a proposed order, as the request seeks only a position indication under Rule 62.1(a).

See also ECF 90 (Supplemental Declaration in support of preservation request Exhibit DD8).

Absent prompt indication, Plaintiff may seek relief under FRAP 8 by August 30, 2025.

To facilitate proper notice under FRAP 12.1 or, if necessary, to pursue emergency relief under FRAP 8, Plaintiff respectfully asks whether the Court is inclined to grant or finds a substantial issue exists. Given potential log deletion, Plaintiff asks the Court to indicate its position promptly or state it cannot act.

Respectfully submitted,

Maryann Butler
1823 State Street

Harrisburg, PA 17104
Email: ms.mare26@gmail.com

Dated: August 28, 2025

**VERIFICATION**

I, Maryann Butler, hereby verify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing clarification request is true and correct to the best of my knowledge, information, and belief.

Executed on August 28, 2025.

*/s/ M. Butler*
Maryann Butler

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Clarification Request Under Rule 62.1 was filed via the Court's CM/ECF system on August 28, 2025, which will automatically serve all registered counsel of record.

Respectfully submitted,

*/s/ M. Butler*
Maryann Butler