ALD-027

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **25-2365**

MARYANN BUTLER

    VS.

NEW AMERICAN FUNDING

MARYANN BUTLER; AUDURY PETIE DAVIS, Appellants

    (M.D. Pa. Civ. No. 1:25-cv-00690)

Present:    SHWARTZ, FREEMAN, and CHUNG, <u>Circuit Judges</u>

    Submitted:

(1)    By the Clerk for possible dismissal due to a jurisdictional defect;

(2)    By the Clerk for possible summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6;

(3)    Audury Petie Davis's "Dual Judicial Notice and Verified Declaration of Third-Party Harm, Financial Obstruction, and Material Evidence Submission";

(4)    "Verified 21-Day Response to Jurisdictional Inquiry" filed by Davis and Maryann Butler;

(5)    Attorney James McNally's motion to withdraw as counsel for New American Funding;

(6)    New American Funding's "Written Argument in Support of Dismissal Due to Jurisdictional Defect," which includes a request for summary action;

(7)    Butler's "Opposition to Appellee's Motion for Summary Action (Dismissal/Summary Affirmance)";

(8)   Butler's "Motion to Correct Caption and Reflect Party Withdrawal";

(9)   Butler's "Emergency Motion for Preservation Order Pending Appeal Under FRAP 8(a)(2) and Rule 62.1" and "Supplemental Notice" in support thereof;

(10)  Butler's "Judicial Notice in Support of FRAP 8 Motion to Preserve Exhibit DD8";

(11)  Butler's "Motion to Expedite Consideration and for Decision on the Papers"; and

(12)  Butler's "Emergency Motion for Time-Certain Docket Cure and 72-Hour Litigation-Hold Confirmation"

in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

This appeal appears to challenge the Magistrate Judge's July 11, 2025 order. Since (1) the Magistrate Judge was not acting pursuant to 28 U.S.C. § 636(c), and (2) that order was not reviewed by the District Judge in the first instance, we hereby dismiss this appeal for lack of jurisdiction. See Siers v. Morrash, 700 F.2d 113, 115-16 (3d Cir. 1983). In view of this disposition, we do not decide whether it would be appropriate to resolve this appeal via summary action. Attorney James McNally's motion to withdraw as counsel for New American Funding is granted. New American Funding's request for summary action is denied as moot. Maryann Butler's various motions are denied. To the extent that Butler, Audury Petie Davis, or New American Funding seek any other relief from this Court, that relief is denied.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: November 14, 2025
JK/cc: Maryann Butler
      Audury Petie Davis
      All Counsel of Record



**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate