# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | Civil No. 1:25-CV-0690 |
| | : | |
| **Plaintiff** | : | |
| | : | (Judge Neary) |
| v. | : | |
| | : | |
| **NEW AMERICAN FUNDING, LLC,** | : | |
| et al., | : | (Magistrate Judge Carlson) |
| | : | |
| **Defendants.** | : | |

## ORDER

This case which was referred to the undersigned on September 4, 2025 has been stayed pending an appeal to the United Sates Court of Appeals. The Court of Appeals has now ruled in this case. (Doc. 94). Accordingly, the stay previously entered in this case is LIFTED and we will commence by separate orders to address the pending motions in this matter.

So ordered this 17th day of November 2025.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1