# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | Civil No. 1:25-CV-0960 |
| Plaintiff | : | |
| | : | (Judge Neary) |
| v. | : | |
| | : | |
| **NEW AMERICAN FUNDING, LLC,** | : | |
| et al., | : | (Magistrate Judge Carlson) |
| | : | |
| Defendants. | : | |

# **ORDER**

This is a *pro se* civil action which arose out of a mortgage transaction. (Doc. 1). This case was referred to the undersigned on September 4, 2025. At that time the case had been stayed pending an appeal to the United Sates Court of Appeals. The Court of Appeals has now ruled in this case. (Doc. 94). Accordingly, we have entered an order lifting the stay and notifying the parties that we would address the pending motions that are outstanding in this litigation. (Doc. 95).

On this score, we note that the plaintiff filed a motion pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, requesting an indicative ruling from the court while her appeal was pending. (Doc. 84). Since this appeal is no longer pending, this motion is DISMISSED as MOOT.

1

So ordered this 17th day of November 2025.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge