

Two Commerce Square, 2001 Market Street
Suite 1700
Philadelphia, PA 19103
215.299.2000  215.299.2150
WWW.FOXROTHSCHILD.COM

JOHN Q. HOWARD
Direct No: 215.299.2002
Email: jqhoward@foxrothschild.com

November 18, 2025

**VIA E-FILING AND FIRST-CLASS MAIL**
The Honorable Martin C. Carlson
Magistrate Judge
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

**Re:** **Butler v. New American Funding (Docket No.: 1:25-cv-00690-KMN)**

Dear Judge Carlson:

This firm represents New American Funding, LLC ("NAF") in the above-captioned matter. As Your Honor is aware, on July 21, 2025, Maryann Butler ("Plaintiff") filed a Notice of Appeal (Doc. 46). On August 4, 2025, NAF filed a Motion to Strike (Doc. 60) and a Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Doc. 61).[1] On August 7, 2025, this Court entered an Order to Stay pending the Appeal (Doc. 66). Pursuant to the Court's Order to Stay, NAF refrained from filing briefs in support of both its Motion to Dismiss and to Strike. On November 14, 2025, the United States Court of Appeals for the Third Circuit ruled on Plaintiff's Appeal (Doc. 94). On November 17, 2025, this Court entered an Order lifting the Stay (Doc. 95). As stated in this Court's most recent Order, the Court "will commence by separate orders to address the pending motions in this matter." *Ibid.*

---

[1] NAF's Motions to Strike and to Dismiss were timely filed per the following procedural history. Plaintiff filed its Complaint on April 21, 2025 (Doc. 1). On July 1, 2025, this Court granted NAF's Motion to Extend Deadline and ordered that NAF's response to the Plaintiff's Complaint be held in abeyance pending the Court's resolution of Plaintiff's other pending motions (Doc. 30). On July 11, 2025, the Court entered an Order directing NAF to respond to the Complaint in thirty (30) days (Doc. 37). By filing its Motions to Dismiss and to Strike on August 4, 2025, NAF complied with the Court's Order and timely filed both Motions within thirty (30) days.

179308751.1



The Honorable Martin C. Carlson
November 18, 2025
Page 2

      In light of this Court's recent Order lifting the Stay, NAF respectfully requests permission to file briefs in two weeks' time in support of its Motions to Dismiss and to Strike pursuant to Local Rule 7.5 before this Court addresses the Motions. Should the Court require additional briefing on this point, we would be happy to provide it in due course or by any deadline that this Court sets.

      We thank Your Honor for Your attention to this matter.

      Sincerely,

      */s/ John Q. Howard*
      John Q. Howard

cc:    Ronald L. Williams, Esq. (via e-filing)
      Maryann Butler (via e-filing and first-class mail)

179308751.1