# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | Civil No. 1:25-CV-690 |
| Plaintiff | : | |
| | : | **(Judge Neary)** |
| v. | : | |
| **NEW AMERICAN FUNDING, LLC,** | : | |
| et al., | : | **(Magistrate Judge Carlson)** |
| Defendants. | : | |

## **ORDER**

This is a *pro se* civil action which arose out of a mortgage transaction. (Doc. 1). This case was referred to the undersigned on September 4, 2025. At that time the case had been stayed pending an appeal to the United Sates Court of Appeals. The Court of Appeals has now ruled in this case. (Doc. 94). Accordingly, we have entered an order lifting the stay and notifying the parties that we would address the pending motions that are outstanding in this litigation. (Doc. 95).

Included among these motions are motions to dismiss and to strike filed by the defendants. (Docs. 60, 61). In order to address these motions in an orderly fashion the following briefing schedule is set:

First, the defendants shall file briefs ion support of these motions on or before

1

**December 3, 2025.**

Second, the plaintiff shall respond to the motions on or before **December 17, 2025.**

Third, the defendants may file reply briefs on or before **December 31, 2025**. The plaintiff, who is proceeding *pro se*, is advised that Local Rule 7.6 of the Rules of this Court imposes an affirmative duty on the plaintiff to respond to motions, and provides that:

> Any party opposing any motion, other than a motion for summary judgment, shall file a brief in opposition within fourteen (14) days after service of the movant's brief, or, if a brief in support of the motion is not required under these rules, within seven (7) days after service of the motion. *Any party who fails to comply with this rule shall be deemed not to oppose such motion*. Nothing in this rule shall be construed to limit the authority of the court to grant any motion before expiration of the prescribed period for filing a brief in opposition. A brief in opposition to a motion for summary judgment and LR 56.1 responsive statement, together with any transcripts, affidavits or other relevant documentation, shall be filed within twenty-one (21) days after service of the movant's brief.

Local Rule 7.6 (emphasis added).

It is now well-settled that "Local Rule 7.6 can be applied to grant a motion to dismiss without analysis of the complaint's sufficiency 'if a party fails to comply with the [R]ule after a specific direction to comply from the court.'" Williams v. Lebanon Farms Disposal, Inc., No. 09-1704, 2010 WL 3703808, *1 (M.D. Pa. Aug.

26, 2010) (quoting <u>Stackhouse v. Mazurkiewicz</u>, 951 F.2d 29, 30 (1991)). Therefore, a failure to comply with this direction may result in the motions being deemed unopposed and granted.

So ordered this 18th day of November 2025.

<u>*S/Martin C. Carlson*</u>
Martin C. Carlson
United States Magistrate Judge