# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | Civil No. 1:25-CV-690 |
| Plaintiff | : | |
| | : | (Judge Neary) |
| v. | : | |
| | : | |
| **NEW AMERICAN FUNDING, LLC,** | : | |
| et al., | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

## ORDER

This is a *pro se* civil action which arose out of a mortgage transaction. (Doc. 1). This case was referred to the undersigned on September 4, 2025. At that time the case had been stayed pending an appeal to the United Sates Court of Appeals. The Court of Appeals has now ruled in this case. (Doc. 94). Accordingly, we have entered an order lifting the stay and notifying the parties that we would address the pending motions that are outstanding in this litigation. (Doc. 95).

Included among these motions is a pleading styled as an emergency motion for injunctive relief which sought to enjoin collection activities by a non-party which were allegedly scheduled to take place on September 25, 2025. (Doc. 68). Presented with this motion the district court declined to lift the stay previously imposed in this

1

case and afford emergency relief to the plaintiff. (Doc. 83).

The deadline which was the subject of this motion—September 25, 2025—has now passed. Since it is well settled that we cannot enjoin past events, Harr v. Buczak, No. CV 21-1555, 2024 WL 4064139, at *5 (W.D. Pa. Sept. 5, 2024); Taylor v. City of Jersey City, No. 22-457, 2023 WL 6997250, at *4 (D.N.J. Oct. 24, 2023); Associated Gen. Contractors of Cal. v. Cal. State Council of Carpenters, 459 U.S. 519, 526 (1983), IT IS ORDERED that the motion, (Doc. 68), as submitted, is DISMISSED as MOOT without prejudice to resubmission, if necessary, by the sole named plaintiff, Ms. Butler, along with a supporting brief.

So ordered this 18th day of November 2025.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge