**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Maryann Butler, Plaintiff (pro se),
v.
New American Funding, LLC, et al., Defendants.

Civil Action No. 1:25-cv-00690-PJC
Before: Hon. Martin C. Carlson, U.S. Magistrate Judge

**EXHIBIT INDEX**
**EMERGENCY ESI PRESERVATION PACKET**
**(Preservation Window: January 31, 2025 through Present)**

Exhibit D
Title: Pre-suit Preservation Request and SMTP 5xx "Access Denied" Server Return
Source: ECF 74 (Middle District docket)
Purpose: Shows Plaintiff's good-faith pre-suit preservation attempt and that the request
    did not lodge (server "Access Denied"), heightening ESI rotation/auto-purge risk.

Exhibit F
Title: Voicemail Transcript (Loan-Status Message)
Source: Transcript page previously filed as Exhibit F; audio cross-referenced at ECF 88 (F2)
Purpose: Identifies the voicemail system to be preserved and corroborates off-portal
    loan processing and status.

Exhibit DD-8
Title: Off-Portal Loan-File Emails with Header/Meta Lines
Source: ECF 86 (Middle District docket)
Purpose: Pinpoints custodian mailboxes and enterprise gateway/journaling paths where
    duplicate messages and audit/retention logs reside, providing specific targets
    for a do-not-delete/overwrite directive.

Exhibit T
Title: Third Circuit November 13, 2025 In-Lieu-of-Mandate Transmission
Source: Case No. 25-2365 (U.S. Court of Appeals for the Third Circuit)
Purpose: Shows appellate control was returned to this Court, confirming posture for a
    narrow preservation directive.

Exhibit 95
Title: Order Lifting Prior Stays
Source: ECF 95 (Middle District docket)
Purpose: Confirms that earlier stays at ECF 66 and 83 have been lifted and that the case
    is now active in this Court, consistent with entering a preservation-only order.

Scope of Motion:

Preservation only (do-not-delete/overwrite). No search, collection, review, or production is sought through this Motion.

Dated: November 19, 2025

/s/ Maryann Butler
Maryann Butler (pro se)
1823 State Street
Harrisburg, PA 17103

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Maryann Butler, Plaintiff (pro se),
v.
New American Funding, LLC, et al., Defendants.

Civil Action No. 1:25-cv-00690-PJC
Before: Hon. Martin C. Carlson, U.S. Magistrate Judge

**EXHIBIT D**

**Pre-Suit Preservation Request and SMTP 5xx "Access Denied" Server Return**

Purpose: Demonstrates Plaintiff's pre-suit preservation attempt and the server's 5xx "Access Denied" reply, evidencing that the request did not lodge and heightening ESI rotation/auto-purge risk.

Source: ECF 74 (Middle District docket).

Notes: Includes preservation email and SMTP headers/bounce message. Minimal redactions applied only to personal contact information; header/meta lines preserved.

Filed with: Emergency Motion for Preservation-Only Order Regarding ESI (No Discovery; No Merits)

Dated: November 19, 2025

/s/ Maryann Butler

# EXHIBIT D

Exhibit D - Preservation Efforts & Bounced Communications

This exhibit documents the Plaintiff's good faith attempts to preserve digital evidence relevant to the pending federal litigation against New American Funding. It demonstrates early communication failures and growing risk of spoliation.

Included in this Exhibit:

- March 19, 2025 - Final Notice and CFPB Escalation Email
- Served as an early escalation and demand for regulatory compliance.
- Email to Loan Officer Shawn Wainwright was returned undelivered.

- April 17, 2025 - Formal Preservation of Evidence Notice
- Issued pursuant to Fed. R. Civ. P. 37(e) and submitted to NAF executives.
- Explicitly listed key evidence (e.g. voicemail, email chains, loan file discrepancies).

- April 17, 2025 - Bounce-Back Report for Preservation Notice
- Delivery to Sean Wainwright failed again, compounding preservation concerns.

These failures to deliver and respond underscore the Plaintiff's claim of obstruction and the elevated spoliation risk warranting expedited judicial relief.

From: **Mail Delivery System** mailer-daemon@icloud.com
Subject: **Undelivered Mail Returned to Sender**
Date: **Mar 19, 2025 at 5:01:44 PM**
To: mfmallah87@icloud.com

This is a system-generated message to inform you that your email could not be delivered to one or more recipients. Details of the email and the error are as follows:

<shawn.wainwright@nafinc.com>: host nafinc-com.mail.protection.outlook.com [52.101.9.20] said: 451 4.7.500 Server busy. Please try again later from [17.57.155.5]. (S77714) [BL02EPF00021F6D.namprd02.prod.outlook.com 2025-03-19T21:01:35.504Z 08DD648F46686162] (in reply to end of DATA command)

**Delivery report**
573 bytes

Return-Path: DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=icloud.com; s=1a1hai; bh=gBdfXFzoGoOokkWaC2VTHyfXw8ujzDRyzyH37ukGOgA=; h=Content-Type:From:Mime-Version:Date:Subject:Message-Id:To:x-icloud-hme; b=l+gvc0OlvWPD4cRxY59/4+Tmjk4l2DnxgH8SxuMvuChZGc2vQWlfSkvAlQuZRZn xg iytYQ16D7Bv+uL1vgs9+PG0ynXkt61Vau/ yCXQ+DO6xvCFYZqFdjZQ9z7bso8lF9kY zxauJbTo5P60acc9Mk7XwUOW7PkpaOtQ8qgnj0pyrYliQXWKMQ9QEeFHg+Zv/ mZzzQA

QZelq93yo5UiltVSUDWGmhs7ihZjy+7hm0N+RQMmSZowp8DPEPuTgwOl65v9Rb yz6g

bL7Gf6fWVdkWGFOVEDU98ABfnAmTZNOxZqjt8mTYLLK8rfclkr7upctlazshNHQF n4 /W55Slkka8uww== Received: from smtpclient.apple (qs51p00im-dlb-asmtp-mailmevip.me.com [17.57.155.28]) by qs51p00im-qukt01071502.me.com (Postfix) with ESMTPSA id D85FC53C71E5 for ; Wed, 19 Mar 2025 16:34:05 +0000 (UTC) Content-Type: application/pdf; name=file.pdf; x-apple-part-url=A25AD1A8-8539-4563-8A12-417BD9A64FD9 Content-Disposition: attachment; filename=file.pdf Content-Transfer-Encoding: base64 From: mfmallah87@icloud.com Mime-Version: 1.0 (1.0) Date: Wed, 19 Mar 2025 12:33:47 -0400 Subject: Follow Up 3/19/2025 Message-Id: <9229C093-

C7C6-4774-942B-429B72E3C77D@icloud.com> To: Shawn Wainwright X-Mailer: iPhone Mail (22D82) X-Proofpoint-GUID: QJIlYvo5i9bSpwsMHZOIT_MjMEn3mCSh X-Proofpoint-ORIG-GUID: QJIlYvo5i9bSpwsMHZOIT_MjMEn3mCSh X-Proofpoint-Virus-Version: vendor=baseguard engine=ICAP:2.0.293,Aquarius:18.0.1093,Hydra:6.0.680,FMLib:17.12.68.34 definitions=2025-03-19_06,2025-03-19_01,2024-11-22_01 X-Proofpoint-Spam-Details: rule=notspam policy=default score=0 phishscore=0 mlxlogscore=982 adultscore=0 spamscore=0 malwarescore=0 mlxscore=0 clxscore=1015 suspectscore=0 bulkscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=8.19.0-2411120000 definitions=main-2503190112

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Maryann Butler, Plaintiff (pro se),
v.
New American Funding, LLC, et al., Defendants.

Civil Action No. 1:25-cv-00690-PJC
Before: Hon. Martin C. Carlson, U.S. Magistrate Judge

**EXHIBIT F**

**Voicemail Transcript (Loan-Status Message)**

Purpose: Identifies the voicemail system to be preserved and corroborates off-portal loan processing and status.

Source: Transcript page previously filed as Exhibit F; audio cross-referenced at ECF 88 (F2).

Notes: This filing attaches the transcript page referencing the voicemail. The underlying audio is already of record by cross-reference.

Filed with: Emergency Motion for Preservation-Only Order Regarding ESI (No Discovery; No Merits)

Dated: November 19, 2025

/s/ Maryann Butler

# EXHIBIT F

**Voicemail from Loan Officer Shawn Wainwright – March 12, 2025**

This exhibit contains a screenshot of a voicemail received from Loan Officer Shawn Wainwright on March 12, 2025, confirming receipt of the Plaintiff's second employment verification. This voicemail serves as critical evidence contradicting the Defendant's later claims that such verification was never received. The voicemail also demonstrates acknowledgment of processing delays on the Defendant's end and establishes a direct timeline tying communication failure to material delays and procedural obstructions.

The call was made at 8:33 AM and clearly references the second verification of employment as having arrived and been set up. The statement, 'I will call you now... your mother's second verification of employment just came in late last week that has been sent up,' is a direct admission contradicting claims submitted by the Defendant to federal regulators.

12:28 ✈

# Voicemail

**+1 814-251-9528**                                    Mar 12
Huntington is trying to reach you...        00:38

**+1 410-237-6424**                                    Mar 12
Couldn't transcribe message                00:00

**+1 330-840-5618**
Mar 12, 2025 at 8:33 AM

This is Shawn Wayne right now. So I will call you now
your mother's. second verification of employment
just came in late last week that has been sent up.
Give me a call back. I apologize. I'm sorry. I was
actually out of the office last week. Call me back at
3:30.

▶    ⚪

00:00                                                      00:40

🔊               📞              💬             🗑️
Speaker        Call        Message       Delete

**+1 814-251-9528**                                    Mar 10
At SCI Huntingdon, it will be recor...       00:40

**+1 717-723-1775**                                    Mar 10
Hi Pete, this is Stacy Lockhart fro...        00:18

🏠              👥             📄             ❓         🔊 94
Home          Plan        Billing      Support    Voicemail

## CLERK COVER SHEET – CONVENTIONAL FILING (AUDIO EXHIBIT)

Case: Maryann Butler v. New American Funding, LLC, et al.
No.: 1:25-cv-00690-KMN (Judge Neary)

### Filing: Judicial Notice of Conventional Filing and Reincorporation of Exhibit F2 (Audio)

Description of Media: 1 USB flash drive (read-only), labeled "Exhibit F2 – Audio"
File on Media: "NAF Loan Officer, Shawn Wainwright.mp3"
Duration: ~00:34
Date received by Plaintiff: March 12, 2025
Source: Voicemail to 717-424-8220 (Audury Petie Davis)

SHA-256: b96555a6812aaa8b2b3da58f5c9e9e0a3e950aff797b38472786834c187992ba

Notes: Submitted pursuant to local practice for conventional filing of non-ECF media.
A paper transcript (Exhibit F) is attached/previously filed and cross-referenced.

Submitted by: /s/ Audury Petie Davis (Pro Se)
Date: August 15, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Maryann Butler, Plaintiff (pro se),
v.
New American Funding, LLC, et al., Defendants.

Civil Action No. 1:25-cv-00690-PJC
Before: Hon. Martin C. Carlson, U.S. Magistrate Judge

**EXHIBIT DD-8**

**Off-Portal Loan-File Emails with Header/Meta Lines**

Purpose: Pinpoints the custodian mailboxes and enterprise gateway/journaling paths where duplicate messages and audit/retention logs reside, providing specific targets for a preservation-only do-not-delete/overwrite directive.

Source: ECF 86 (Middle District docket).

Notes: Representative pages showing header/meta lines (Date/From/To/Message-ID/Received-by and routing fields). Personal identifiers minimally redacted where appropriate; routing/header fields preserved.

Filed with: Emergency Motion for Preservation-Only Order Regarding ESI (No Discovery; No Merits)

Dated: November 19, 2025

/s/ Maryann Butler

FILED
HARRISBURG, P

AUG 26 2025



DEPUTY CLE

# Exhibit DD-8 — Email to NAF (Headers + Forward)

Sender: Audury Petie Davis <mfmallah87@icloud.com>

Recipient: Shawn Wainwright <Shawn.Wainwright@nafinc.com>

Subject: Maryann Butler

Date/Time: Fri, Jan 31, 2025, 08:32:16 -0500

Message-ID: <2618D94B-68B6-4C89-A3FF-ED00737194EA@icloud.com>

*Includes: (A) iCloud Mail headers (Message-ID, Content-Type, etc.),*
*and (B) corresponding iCloud printout listing forwarded attachments.*

  

iCloud Mail

< Archive

**Petie** >                                      Jan 31, 2025 at 8:32 AM

To: Shawn.Wainwright@nafinc.com  >

Content-Type: multipart/alternative;
Content-Transfer-Encoding: 7bit
From: Petie Davis <mfmallah87@icloud.com>
Mime-Version: 1.0 (1.0)
Date: Fri, 31 Jan 2025 08:32:16 -0500
Subject: Maryann Butler
Message-Id: <2618D94B-68B6-4C89-A3FF-ED00737194EA@icloud.com>
To: Shawn.Wainwright@nafinc.com

                                                    Hide

Maryann Butler


 Sent from my iPhone


 Begin forwarded message:


 From:
 Date: January 31, 2025 at 8 :19:00 AM EST
 To: Petie Davis
 <Mfmallah87@icloud.com   >

Petie Davis

Maryann Butler

January 31, 2025 at 8:32:16 AM
Shawn.Wainwright@nafinc.com



Sent from my iPhone

Begin forwarded message:

From:
Date: January 31, 2025 at 8 :19:00 AM EST
To: Petie Davis <Mfmallah87@icloud.com>
Subject: FOR YOUR MOM

DEBT-MARY...BUTLER.pdf
2.6 MB

PAYSTUBS-...BUTLER.pdf
1.9 MB

BANK STATE...BUTLER.pdf
900 KB



W2s-MARYA...BUTLER.pdf
462 KB

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Maryann Butler, Plaintiff (pro se),
v.
New American Funding, LLC, et al., Defendants.

Civil Action No. 1:25-cv-00690-PJC
Before: Hon. Martin C. Carlson, U.S. Magistrate Judge

**EXHIBIT T**

**Third Circuit November 13, 2025 In-Lieu-of-Mandate Transmission**

Purpose: Shows that appellate control in Case No. 25-2365 was returned to this Court, confirming the procedural posture for entering a narrow preservation directive.

Source: U.S. Court of Appeals for the Third Circuit, Case No. 25-2365, entry dated November 13, 2025.

Notes: Attaches the notice/transmittal page(s) reflecting the November 13, 2025 in-lieu-of-mandate action.

Filed with: Emergency Motion for Preservation-Only Order Regarding ESI (No Discovery; No Merits)

Dated: November 19, 2025

/s/ Maryann Butler

ALD-027

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **25-2365**

MARYANN BUTLER

  VS.

NEW AMERICAN FUNDING

MARYANN BUTLER; AUDURY PETIE DAVIS, Appellants

  (M.D. Pa. Civ. No. 1:25-cv-00690)

Present:    SHWARTZ, FREEMAN, and CHUNG, Circuit Judges

  Submitted:

  (1)  By the Clerk for possible dismissal due to a jurisdictional defect;

  (2)  By the Clerk for possible summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6;

  (3)  Audury Petie Davis's "Dual Judicial Notice and Verified Declaration of Third-Party Harm, Financial Obstruction, and Material Evidence Submission";

  (4)  "Verified 21-Day Response to Jurisdictional Inquiry" filed by Davis and Maryann Butler;

  (5)  Attorney James McNally's motion to withdraw as counsel for New American Funding;

  (6)  New American Funding's "Written Argument in Support of Dismissal Due to Jurisdictional Defect," which includes a request for summary action;

  (7)  Butler's "Opposition to Appellee's Motion for Summary Action (Dismissal/Summary Affirmance)";

(8)     Butler's "Motion to Correct Caption and Reflect Party Withdrawal";

(9)     Butler's "Emergency Motion for Preservation Order Pending Appeal Under FRAP 8(a)(2) and Rule 62.1" and "Supplemental Notice" in support thereof;

(10)    Butler's "Judicial Notice in Support of FRAP 8 Motion to Preserve Exhibit DD8";

(11)    Butler's "Motion to Expedite Consideration and for Decision on the Papers"; and

(12)    Butler's "Emergency Motion for Time-Certain Docket Cure and 72-Hour Litigation-Hold Confirmation"

in the above-captioned case.

Respectfully,

Clerk

_____ ORDER _____

This appeal appears to challenge the Magistrate Judge's July 11, 2025 order. Since (1) the Magistrate Judge was not acting pursuant to 28 U.S.C. § 636(c), and (2) that order was not reviewed by the District Judge in the first instance, we hereby dismiss this appeal for lack of jurisdiction. See Siers v. Morrash, 700 F.2d 113, 115-16 (3d Cir. 1983). In view of this disposition, we do not decide whether it would be appropriate to resolve this appeal via summary action. Attorney James McNally's motion to withdraw as counsel for New American Funding is granted. New American Funding's request for summary action is denied as moot. Maryann Butler's various motions are denied. To the extent that Butler, Audury Petie Davis, or New American Funding seek any other relief from this Court, that relief is denied.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: November 14, 2025
JK/cc: Maryann Butler
　　　Audury Petie Davis
　　　All Counsel of Record

A True Copy:

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Maryann Butler, Plaintiff (pro se),
v.
New American Funding, LLC, et al., Defendants.

Civil Action No. 1:25-cv-00690-PJC
Before: Hon. Martin C. Carlson, U.S. Magistrate Judge

**EXHIBIT 95**

Order Lifting Prior Stays (ECF 95)

Purpose: Confirms that earlier stays at ECF 66 and ECF 83 have been lifted and the case is now active in this Court, supporting entry of a preservation-only directive consistent with current posture.

Source: ECF 95 (Middle District docket).

Notes: Attaches the order page(s) lifting prior stays.

Filed with: Emergency Motion for Preservation-Only Order Regarding ESI (No Discovery; No Merits)

Dated: November 19, 2025

/s/ Maryann Butler

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | **Civil No. 1:25-CV-0690** |
| | : | |
| **Plaintiff** | : | |
| | : | **(Judge Neary)** |
| v. | : | |
| | : | |
| **NEW AMERICAN FUNDING, LLC,** | : | |
| et al., | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendants.** | : | |

## ORDER

This case which was referred to the undersigned on September 4, 2025 has been stayed pending an appeal to the United Sates Court of Appeals. The Court of Appeals has now ruled in this case. (Doc. 94). Accordingly, the stay previously entered in this case is LIFTED and we will commence by separate orders to address the pending motions in this matter.

So ordered this 17th day of November 2025.

> *S/Martin C. Carlson*
> Martin C. Carlson
> United States Magistrate Judge

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Maryann Butler, Plaintiff (pro se),
v.
New American Funding, LLC, et al., Defendants.

Civil Action No. 1:25-cv-00690-PJC

**[PROPOSED] PRESERVATION-ONLY ORDER**
**REGARDING ELECTRONICALLY STORED INFORMATION**

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Emergency Motion for Preservation-Only Order Regarding Electronically Stored Information (No Discovery; No Merits), any response, and the record, **IT IS ORDERED** as follows:

1. Preservation Window. The preservation window for this Order is January 31, 2025 through the present (the "Window").

2. Repositories to be Preserved. Defendants shall preserve electronically stored information within the Window in the following systems (the "Repositories"):

   a. Custodian corporate email mailboxes used for the Butler loan process, including at least the loan officer's mailbox, the direct manager/branch lead, any processing/underwriting shared mailbox, and any intake/ticketing address used to receive applicant documents;

   b. The enterprise email gateway/archiving/journaling system and associated retention/audit logs that capture, journal, or route those messages;

   c. Voicemail system(s) storing the referenced loan-status message; and

   d. Any ticketing or intake system reflecting off-portal submissions of Plaintiff's loan documents.

3. Definition of "Preserve." For purposes of this Order, "preserve" means to disable deletion, overwrite, and routine auto-purge for the Window in the Repositories and to maintain any existing litigation holds applicable to those systems. This Order does not require any search, collection, review, or production of electronically stored information.

4. No Discovery or Merits Ruling. This Order is a content-neutral do-not-delete/overwrite directive. It does not adjudicate standing, jurisdiction, liability, damages, or any discovery disputes, and does not alter any party's rights or defenses.

1

5. Auto-Purge Pause. To the extent any of the Repositories are subject to routine deletion, overwrite, or rotation policies, such policies shall be paused for electronically stored information within the Window as to those Repositories.

6. Certification. Within three (3) business days of this Order, counsel for Defendants shall file a short certification confirming that the preservation steps described in paragraphs 2–5 have been implemented. The certification shall not constitute an admission of relevance, authenticity, or completeness and shall not waive any privilege, work product protection, or defense.

7. Duration / Further Order. This Order shall remain in effect for ninety (90) days from the date of entry or until further Order of the Court, whichever occurs first. Any party may move to modify, extend, or dissolve this Order for good cause shown.

IT IS SO ORDERED.

Dated: _____, 2025


_____
Hon. Martin C. Carlson
United States Magistrate Judge

FILED
HARRISBURG, PA

NOV 19 2025

PER _____ DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Maryann Butler, Plaintiff (pro se),
v.
New American Funding, LLC, et al., Defendants.

Civil Action No. 1:25-cv-00690-PJC
Before: Hon. Martin C. Carlson, U.S. Magistrate Judge

**COVER SHEET — EMERGENCY ESI PRESERVATION SUBMISSION**
**(Hand-Delivered for Filing — November 19, 2025)**

This packet contains:

 1. Emergency Motion for Preservation-Only Order Regarding Electronically Stored Information (No Discovery; No Merits).

 2. Plaintiff's Brief in Support of Emergency Motion for Preservation-Only Order Regarding ESI.

 3. [Proposed] Preservation-Only Order Regarding ESI.

 4. Exhibit Index — Emergency ESI Preservation (Window: January 31, 2025 through present).

 5. Exhibits (true and correct copies / already of record unless noted):

  • Exhibit D – Pre-suit preservation email and SMTP 5xx "Access Denied" server return (see ECF 74).
  • Exhibit F – Voicemail transcript page (loan-status message; audio cross-referenced at ECF 88 [F2]).
  • Exhibit DD-8 – Off-portal loan-file emails with header/meta lines (see ECF 86).
  • Exhibit T – Third Circuit November 13, 2025 in-lieu-of-mandate transmission (Case No. 25-2365).
  • Exhibit 95 – Order lifting prior stays (ECF 95).

LR 7.1 Concurrence Statement: On November 17, 2025, Plaintiff sought concurrence from counsel for New American Funding. Counsel does not concur and will oppose. For avoidance of doubt, the movant and filer is Plaintiff Maryann Butler.

Dated: November 19, 2025

/s/ Maryann Butler (pro se)
1823 State Street
Harrisburg, PA 17103