**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | **Civil No. 1:25-CV-690** |
| | : | |
| **Plaintiff** | : | |
| | : | **(Judge Neary)** |
| **v.** | : | |
| | : | |
| **NEW AMERICAN FUNDING, LLC,** | : | |
| **et al.,** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

This is a *pro se* civil action which arose out of a mortgage transaction. (Doc. 1). This case was referred to the undersigned on September 4, 2025. At that time the case had been stayed pending an appeal to the United Sates Court of Appeals. The Court of Appeals has now ruled in this case. (Doc. 94). Accordingly, we have entered an order lifting the stay and notifying the parties that we would address the pending motions that are outstanding in this litigation. (Doc. 95).

Included among these motions is a pleading styled as a motion to establish of confirm the Article III standing of the plaintiff, Maryann Butler, and a second individual, Audury Petie Davis. (Doc. 72). The meaning of this pleading is not entirely clear, and the motion is not accompanied by a brief as required by the rules

1

of this court, an oversight which allows us to deem the motion to be withdrawn.[1] Further, one of the persons seeking confirmation of his Article III standing, Audury Petie Davis, has subsequently withdrawn from this case. (Doc.85).

In light of these circumstances, IT IS ORDERED that the motion, (Doc. 72), as submitted, is DISMISSED as MOOT without prejudice to resubmission, if necessary, by the sole named plaintiff, Ms. Butler, along with a supporting brief.

So ordered this 21st day of November 2025.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

---

[1] See, e.g., Salkeld v. Tennis, 248 F. App'x 341 (3d Cir.2007) (affirming dismissal of motion under Local Rule 7.5); Booze v. Wetzel, 1:12-CV-1307, 2012 WL 6137561 (M.D. Pa. Nov. 16, 2012) report and recommendation adopted, 1:CV-12-1307, 2012 WL 6138315 (M.D. Pa. Dec. 11, 2012); Breslin v. Dickinson Twp., 1:09BCVB1396, 2011 WL 1577840 (M.D.Pa. Apr.26, 2011) Prinkey v. Tennis, No. 09B52, 2010 WL 4683757 (M.D.Pa. Nov.10, 2010) (dismissal under Local Rule 7.5); Griffin v. Lackawanna County Prison Board, No. 07B1683, 2008 WL 4533685 (M.D.Pa.Oct.6, 2008) (dismissal under Local Rule 7.6).