IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARYANN BUTLER, | : | Civil No. 1:25-CV-690 |
| Plaintiff | : | |
| | : | (Judge Neary) |
| v. | : | |
| | : | |
| NEW AMERICAN FUNDING, LLC, et al., | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

# **ORDER**

This is a *pro se* civil action which arose out of a mortgage transaction. (Doc. 1). This case was referred to the undersigned on September 4, 2025. The plaintiff has now filed what is styled as an emergency motion for an order directing the preservation of electronically stored information (ESI). (Doc. 101). This motion is unnecessary because there is a pre-existing and longstanding obligation for all parties to preserve relevant ESI. As one court has observed:

> A party "is under a duty to preserve what it knows, or reasonably should know, will likely be requested in reasonably foreseeable litigation." This common-law standard is an objective one, asking not whether a party actually anticipated litigation, but "whether a reasonable party in the same factual circumstances would have reasonably foreseen litigation."

Bistrian v. Levi, 448 F. Supp. 3d 454, 468 (E.D. Pa. 2020)(footnotes omitted).

1

Given this pre-existing, and clear legal duty, we DECLINE the invitation to enter a separate order, (Doc. 101), but remind all litigants of their duties on this score.

So ordered this 21st day of November 2025.

<u>S/Martin C. Carlson</u>
Martin C. Carlson
United States Magistrate Judge