UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER,

Plaintiff,

v.

NEW AMERICAN FUNDING, LLC,

Defendant.

No. 1:25-cv-00690

FILED
HARRISBURG, PA
JAN 05 2026
PER _____
DEPUTY CLERK

# PLAINTIFF MARYANN BUTLER'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (FED. R. CIV. P. 15(a)(2))

Plaintiff Maryann Butler ("Plaintiff"), proceeding pro se, respectfully moves for leave to file the attached First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. This case remains at the pleading stage. Defendant has moved under Rule 12 and no discovery has occurred.

2. Plaintiff seeks leave to file a clean, Plaintiff-signed First Amended Complaint limited to two claims (ECOA/Regulation B and UTPCPL) and supported by specific dates and communications.

1

3. Granting leave will not prejudice Defendant. The amendment is offered promptly to streamline the issues, and Defendant will suffer no litigation disadvantage because the case is not in discovery or trial posture.

4. Leave should be granted to promote adjudication on the merits and conserve judicial resources.

Certificate Regarding Concurrence (L.R. 7.1). Plaintiff is proceeding pro se. Plaintiff did not seek concurrence from opposing counsel prior to filing this motion. Plaintiff understands that notice of this filing will be provided through the Court's CM/ECF system to counsel of record.

Abeyance Request. Plaintiff respectfully requests that the Court hold Defendant's pending Rule 12 motions in abeyance pending resolution of this Motion for Leave to Amend. If leave is granted and the First Amended Complaint is filed, Plaintiff further requests that the Court deny the pending motions as moot without prejudice to Defendant filing any renewed response directed to the operative amended pleading. This request is made to conserve judicial resources and avoid motion practice aimed at pleadings that will no longer be operative.

A proposed First Amended Complaint is attached as Exhibit A. A proposed order is attached.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached First Amended Complaint, hold Defendant's pending Rule 12 motions in abeyance as requested above, and grant such other relief as the Court deems just.

Date: January 5, 2026

Respectfully submitted,

Signature: *[signature]*

2

# CERTIFICATE OF SERVICE

I certify that on January 5, 2026, I served a true and correct copy of the foregoing Motion for Leave to File First Amended Complaint, Brief in Support, Proposed First Amended Complaint (Exhibit A), and Proposed Order upon counsel for Defendant as follows:

Ronald L. Williams, Esq.

Fox Rothschild LLP

2001 Market Street, Suite 1700

Philadelphia, PA 19103

Service was made by First-Class U.S. Mail (postage prepaid) and by CM/ECF electronic notice to counsel of record where applicable.

Date: January 5, 2026

Signature: _____

Maryann Butler, Pro Se

1823 State Street

Harrisburg, PA 17103

ms.mare26@gmail.com

Maryann Butler, Pro Se

1823 State Street

Harrisburg, PA 17103

ms.mare26@gmail.com