UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
JAN 05 2026
PER_____
DEPUTY CLERK

MARYANN BUTLER, Plaintiff

v. NEW AMERICAN FUNDING, LLC, Defendant

No. 1:25-cv-00690

# BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

## I. Legal Standard

Federal Rule of Civil Procedure 15(a)(2) provides that courts "should freely give leave when justice so requires." Leave may be denied only for limited reasons such as undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice, or futility.

## II. The Amendment Is Prompt, Narrow, and Eliminates Procedural Noise

Plaintiff's proposed amendment is surgical: two counts only, signed by Plaintiff personally, and pleaded with specific dates and communications. The amendment is offered in good faith to streamline the issues for merits review.

## III. No Undue Prejudice Exists

There is no discovery to redo, no depositions taken, and no trial date. Defendant will respond to the amended complaint under the Federal Rules and can raise any defenses without disadvantage.

## IV. Amendment Is Not Futile Under Rule 12(b)(6)

1

Futility is assessed under the Rule 12(b)(6) plausibility standard. The proposed First Amended Complaint plausibly alleges:

1. A Regulation B notice failure theory pleaded in the alternative (adverse action notice and/or incomplete-application notice), tied to dated communications and the rate-lock/processing posture; and
2. A UTPCPL deceptive conduct theory tied to representations/omissions, reliance, and an ascertainable loss, including a documented $525.00 non-refundable appraisal fee paid on Plaintiff's behalf, plus mailing/administrative expenses and consequential harms.

## V. Conclusion

For these reasons, Plaintiff respectfully requests that leave to amend be granted.

Date: January 5, 2026

Signature: *[signature]*

Maryann Butler, Pro Se

1823 State Street

Harrisburg, PA 17103

ms.mare26@gmail.com

2