**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF PENNSYLVANIA**

MARYANN BUTLER,

    Plaintiff,

v.

NEW AMERICAN FUNDING, LLC,

    Defendant.

                  Civil Action No. 1:25-cv-00690

FILED
HARRISBURG, PA
JAN 06 2026
PER _____
DEPUTY CLERK

---

**ERRATA / CLARIFICATION (ECF 118–119) REGARDING PROPOSED FIRST AMENDED COMPLAINT**

Plaintiff Maryann Butler, proceeding pro se, submits this one-page errata/clarification solely to assist the Court's review of Plaintiff's pending Motion for Leave to File First Amended Complaint (ECF 118) and supporting brief (ECF 119). This filing does not add claims, parties, exhibits, or argument, and does not modify the proposed amended complaint. Plaintiff seeks no relief beyond the relief requested in ECF 118. Plaintiff understands the proposed pleading attached to ECF 118, Attachment #1 is the operative submission for Rule 15 review, and this clarification is provided solely for the Court's convenience. A separate marked comparison copy was not generated due to technical limitations; Plaintiff will provide a marked copy promptly if the Court directs.

Clarifications:

1. Proposed Pleading Attached / Unchanged: The Proposed First Amended Complaint is attached to ECF 118, Attachment #1 and remains unchanged by this filing.

2. Butler-Only Posture: The proposed amendment proceeds Butler-only and removes Audury Petie Davis as a party to eliminate confusion regarding party status and signature/verification posture.

3. Two Claims Only: The proposed amendment narrows the action to two causes of action arising from the same FHA refinance transaction: (a) Equal Credit Opportunity Act / Regulation B (notice and related obligations); and (b) Pennsylvania UTPCPL (unfair/deceptive conduct).

4. Concrete Harm Alleged: The proposed amendment alleges concrete injury and damages, including that Plaintiff paid or caused to be paid a non-refundable appraisal fee in connection with Plaintiff's FHA refinance transaction, and alleges related harm from Defendant's processing and notice failures.

Dated: January 6, 2026

Respectfully submitted,

/s/ Maryann Butler

MARYANN BUTLER, Pro Se

1823 State Street

Harrisburg, PA 17103

Email: ms.mare26@gmail.com

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, I served the foregoing Errata/Clarification by first-class U.S. Mail on:

Ronald L. Williams, Esquire

Fox Rothschild LLP

2001 Market Street, Suite 1700

Philadelphia, PA 19103

Counsel for Defendant New American Funding, LLC

/s/ Maryann Butler

Maryann Butler