# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER,

                No 1:25-cv-00690

    Plaintiff,

v.

NEW AMERICAN FUNDING, LLC,

    Defendant,

FILED
HARRISBURG, PA
FEB 0 2 2026
PER _____ DEPUTY CLERK

## PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

### (Fed. R. Civ. P. 15(a)(2))

Plaintiff Maryann Butler, proceeding pro se, respectfully moves for leave to file the attached Third Amended Complaint and states as follows:

1. The current operative pleading is Plaintiff's amended complaint docketed at ECF 123.

2. Plaintiff seeks leave under Federal Rule of Civil Procedure 15(a)(2) to file a Third Amended Complaint that narrows this action to a single federal claim under the Equal Credit Opportunity Act ("ECOA") and Regulation B.

3. The proposed amendment removes additional claims and theories and is intended to streamline the case for purposes of judicial economy and clarity.

4. The proposed Third Amended Complaint does not add parties and does not expand the operative timeframe. It narrows the dispute to a single notice-compliance issue.

5. Plaintiff is not aware of any Court-ordered amendment deadline that has expired. To the extent Federal Rule of Civil Procedure 16(b) is deemed applicable, Plaintiff submits good cause exists because the amendment narrows the case and reduces issues for resolution.

6. Defendant will not be unfairly prejudiced and remains free to assert any defenses or motions it believes appropriate.

1

**WHEREFORE**, Plaintiff respectfully requests that the Court grant leave to file the attached Third Amended Complaint.

Respectfully submitted,

Date: February 02, 2026


Maryann Butler, Pro Se

1823 State Street

Harrisburg, PA 17103

> Plaintiff has not sought Defendant's concurrence prior to filing due to time constraints; Plaintiff anticipates Defendant ~~opposes~~ opposes."