

Two Commerce Square, 2001 Market Street
Suite 1700
Philadelphia, PA  19103
215.299.2000   215.299.2150
WWW.FOXROTHSCHILD.COM

JOHN Q. HOWARD
Direct No: 215.299.2002
Email: jqhoward@foxrothschild.com

February 4, 2026

**VIA E-FILING AND FIRST-CLASS MAIL**
The Honorable Martin C. Carlson
Magistrate Judge
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

Re: **Butler v. New American Funding (Docket No.: 1:25-cv-00690-KMN)**

Dear Judge Carlson:

This firm represents New American Funding, LLC ("NAF") in the above-captioned matter. As Your Honor is aware, on January 21, 2026, this Court granted Plaintiff's, Maryann Butler ("Ms. Butler"), motion to amend, as stated in its Order (Doc. 122), and lodged the proposed amended complaint as the second amended complaint in this matter (Doc. 123). In that same Order, the Court granted NAF leave to assert any defenses or dispositive motions that it may believe are appropriate with respect to the second amended complaint. (Doc. 122). The deadline to file an answer or dispositive motion is today, February 4, 2026. *See* Fed. R. Civ. P. 15(a)(3). On February 2, 2026, Ms. Butler filed a motion for leave to file a third amended complaint (Doc. 124), two days before NAF's deadline to file its answer or a dispositive motion.

Given Ms. Butler's most recent filing, NAF respectfully requests that the Court enter an order or docket entry indicating that NAF's deadline to respond to Ms. Butler's Second Amended Complaint is stayed pending resolution of Ms. Butler's most recent motion to amend.

We thank Your Honor for Your attention to this matter.

Sincerely,
*/s/ John Q. Howard*
John Q. Howard

181857621.1


The Honorable Martin C. Carlson
February 4, 2026
Page 2


cc:	Ronald L. Williams, Esq. (via e-filing)
	Maryann Butler (via e-filing)

181857621.1