IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | Civil No. 1:25-CV-690 |
| | : | |
| Plaintiff | : | |
| | : | (Judge Neary) |
| v. | : | |
| | : | |
| **NEW AMERICAN FUNDING, LLC,** | : | |
| et al., | : | (Magistrate Judge Carlson) |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW this 5th day of February 2026, IT IS ORDERED that NAF's deadline to respond to Ms. Butler's Second Amended Complaint is stayed pending resolution of Ms. Butler's most recent motion to amend.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1