UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | **Civil No. 1:25-CV-690** |
| | : | |
| **Plaintiff** | : | |
| | : | **(Judge Neary)** |
| v. | : | |
| | : | |
| **NEW AMERICAN FUNDING, LLC,** | : | |
| et al., | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendants.** | : | |

# MEMORANDUM AND ORDER

The background of this order is as follows:

The plaintiff is proceeding *pro se*, in this case, and has now moved to file a third amended complaint in this case. (Doc. 124). The defendants have not responded to this motion. We will permit the filing of this third amended complaint since Rule 15(a) of the Federal Rules of Civil Procedure, which governs amendment of pleadings strongly favors amendment of pleadings and provides that such leave to amend should be liberally granted "when justice so requires." Fed. R. Civ. P. 15(a)(2).

Accordingly, IT IS ORDERED as follows:

1. The plaintiff's motion to amend (Doc. 124) is GRANTED and the proposed third amended complaint, (Doc. 124-1), will be lodged by the clerk as the third amended complaint in this matter.

2. However, this leave to file an amended complaint is granted without prejudice to the assertion of any defenses or dispositive motions that the defendants may believe are appropriate with respect to the third amended complaint.

SO ORDERED, this 19th day of February 2026.

>*/s/ Martin C. Carlson*
>Martin C. Carlson
>United States Magistrate Judge