# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN BUTLER,

    Plaintiff,

v.

NEW AMERICAN FUNDING,

    Defendant.

Case No. 1:25-cv-00690

## DEFENDANT'S BRIEF IN SUPPORT OF MOTION TO DISMISS TABLE OF EXHIBITS AND UNPUBLISHED CASES

| Exhibit | Description |
|---|---|
| 1 | Third Amended Complaint (Doc. 129) |
| 2 | Order (Doc. 128) |

| Exhibit | Unpublished Case |
|---|---|
| 3 | *Gray v. Cap. One Fin. Corp.*, No. 25-CV-0925, 2025 WL 1644421 (E.D. Pa. June 6, 2025) |
| 4 | *Karupaiyan v. Int'l SOS*, No. 20-3461, 2021 WL 6102077 (3d Cir. Dec. 22, 2021) |
| 5 | *Trapp v. SunTrust Bank*, 699 F. App'x 144 (4th Cir. 2017) |
| 6 | *Xu v. Todd*, No. 1:25-CV-00439, 2025 WL 2811332 (M.D. Pa. Oct. 3, 2025) |