**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | **Civil No. 1:25-CV-690** |
| | : | |
| **Plaintiff** | : | |
| | : | **(Judge Neary)** |
| **v.** | : | |
| | : | |
| **NEW AMERICAN FUNDING, LLC, et al.,** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendants.** | : | |

**ORDER**

This is a *pro se* civil action which arose out of a mortgage transaction. (Doc. 1). The plaintiff has recently filed a motion asking the court to provide information on the status of a pending Report and Recommendation or in the alternative preserve certain records. (Doc. 135). This motion is GRANTED in part in that the plaintiff is advised that the Report and Recommendation remains pending. As for the preservation of evidence, the plaintiff has put the defendants on notice of the discovery she may seek; the defendants have a freestanding obligation to retain relevant evidence.

So ordered this 17th day of August 2026.

S/Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge