**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | **CIVIL ACTION NO. 1:25-CV-690** |
| | : | |
| **Plaintiff,** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **NEW AMERICAN FUNDING,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, in accordance with the accompanying memorandum, this 6th day of October, 2026, it is hereby ORDERED that:

1. Magistrate Judge Carlson's R&R (Doc. 134) is ADOPTED.

2. New American Funding's motion to dismiss (Doc. 130) is DENIED.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania