**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | **Civil No. 1:25-CV-690** |
| | : | |
| **Plaintiff** | : | |
| | : | **(Judge Neary)** |
| **v.** | : | |
| | : | |
| **NEW AMERICAN FUNDING, LLC, et al.,** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendants.** | : | |

**ORDER**

As the parties know, this case has been assigned to the undersigned for pretrial management. In order to ensure the "just, speedy and inexpensive" determination of the case, Rule 1, Fed. R. Civ. P., IT IS ORDERED as follows:

1. Counsel and parties are advised to prepare a "Joint Case Management Plan" form prescribing a timetable for the litigation of this case. **The completed form**, which is set forth in Appendix A of the local rules, **should be filed on or before November 24, 2026**.

2. A telephonic case management conference will be held in the above-captioned case on **December 7, 2026,** at **1:00 p.m.** Dial in information for the conference may be obtained from our courtroom deputy Rashelle Weida at: Rashelle_Weida@pamd.uscourts.gov

3. The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible. Participation in this conference by counsel or by pro se litigants is mandatory.

4. If counsel of record is unable to participate in the conference, the court shall be notified of the name of the substitute counsel two business days in advance of the date of the conference. This information can be conveyed to the court by contacting the court at:

Chambers_of_Magistrate_Judge_Martin_Carlson@pamd.uscourts.gov

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

Dated: October 27, 2026