**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARYANN BUTLER,<br>Plaintiff,<br>v.<br>NEW AMERICAN FUNDING, LLC,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:25-cv-00690-KMN-MCC |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 09, 2026 a copy of the forgoing, **ANSWER AND DEFENSES OF DEFENDANT NEW AMERICAN FUNDING, LLC TO PLAINTIFF'S THIRD AMENDED COMPLAINT**, was served via the Court's ECF system upon all parties of record.

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

Dated: November 9, 2026

*/s/ John Q. Howard*
Ronald L. Williams
John Q. Howard
Attorneys for Defendant