**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MARYANN BUTLER,

Plaintiff,

v.

NEW AMERICAN FUNDING, LLC,

Defendant.

Civil Action No. 1:25-cv-00690-KMN-MCC

**DEFENDANT'S ANSWER AND DEFENSES TO PLAINTIFF'S THIRD AMENDED COMPLAINT**
**TABLE OF EXHIBITS**

| Exhibit | Description |
| --- | --- |
| A | Email dated March 17, 2025 |
| B | Email dated March 20, 2025 |
| C | Notice of Incomplete Application dated January 31, 2025 |