# Exhibit A

**From:** Shawn Wainwright
**To:** Petie Davis
**Subject:** Loan update
**Date:** Monday, March 17, 2025 4:15:00 PM
**Attachments:** image001.png
image002.png

---

Ms. Butler,

I do have an update. They are requesting updated paytubs. The last ones we have were from December. They are requesting the last 30 days. Once the income is updated a decision will be made after verification.

All mortgage programs details, including interest rate, terms, and conditions, are subject to change without prior notice. Program lock-in periods, rates, and closing dates are based on the information available at the time of application and may be affected by market conditions or other factors outside of our control. Closing dates are estimates and may by adjusted due to underwriting requirements, document processing, or other unforeseen circumstances.

**Shawn Wainwright**
Sr. Loan Officer | NMLS #918316

9150 S Hills Blvd, Ste. 260 | Broadview Hts., Oh 44147
Toll Free (800)450-2010 x 10085 | O (330)840-5618 | F (330)752-9060
Shawn.Wainwright@nafinc.com | newamericanfunding.com

naf newamerican FUNDING
2024 America's Greatest Workplaces for Women

CONFIDENTIALITY NOTICE
This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.