# Exhibit B

**From:** Amy Dale
**To:** mfmallah87@icloud.com
**Subject:** RE: Ms. Butler Loan Process
**Date:** Thursday, March 20, 2025 3:23:00 PM
**Attachments:** image001.png
image002.png

---

Good afternoon, Ms. Butler,

Thank you for your patience and understanding during our review.

I have been advised that your loan did not meet the FHA requirement of 24 months of employment. Therefore, we need your paystubs from your previous employer and your most recent 30 days of employment to be able to meet the 24 month requirement.

I am advised that the prior employer information can be a verbal verification with dates and position at your former employment. Once received we can complete the restructure of the loan and move forward to determine if the loan meets the requirements.

Please also note that the appraisal was sent to you via email and that does have the FHA Case Number on it. Therefore, there was not a delay in receiving this information as it was sent to you in February.

The appraisal is subject to the following: Repair of all chipped paint. This must be completed as part of the approval as well.

RECONCILIATI

occupied single family residential properties and was not utilized in this appraisal.

This appraisal is made ☐ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☒ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Repair of all chipped paint.

From what I understand, you have been previously advised of the requirements, however, we have yet to obtain the required information to move forward on our end.

We would appreciate the opportunity to continue to move forward and as that you please advise if you will be providing the income information regarding the prior employment and last 30 days of current paystubs. Also, please confirm if you have or will be soon repairing all chipped paint on the home as mentioned in the appraisal report.

This is required to move forward as currently we do not meet the Debt to Income ratio needed to qualify and we do not have the property meeting the appraisal requirements listed on your appraisal as stated above.

Respectfully,

**Amy Dale**
**SVP, Corporate Customer Service**
**New American Funding, LLC**
14511 Myford Road, Suite 100 | Tustin, CA 92780
**p** 800.450.2010 | **o** 949.271.0642 |
amy.dale@nafinc.com | newamericanfunding.com

naf newamerican FUNDING

CONFIDENTIALITY NOTICE

This email message and any attachments are for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message along with any attachments, from your computer system. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.