# Exhibit C

# NOTICE OF INCOMPLETE APPLICATION

| | | | |
|---|---|---|---|
| **Borrower(s):** | **Maryann Butler** | **Date:** | **January 31, 2025** |
| | | **Loan Number:** | **[redacted]8263** |
| **Property Address:** | **1823 State Street**<br>**Harrisburg, PA 17103** | | |
| **Lender:** | **New American Funding, LLC** | | |

Dear Maryann Butler:

Thank you for choosing New American Funding, LLC for your home financing needs. As you may be aware all loan applications have certain requirements or conditions that must be met to complete the transaction; below we have listed the minimum amount of documentation that is typically required for your requested loan program and not all items necessarily pertain to your specific loan request. This letter is not an indication that your application has been declined or that you have been non-responsive. It simply means we may need more information so that we can continue. We urge you to contact your Loan Officer for the most up to date list of requirements or conditions for your specific loan transaction.

In order for us to continue processing your loan application, please submit the documents listed below as soon as possible, but no later than 04/29/2025. **Please note that if you already provided certain items requested below, please disregard this request for those documents.**

If we do not hear from you and do not receive the documents listed below at the end of the noted period, we will close your loan application for incompleteness.

- Bank, Investment, and Retirement Statements (all pages) – most recent two months' statements, or if quarterly, last quarter's statement. This includes checking, savings, CD's, brokerage statements, 401(k) account statements, IRA statements, and any other pension or retirement account statements
- Photo ID (drivers' license, military ID, Passport, Green Card)
- Copy of final HUD-1 Settlement Statement for any real estate purchased or sold within the last 12 months (if applicable)
- W-2 or 1099 forms for most recent 2 years
- Tax Returns for most recent 2 years (all schedules)
- Most recent pay stubs covering a full 30 day period

Respectfully,
New American Funding, LLC
NMLS # 6606