**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | **Civil No. 1:25-CV-690** |
| **Plaintiff** | : | |
| | : | **(Judge Neary)** |
| **v.** | : | |
| **NEW AMERICAN FUNDING, LLC, et al.,** | : | **(Magistrate Judge Carlson)** |
| **Defendants.** | : | |

**ORDER**

On October 27, 2026, we entered an order which directed the parties to cooperate, jointly prepare and file a proposed case management plan and **on or before November 24, 2026**. We then directed the parties to attend a telephonic case management conference on **December 7, 2026,** at **1:00 p.m.**, in order to establish case management deadlines to enable this action to go forward as efficiently as possible.

The plaintiff has now filed a motion which invites us to set a detailed timetable and process for the parties to follow in preparing this case management plan. (Doc. 150). We expect the parties to cooperate among themselves to accomplish this task without intervention by the Court. Accordingly, this motion, which asks us to intervene in the granular details of this process, is DENIED without prejudice.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

Dated: November 10, 2026