**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARYANN BUTLER,** | : | **Civil No. 1:25-CV-690** |
| | : | |
| **Plaintiff** | : | |
| | : | **(Judge Neary)** |
| **v.** | : | |
| | : | |
| **NEW AMERICAN FUNDING, LLC, et al.,** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendants.** | : | |

**ORDER**

On October 27, 2026, we entered an order which directed the parties to cooperate, jointly prepare and file a proposed case management plan and **on or before November 24, 2026**. We then directed the parties to attend a telephonic case management conference on **December 7, 2026,** at **1:00 p.m.**, in order to establish case management deadlines to enable this action to go forward as efficiently as possible.

Following the entry of our scheduling order the plaintiff filed a motion which invited us to set a detailed timetable and process for the parties to follow in preparing this case management plan. (Doc. 150). Because we expect the parties to cooperate among themselves to accomplish this task without intervention by the Court, we denied this motion. (Doc. 151).

The plaintiff has now filed a second motion asking us to intervene in this process and seeking clarification regarding how the parties should address disputes in the joint proposed case management plan. (Doc. 152). While we will DECLINE to become involved in the granular details of this discussion between the parties, we will CLARIFY for the *pro se* plaintiff that to the extent that the parties have competing proposals regarding specific discovery issues they should set forth their respective positions in the joint case management plan.

With this clarification, the motion for further intervention in the proposed case management plan preparation process by the Court (Doc. 152), is DENIED.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

Dated: November 20, 2026